IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-00207-RGE-HCA |
| Plaintiff, | **CORPORATE DISCLOSURE/ STATEMENT OF INTEREST** |
| v. | |
| MEDICARE HEALTH ADVISORS LLC, | |
| Defendant. | |

This Corporate Disclosure statement is filed on behalf of Medicare Health Advisors LLC in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

☒ **The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.**

☐ The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

☐ The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 3rd day of September 2025.

        MEDICARE HEALTH ADVISORS LLC,
        Defendant

By: */s/ Victoria H. Buter*
    Victoria H. Buter (#AT0009169)
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, Nebraska 68102-2186
    Telephone: (402) 346-6000
    Facsimile: (402) 346-1148
    vicki.buter@kutakrock.com

    James A. Peterson, Esq.
    *(pro hac application forthcoming)*
    PETERSON LEGAL P.A.
    5079 North Dixie Highway, Suite 105
    Oakland Park, Florida 33334
    Telephone: (754) 444-8076
    james@petersonlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

| | |
|---|---|
| Eric S. Mail, Esq. | Anthony Paronich, Esq. |
| PURYEAR LAW P.C. | PARONICH LAW, P.C. |
| 3719 Bridge Avenue, Suite 6 | 350 Lincoln Street, Suite 2400 |
| Davenport, Iowa 52807 | Hingham, MA  02043 |
| mail@puryearlaw.com | anthony@paronichlaw.com |

        */s/ Victoria H. Buter*
        Victoria H. Buter

4921-3161-3278.1