IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| TOBY HOY,<br><br>        Plaintiff,<br><br>vs.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>        Defendant. | 4:25-cv-00207-RGE-HCA<br><br>ORDER SETTING STATUS CONFERENCES |

The Court will conduct status conferences by video for this case pursuant to the following schedule:

December 18, 2025 at 10:00 AM
February 11, 2026 at 10:00 AM
April 21, 2026 at 10:00 AM
June 23, 2026 at 10:00 AM
August 12, 2026 at 10:00 AM
October 14, 2026 at 10:00 AM

To join the remote status conferences, counsel shall join over video via [Webex](#), with meeting ID: **2302 554 4540** and password: **iasd-hca**.

The parties shall **file** in the docket a list of any proposed matters to be discussed during the upcoming status conference **no less than 2 business days prior to the status conference**. The list may be submitted jointly or separately by each party. If any party anticipates that the status conference will take longer than 30 minutes and/or would like a court reporter for the status conference, this should also be indicated in the same filing.

If the parties believe that there are no matters to be discussed at the upcoming status conference, this should also be indicated in a **filing no less than 2 business days prior to the status conference**. The parties should directly address whether they are on track to meet the deadlines set by the Court's Scheduling Order and Discovery Plan. If the parties are not on track

1

to meet the deadlines set by the Court's Scheduling Order and Discovery Plan (regardless of any informal deadline extensions agreed on by the parties), the parties should so state and explain why. Based on this information, the Court will determine whether to cancel the status conference. If any party believes that it would be beneficial to hold an additional status conference that is not set by the above schedule, that party shall indicate that they desire an additional status conference and explain why in a **filing** in the docket. That party shall also indicate whether they anticipate the status conference will take longer than 30 minutes and whether they would like a court reporter to be present.

    IT IS SO ORDERED.

    Dated October 2, 2025.

_Helen C. Adams_
Helen C. Adams
U.S. Magistrate Judge