IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>Defendant. | Case No. 4:25-cv-00207-RGE-HCA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MEDICARE HEALTH ADVISORS LLC'S MOTION TO BIFURCATE DISCOVERY** |

The Court has considered Defendant Medicare Health Advisors LLC's ("Defendant") Motion to Bifurcate Discovery (the "Motion") in the above-captioned matter. The Court being fully apprised in the premises, and for good cause shown, finds that the Motion should be GRANTED.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is <u>GRANTED</u> for all the reasons stated therein.

2. For a period of ninety (90) days from the date of this Order, discovery is limited to (i) whether Plaintiff consented to receiving the calls at issue—*i.e.,* whether he received an actionable "telephone solicitation" or provided his "prior express invitation or permission" within the meaning of the TCPA's provisions, related implementing regulations, and the FTSA's meaning; (ii) whether Plaintiff qualifies as a "residential telephone subscriber" within the meaning of the TCPA's DNC regulations; (iii) whether the subject number was properly registered on the National DNC Registry—*e.g.,* who registered it, when, and if it was even allowed to be on the Registry if it is not a "residential" line; (iv) whether Plaintiff heard a "robot" voice during the calls; and (v) whether Plaintiff has standing to bring his claim or would be an appropriate class representative.

1

2

3. The Parties can issue third party discovery during this initial discovery period as needed, but class related discovery shall not be allowed. To the extent Plaintiff has already issued any class-related discovery requests, Defendant or other parties need not respond to same.

4. After this initial discovery phase, the Court will rule on, motions for summary judgment on the foregoing, narrow case-dispositive issues. Should Plaintiff's individual claim survive summary judgment, the Court will then conduct a scheduling conference to set a further schedule.

5. The parties may petition the Court to extend the bifurcated period, as needed.

SO ORDERED THIS \_\_\_\_ DAY OF _____, 2025.

By: _____
The Honorable Helen C. Adams
United States Magistrate Judge

4906-9929-2529.1