**WWW.VIRTUALBUDDY247.NET**
**Virtual Buddy 24/7**
*"Expanding your horizon"*

**CAMPAIGN MEMORANDUM**

| | | |
|---|---|---|
| Date | : | FEBRUARY 20, 2025 |
| To | : | DH FRONTERS |
| From | : | MHA OPERATIONS |
| Subject | : | COMPLIANCE WITH DO NOT CALL (DNC) POLICY |

This memo serves as an official notice regarding concerns about adherence to the campaign's policy on placing angry customers on the Do Not Call (DNC) list. Recently, there have been instances where fronters did not take this policy seriously, leading to client complaints.

**Do Not Call (DNC) Policy:**
As mandated by the client, customers must be placed on the Do Not Call (DNC) list immediately when they request it or express any of the following statements:

- "Put me on the DNC list."
- "Remove me from your calling list."
- "You've been calling me a hundred times already."
- "I am reporting you to…"
- "Stop calling me."
- "Leave me alone."
- "I will call Medicare."
- "I will be calling the Atty. General."
- " I will report you to the Better Business Bureau."
- "I don't want to receive any calls further"

Any customer cursing, shouting, or exhibiting significant anger must also be placed on the DNC list without exception.

**Scope and Compliance:**
This policy is strictly applicable to the **MHA Campaign** and must be followed without deviation. Failure to comply will result in **IMMEDIATE TEERMINATION** from the campaign.

**Conclusion:**
All fronters are expected to adhere to this directive to maintain compliance and uphold campaign standards. Strict enforcement of this policy is essential to avoid further client complaints and potential penalties.


Prepared by:


**HANEZA LAYAN**
Senior Operations Manager


Noted by:


**CHRISTINE I. LAPUT**
Business Manager


Acknowledged by:


**KENNETH U. ADANZA**
Director of Operations


MEDICARE HEALTH 0115