# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC<br><br>　　　　Defendant. | CIVIL ACTION FILE NO. 4:25-cv-00207-RGE-HCA |

## JOINT STATUS REPORT

Plaintiff Toby Hoy and Defendant Medicare Health Advisors LLC (collectively, "the parties"), by and through their undersigned counsel, submit this Joint Status Report pursuant to the Court's October 2, 2025 Order Setting Remote Status Conferences (ECF No. 19) and state as follows:

### I.　Proposed Matters to be Discussed

To the extent the Court would like to discuss the motions, the parties have fully briefed a pending motion to bifurcate discovery (ECF No. 21-23). The Plaintiff also filed a motion to compel discovery related to discovery he asserts he is entitled to under either discovery structure (ECF No. 24).

Defendant requests an opportunity to respond to Plaintiff's Motion to Compel (ECF No. 24). Defendant also believes there may be deficiencies in Plaintiff's responses to discovery that warrant conferral with Plaintiff's counsel. At this time, Defendant does not believe there is anything ripe for discussion with the Court on that topic.

### II.　Expected Length of Status Conference

In light of the pending discovery motions and requested guidance on the case schedule, the parties do not presently expect the status conference to exceed 30 minutes. If the Court wishes to engage in more detailed discussion regarding the scope of discovery or to hear argument on the pending motions, additional time may be appropriate at the Court's discretion.

### III. Court Reporter

At this time, the parties do not request that a court reporter be present for the December 18, 2025 status conference.

### IV. Compliance With Scheduling Order and Discovery Plan

Based on the current posture of the case and the ongoing written discovery, the parties state as follows:

*Plaintiff's Position:*

Subject to the Court's rulings on the Motion to Bifurcate Discovery and Motion to Compel, Plaintiff believes the parties can remain on track to meet the existing deadlines in the Scheduling Order and Discovery Plan. However, if the Court restructures discovery (e.g., bifurcation with staged deadlines), adjustments to certain deadlines—especially those related to class certification and expert discovery—may become necessary.

*Defendant's Position:*

Defendant agrees with Plaintiff's position above.

RESPECTFULLY SUBMITTED AND DATED this 16th day of December, 2025.

                                       *s/ Anthony I. Paronich*_____
                                       Anthony I. Paronich
                                       **PARONICH LAW, P.C.**
                                       350 Lincoln Street, Suite 2400
                                       Hingham, MA 02043

        Tel: (617) 485-0018
        Fax: (508) 318-8100
        anthony@paronichlaw.com
        *Counsel for the Plaintiff*


        /s/ *James A. Peterson*
        James A. Peterson, Esq.
        *(admitted pro hac vice)*
        PETERSON LEGAL P.A.
        5079 North Dixie Highway, Suite 105
        Oakland Park, Florida 33334
        Telephone: (754) 444-8076
        James@petersonlegal.com

On behalf of Defendant