| | |
|---|---|
| **From:** | James Peterson |
| **To:** | Anthony Paronich; Natalie Massey; mail@puryearlaw.com; vicki.buter_kutakrock.com |
| **Subject:** | Re: Status Conference tomorrow in 4:25-cv-00207 |
| **Date:** | Tuesday, February 10, 2026 12:55:50 PM |

**CAUTION - EXTERNAL:**

Good afternoon, Ms. Massey. Defendant echoes Plaintiff's apology and perspective. Thank you.

**James A. Peterson, Esq.**
Shareholder
Peterson Legal P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
(754) 444-8076
James@PetersonLegal.com
www.PetersonLegal.com

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, February 10, 2026 1:50 PM
**To:** Natalie Massey <Natalie_Massey@iasd.uscourts.gov>; mail@puryearlaw.com <mail@puryearlaw.com>; James Peterson <James@petersonlegal.com>; vicki.buter_kutakrock.com <vicki.buter@kutakrock.com>
**Subject:** RE: Status Conference tomorrow in 4:25-cv-00207

Hello, Ms. Massey. My apologies for the oversight on the report. However, from the Plaintiff's perspective, there is nothing to discuss while the parties await the Court's ruling on the scope of discovery.


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Natalie Massey <Natalie_Massey@iasd.uscourts.gov>
**Sent:** Tuesday, February 10, 2026 1:17 PM
**To:** anthony@paronichlaw.com; mail@puryearlaw.com; james@petersonlegal.com; vicki.buter_kutakrock.com <vicki.buter@kutakrock.com>
**Subject:** Status Conference tomorrow in 4:25-cv-00207

Good afternoon counsel,

A status conference is set for 2/11/2026 in the matter of Hoy v. Medicare Health Advisors LLC. No status report is on file. If the parties have issues to discuss, please file a status report. If (1) there are no issues to discuss and (2) all parties are on track to meet deadlines, you may so respond to this email.

Thanks,

Natalie Massey
Law Clerk
U.S. Magistrate Judge Helen C. Adams
111 Locust St., Room 546
Des Moines, IA  50309
(515) 284-6264

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.