UNITED STATES DISTRICT COURT
DISTRICT OF SOUTHERN IOWA
CENTRAL DIVISION

| | |
|---|---|
| TOBY HOY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; | 4:25-CV-00207-RGE-HCA |
| Plaintiff, | SCHEDULING AND TRIAL SETTING ORDER |
| vs. | |
| MEDICARE HEALTH ADVISORS LLC, | |
| Defendant. | |

A scheduling conference was conducted pursuant to Federal Rule of Civil Procedure 16 on March 18, 2026. Based on the discussions during the conference and the parties' proposed schedule, it is hereby ordered:

1.  A Jury Trial shall begin on **Monday, August 16, 2027**, at **9:00 AM** before United States District Judge Rebecca Goodgame Ebinger at the United States Courthouse, Des Moines, Iowa. Trial is estimated to take 5 days.

2.  A Final Pretrial Conference shall be held on **July 7, 2027,** at **9:00 AM** at the United States Courthouse, Des Moines, Iowa, before Judge Rebecca Goodgame Ebinger.

3.  Discovery allowed during the bifurcation period (see ECF No. 33, Order granting in part and denying in part ECF No. 21 Motion to Bifurcate/Sever) shall be completed by **April 14, 2026**.

4.  Discovery period for class and merits discovery, beyond that allowed in the bifurcations period, opens on **April 15, 2026**.

5.  Dispositive motions related to the individual claim of the named plaintiff shall be filed by **April 28, 2026** (see ECF No. 33)**.**

6.  Motions to add parties shall be filed by **June 18, 2026.**

7.  Motions for leave to amend pleadings shall be filed by **June 18, 2026.**

8.  Plaintiff shall designate expert witnesses and disclose their written reports by **August 15, 2026.**

9.    Defendant shall designate expert witnesses and disclose their written reports by **September 15, 2026.**

10.   Motion for class certification shall be filed by **September 15, 2026**.

11.   Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by **October 15, 2026.**

12.   All discovery shall be completed by **February 1, 2027,** including class discovery and any merits discovery. Written discovery shall be propounded so that the time for response is not later than this date.

10.   Any remaining dispositive motions shall be filed by **February 26, 2027.**

IT IS SO ORDERED.

DATED this 18th day of March, 2026.

Helen C. Adams
U.S. Magistrate Judge