IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-00207-RGE-HCA |
| Plaintiff, | |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| MEDICARE HEALTH ADVISORS LLC, | |
| Defendant. | |

Defendant MEDICARE HEALTH ADVISORS LLC ("Defendant"), by and through undersigned counsel, respectfully moves this Court for a brief extension of time to file its Motion for Summary Judgment. Defendant requests that the current dispositive motion deadline of April 28, 2026, be extended through Friday, May 1, 2026. In support, Defendant states as follows:

1.      Pursuant to the Court's Scheduling and Trial Setting Order entered March 18, 2026 (ECF No. 38), dispositive motions related to the individual claim of the named plaintiff are due on Tuesday, April 28, 2026.

2.      Defendant seeks a short extension of three (3) days, through Friday, May 1, 2026, to file its Motion for Summary Judgment.

3.      Good cause exists for the requested extension.

4.      Plaintiff Toby Hoy's deposition occurred on April 8, 2026.

5.      Defendant did not receive the transcript from Plaintiff's deposition until Friday, April 24, 2026, at 7:02 p.m.

6.      The deposition transcript is essential to Defendant's anticipated Motion for Summary Judgment, including for purposes of citation accuracy, evidentiary support, and presentation of the factual record.

7.  In addition, undersigned counsel lost two working days on Thursday, April 23 and Friday, April 24, 2026, due to illness, which materially impeded counsel's ability to complete preparation of the Motion for Summary Judgment by the current deadline.

8.  Defendant has acted diligently and seeks only a brief extension of time.

9.  No prior extensions of the dispositive-motion deadline have been requested.

10.  The requested extension will not affect any other deadlines currently in place, including the final pretrial conference or trial settings.

11.  Counsel for Defendant conferred with counsel for Plaintiff regarding the relief requested herein, and Plaintiff does not oppose this Motion.

12.  The current dispositive-motion deadline is April 28, 2026. Defendant requests an extension through May 1, 2026.

13.  Other existing court-imposed deadlines include:

- Motions to add parties: June 18, 2026

- Motions for leave to amend pleadings: June 18, 2026

- Plaintiff's expert disclosures: August 15, 2026

- Defendant's expert disclosures: September 15, 2026

- Motion for class certification: September 15, 2026

- Plaintiff's rebuttal expert disclosures: October 15, 2026

- Discovery deadline: February 1, 2027

- Remaining dispositive motions deadline: February 26, 2027

- Final Pretrial Conference: July 7, 2027

- Jury Trial: August 16, 2027

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the deadline for Defendant to file its Motion for Summary Judgment from April 28, 2026, through and including May 1, 2026, and granting such other and further relief as the Court deems just and proper.

Dated April 27, 2026.

MEDICARE HEALTH ADVISORS LLC,
Defendant

By: */s/ James A. Peterson*
James A. Peterson, Esq.
*(admitted pro hac vice)*
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
james@petersonlegal.com

Victoria H. Buter (#AT0009169)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
vicki.buter@kutakrock.com

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on April 27, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

| | |
|---|---|
| Eric S. Mail, Esq. | Anthony Paronich, Esq. |
| PURYEAR LAW P.C. | PARONICH LAW, P.C. |
| 3719 Bridge Avenue, Suite 6 | 350 Lincoln Street, Suite 2400 |
| Davenport, Iowa 52807 | Hingham, MA  02043 |
| mail@puryearlaw.com | anthony@paronichlaw.com |

                  */s/ James A. Peterson*
                  James A. Peterson, Esq.