IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-00207-RGE-HCA |
| Plaintiff, | **DECLARATION OF JAMES A. PETERSON IN SUPPORT OF DEFENDANT'S SECOND EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MEDICARE HEALTH ADVISORS LLC, | |
| Defendant. | |

I, James A. Peterson, declare as follows:

1. I am lead counsel for Defendant MEDICARE HEALTH ADVISORS LLC. I am over the age of 18 and make this declaration based upon my personal knowledge.

2. My family and I recently relocated to Alpharetta, Georgia from Oakland Park, Florida.

3. On Friday, April 17, 2026, I was required to return to South Florida via commercial flight to attend an in-person mediation in Coconut Grove, Florida.

4. On Wednesday, April 22, 2026, I was required to travel to Chicago, Illinois via commercial flight for an in-person discovery hearing in the Northern District of Illinois.

5. I speculate that, as a result of two round trip airline flights within a short period, in addition to my children's recent exposure to a new daycare and new children (and new germs), I contracted a significant illness that resulted in my inability to work on Thursday, April 23 and Friday, April 24, 2026.

6. This illness continued into the week of Monday, April 27, 2026 and subsequent days, resulting in various amounts of available work hours lost on any given day.

7.     Even at the time of the signing of this declaration, I have a persistent cough that is resulting in an inability to sleep more than a few hours a night.

8.     Additionally, my almost-four-year-old son recently contracted an ear infection, resulting in complications that persisted this week and require attention and obligations that further cut into my available work hours. Proof of my son's infection can be provided for an in camera review if this court deems it necessary.

9.     I am the lead counsel on this case. I have conducted and defended all depositions, and been the client contact for all issues, including discovery and factual issues.

10.     I am by far the most knowledgeable person as to the relevant claims and defenses in this case on Defendant's side. My knowledge and efforts are essential to organizing the evidence in this case and drafting the Motion for Summary Judgment and supporting documents.

11.     Due to the above complications, I was unable to complete Defendant's Motion for Summary Judgment by the 5:00 PM deadline on Thursday, April 30, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed on April 30, 2026.


_James A. Peterson_____

James A. Peterson