IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>Defendant. | Case No. 4:25-cv-00207-RGE-HCA<br><br>**DEFENDANT MEDICARE HEALTH ADVISORS LLC'S APPENDIX IN SUPPORT OF STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendant Medicare Health Advisors LLC ("Medicare Health" or "Defendant"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56(a)(3), hereby submits its Appendix in Support of Defendant's Statement of Material Facts in Support of Defendant's Motion for Summary Judgment:

1.      Exhibit 1 is a true and correct copy of Inbound Email Communications (MEDICAL HEALTH 0001-0009).

2.      Exhibit 2 is a true and correct copy of the Supplemental Declaration of Max Jaffy dated April 30, 2026 in Support of Motion for Summary Judgment.

3.      Exhibit 3 is a true and correct copy of Medicare Health Advisors Policies and Procedures Guide (MEDICAL HEALTH 0025-0048).

4.      Exhibit 4 is a true and correct copy of MHA Training (MEDICAL HEALTH 0049-0108).

5.      Exhibit 5 is a true and correct copy of Opt-In Screen Shot (MEDICAL HEALTH 0109).

6.      Exhibit 6 is a true and correct copy of 04-28-2026 Toby Hoy call 27_AMENDED (MEDICAL HEALTH 0110).

<div align="center">1</div>

2

7.    Exhibit 7 is a true and correct copy of 04-28-2026 Toby Hoy call 28 (MEDICAL HEALTH 0111).

8.    Exhibit 8 is a true and correct copy of  04-28-2026 Toby Hoy call 29 (MEDICAL HEALTH 0112).

9.    Exhibit 9 is a true and correct copy of 04-28-2026 Toby Hoy call 31 (MEDICAL HEALTH 0113).

10.    Exhibit 10 is a true and correct copy of Toby Hoy Call Records (MEDICAL HEALTH 0114).

11.    Exhibit 11 is a true and correct copy of  DNC MEMO (MEDICAL HEALTH 0115).

12.    Exhibit 12 is a true and correct copy of Medicare Inbound Calls - Advertiser IO - 9-18-24 (MEDICAL HEALTH 0117-0121).

13.    Exhibit 13 is a true and correct copy of the Declaration of Max Jaffy dated October 10, 2025 with exhibits.

14.    Exhibit 14 is a true and correct copy of relevant excerpts from the deposition transcript of Toby Hoy taken on April 8, 2026.

15.    Exhibit 15 is a true and correct copy of relevant excerpts from the deposition transcript of Max Jaffy taken on April 10, 2026.

2

Dated this 30th day of April, 2026.

MEDICARE HEALTH ADVISORS LLC,
Defendant

By: */s/ Victoria H. Buter*

Victoria H. Buter (#AT0009169)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
vicki.buter@kutakrock.com

James A. Peterson, Esq.
*(admitted pro hac vice)*
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
James@PetersonLegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Eric S. Mail, Esq.
PURYEAR LAW P.C.
3719 Bridge Avenue, Suite 6
Davenport, Iowa 52807
mail@puryearlaw.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
anthony@paronichlaw.com

*/s/ Victoria H. Buter*
Victoria H. Buter

3

**APPX_003**



From: **Jimmy Marshall** <jimmy@inbounds.com>
Date: Mon, Jul 7, 2025 at 1:27 PM
Subject: Re: PTC And Any Info
To: max jaffy <maxjaffy11@gmail.com>
Cc: Ross Breiman <ross@inbounds.com>, Ricky Singleton <Ricky@inbounds.com>


Max,

See Jornaya report attached. Working on gathering some additional details.


On Tue, Jul 1, 2025 at 2:27 PM Jimmy Marshall <jimmy@inbounds.com> wrote:

APPX_004



Here's the PTC max- Will pull other info to assist

On Tue, Jul 1, 2025 at 1:59 PM max jaffy <maxjaffy11@gmail.com> wrote:
5158080280. This is the phone number for Toby Hoy. Sorry for the confusion.


Max Jaffy
Partner
Medicare Health Advisors and Your Medicare Now
(561)-809-8533


CONFIDENTIALITY NOTICE and HIPAA Compliance Disclosure: This e-mail, and any documents accompanying this e-mail, may contain confidential information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately.


On Tue, Jul 1, 2025 at 1:54 PM Jimmy Marshall <jimmy@inbounds.com> wrote:

APPX_005



Max,

The only time this lead was accepted was 7/27/23 and we had pinged you on later dates where it was rejected for dupe. That said name does nto match and this shows as "Yolanda" with the same PII in each lead.

Let me know if we should jump on to discuss.

Best,
Jimmy

On Tue, Jul 1, 2025 at 8:54 AM Jimmy Marshall <jimmy@inbounds.com> wrote:
> Max,
>
> We're on it. Stay tuned.
>
> On Mon, Jun 30, 2025 at 5:05 PM max jaffy <maxjaffy11@gmail.com> wrote:
>> Good Afternoon Guys,
>>
>> Looks like we got another lawsuit. Can we please collect all information along with PTC.
>>
>> From 350k aged 9293936796 Toby Hoy posted 8/6/25
>>
>> Max Jaffy
>> Partner
>> Medicare Health Advisors and Your Medicare Now
>> (561)-809-8533
>>
>> CONFIDENTIALITY NOTICE and HIPAA Compliance Disclosure: This e-mail, and any documents accompanying this e-mail, may contain confidential information belonging to the sender that is legally privileged. This

**APPX_006**

information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately.

--
Jimmy Marshall
Chief Operating Officer
Phone: 516-510-2428
Email: jimmy@inbounds.com



--
Jimmy Marshall
Chief Operating Officer
Phone: 516-510-2428
Email: jimmy@inbounds.com



--
Jimmy Marshall
Chief Operating Officer
Phone: 516-510-2428
Email: jimmy@inbounds.com



--
Jimmy Marshall
Chief Operating Officer
Phone: 516-510-2428
Email: jimmy@inbounds.com





CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a Verisk Marketing Solutions ("VMS"), formerly dba Jornaya, hereunder - including, e.g., the Verisk Marketing Solutions Website, TCPA Guardian, Visual Playback, and the processes used by Verisk Marketing Solutions in providing the service - are the exclusive property of Verisk Marketing Solutions and its licensors. Verisk Marketing Solutions' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without Verisk Marketing Solutions' express prior written approval.

**APPX_008**

## Guardian TCPA Report

**Prepared for Pipes.ai**

**What is a lead?**

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

**Who is Verisk Marketing Solutions?**

Verisk Marketing Solutions provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. Verisk Marketing Solutions' technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

Verisk Marketing Solutions' Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and Verisk Marketing Solutions does not buy or sell leads; we help to verify what happened at the lead event.

**How does Verisk Marketing Solutions help keep companies TCPA Compliant?**

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

Jornaya Verisk Marketing Solutions

| Lead Event Information: | |
|---|---|
| Universal LeadiD | 929098A1-B9BD-6980-9F05-846FA0ACA098 |
| Event Date | 07/06/2024 |
| Event Time | 10:55:26 PM EDT |
| IP Address | 166.181.84.56 |

| Disclosure Information: | |
|---|---|
| Query Date | 07/02/2025 |
| Query Time | 09:21:47 AM EDT |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "CONTINUE", I REPRESENT THAT I AM 18+ YEARS OF AGE; I AGREE THAT THE PERSONAL INFORMATION PROVIDED MAY BE SHARED WITH THIRD PARTIES FOR OTHER MARKETING PURPOSES, AND AGREE TO THE PRIVACY POLICY AND TERMS & CONDITIONS AND AGREE TO RECEIVE EMAIL MARKETING FROM ARCAMAXJOBS.COM AND ITS MARKETING PARTNERS. |
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING AGREE & CONTINUE, I CERTIFY I ENTERED MY OWN INFORMATION & I AGREE TO THE PRIVACY POLICY AND TERMS (WITH ARBITRATION AGREEMENT). I ALSO CONSENT TO YOUR AGENTS & MARKETING PARTNERS, WITH MARKETING CALLS OR TEXTS AT THE PHONE NUMBER I PROVIDED REGARDLESS OF MY STATUS ON STATE OR FEDERAL DO NOT CALL LISTS, INCLUDING USING AN AUTODIALER (MSG & DATA RATES APPLY). CONSENT ISN'T REQUIRED. |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY.

| | |
|---|---|
| Labeled TCPA Disclosure Statement captured at the lead event: | BY CLICKING "YES", I PROVIDE MY EXPRESS WRITTEN CONSENT VIA CHAT/WEBFORM INTERACTION FOR A LICENSED SALES AGENT ASSOCIATED WITH ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC, HEALTHPLANONE, LLC, CLEARMATCH MEDICARE, MEDICARE SOLUTIONS TO CONTACT ME AT THE NUMBER I PROVIDED, EVEN IF THE PHONE NUMBER IS ON THE NATIONAL DO NOT CALL REGISTRY, REGARDING PRODUCTS OR SERVICES, INCLUDING MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, PRESCRIPTION DRUG INSURANCE PLANS, AND OTHER HEALTH-RELATED SERVICES VIA LIVE, AUTOMATED DIALING SYSTEM TELEPHONE CALL, TEXT, OR EMAIL. I UNDERSTAND THIS REQUEST IS INITIATED BY ME AND THIS IS AN UNSCHEDULED CONTACT REQUEST. I UNDERSTAND MY TELEPHONE COMPANY MAY IMPOSE CHARGES FOR THESE CONTACTS AND AM NOT REQUIRED TO ENTER INTO THIS AGREEMENT AS A CONDITION OF ANY PURCHASE OR SERVICE. I FURTHER UNDERSTAND THIS REQUEST, INITIATED BY ME, IS MY AFFIRMATIVE CONSENT TO BE CONTACTED WHICH IS IN COMPLIANCE WITH ALL FEDERAL AND STATE TELEMARKETING AND DO-NOT-CALL LAWS. LICENSED SALES AGENTS AREN'T CONNECTED WITH OR ENDORSED BY THE U.S. GOVERNMENT OR THE FEDERAL MEDICARE PROGRAM. I AGREE TO THE PRIVACY POLICY AND TERMS. THIS IS A SOLICITATION FOR INSURANCE. PARTICIPATING SALES AGENCIES REPRESENT MEDICARE ADVANTAGE [HMO, PPO AND PFFS] ORGANIZATIONS AND STAND-ALONE PDP PRESCRIPTION DRUG PLANS THAT ARE CONTRACTED WITH MEDICARE. ENROLLMENT DEPENDS ON THE PLAN'S CONTRACT RENEWAL. ENROLLMENT IN THE DESCRIBED PLAN TYPE MAY BE LIMITED TO CERTAIN TIMES OF THE YEAR UNLESS YOU QUALIFY FOR A SPECIAL ENROLLMENT PERIOD. NO OBLIGATION TO ENROLL. SCOPE OF APPOINTMENT - BY CLICKING "YES" YOU ALSO AGREE TO ALLOW ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC TO DISCUSS MEDICARE SUPPLEMENT, MEDICARE ADVANTAGE, AND STAND-ALONE PRESCRIPTION DRUG PLANS AVAILABLE IN YOUR AREA, 48 HOURS FROM OBTAINING THE SCOPE OF APPOINTMENT. YOU ARE NOT OBLIGATED TO ENROLL IN A PLAN AND AGREEING TO THIS DOES NOT AFFECT YOUR CURRENT ENROLLMENT NOR WILL IT ENROLL YOU IN A MEDICARE PLAN. YOU ALSO AGREE AND UNDERSTAND THAT YOU MAY BE ASSISTED BY AN AFFILIATED AGENT AND/OR AGENCY OF ALLIED INSURANCE, VINCENT CORTAZAR/MEDIGAP LIFE, 100INSURE, GO HEALTH, LLC. EFFECTIVE DATE: 7/6/2024 SMID MULTI-PLAN_JM0XZQDI2024_C |
| Labeled TCPA Disclosure Statement captured at the lead event: | ARCAMAXJOBS.COM IS A JOB SEARCH ENGINE. WE ARE NOT AN AGENT OR REPRESENTATIVE OF ANY EMPLOYER. SKIP HERE |

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY.

**Visual Playback Link:**

https://vp.leadid.com/playback/929098A1-B9BD-6980-9F05-846FA0ACA098/1751462507.842?key=1720320931087

CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY.

**APPX_012**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

TOBY HOY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MEDICARE HEALTH ADVISORS LLC,

Defendant.

Case No. 4:25-cv-00207-RGE-HCA

**SUPPLEMENTAL DECLARATION OF MAX JAFFY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Max Jaffy, declare pursuant to 28 U.S.C. §1746 as follows:

1.      I am over 18 years of age. I have personal knowledge of the facts stated herein, unless stated upon information and belief, and if called upon to testify as to such facts, I could and would competently do so.

2.      I submit this Declaration in support of the "Motion for Summary Judgment" ("Motion"), filed contemporaneously herewith by Defendant Medicare Health Advisors LLC ("MHA") in the above-captioned matter ("Action").

3.      I am still the Chief Executive Officer of Medicare Health Advisors LLC.

4.      I still have personal knowledge of MHA's business practices, lead acquisition procedures, outbound calling operations, training practices, internal compliance procedures, call recording systems, and relationship with third-party vendors and call centers.

5.      This declaration is intended to be used in conjunction with my deposition testimony given in this matter and my previous declaration signed on October 10, 2025 and submitted in support of Defendant's Motion to Bifurcate Discovery (ECF No. 21-2).

6.      To the extent I refer in this declaration to MHA business records or vendor-provided records incorporated into MHA's records, those records were maintained and relied



upon in the manner described in Paragraphs 4 and 5 of my prior declaration.

7. I submit this supplemental declaration to provide additional factual information regarding MHA's policies, procedures, call-recording practices, do-not-call handling, and vendor relationships during the August through December 2024 period relevant to Plaintiff's claims.

8. Prior to execution of the September 18, 2024 Inbounds insertion order, MHA maintained a substantially similar business relationship with Data Prosper.

9. Data Prosper was the predecessor business relationship to Inbounds for purposes of MHA's lead acquisition activities.

10. Whether operating under Data Prosper or Inbounds, MHA required that vendors represent that purchased leads included prior express written consent permitting contact.

11. MHA would not purchase leads unless the vendor represented that the leads were associated with prior express written consent.

12. During the August through December 2024 period, MHA used onboarding and training materials for agents and call-center personnel.

13. The training presentation produced in this litigation, or a substantially similar version of that presentation, was used during the relevant period.

14. Agents were not permitted to begin taking calls without first completing onboarding and training.

15. Training generally took approximately one to two weeks depending on prior experience.

16. Training included mock calls and instruction concerning acceptable call practices.

17.    MHA emphasized compliance expectations during onboarding and ongoing supervision.

18.    MHA maintained expectations that agents comply with applicable call procedures and consumer-contact rules.

19.    During the relevant period, MHA worked with a third-party call center known as Virtual Buddy 24/7.

20.    Virtual Buddy personnel participated in outbound calling activities on behalf of MHA.

21.    MHA conducted routine oversight of Virtual Buddy's call activity.

22.    MHA personnel listened to Virtual Buddy calls approximately once per week for quality assurance and compliance review.

23.    During those reviews, MHA evaluated call quality, professionalism, and compliance practices.

24.    During the oversight process, MHA instructed Virtual Buddy personnel not to use prerecorded or artificial voice messages.

25.    During the period of MHA's oversight and auditing of Virtual Buddy calls, I never observed Virtual Buddy using prerecorded or artificial voice messages.

26.    During the relevant period, MHA maintained an internal do-not-call ("DNC") process.

27.    MHA maintained an internal DNC list for telephone numbers that were not to be called again.

28.    MHA's internal DNC list contained approximately 385,844 entries during 2023.

29.    MHA's internal DNC list contained approximately 453,632 entries during the

first half of 2024.

30. MHA's internal DNC list contained approximately 395,583 entries during the second half of 2024.

31. MHA's internal DNC list contained approximately 398,488 entries during 2025.

32. Both MHA agents and Virtual Buddy agents were required to enter a call disposition after each call.

33. Agents could not proceed to another call without selecting a disposition.

34. "Do Not Call" was one available disposition within the dialing platform.

35. When an agent selected a "Do Not Call" disposition, that number was automatically added to MHA's internal DNC list.

36. Once added to the DNC list, the dialing system prevented future calls to that number.

37. The February 20, 2025 Virtual Buddy memorandum concerning do-not-call handling was not a newly created policy.

38. During the August through December 2024 period, MHA required Virtual Buddy to maintain substantially similar do-not-call instructions and expectations.

39. MHA expected agents to immediately honor consumer requests not to receive additional calls.

40. During the relevant period, MHA's ordinary practice was to record connected calls.

41. Connected calls were stored through Amazon Web Services ("AWS").

42. MHA retained connected call recordings as part of its ordinary business practices.

43.    I searched MHA's records for call recordings associated with Plaintiff Toby Hoy.

44.    Based on that search, I identified the four recordings produced in discovery and labeled Bates 0110 through Bates 0113.

45.    I did not identify any additional connected-call recordings involving Plaintiff beyond those four recordings.

46.    To my knowledge, Bates 0110 through Bates 0113 represent the connected call recordings involving Plaintiff that were located through MHA's search.

47.    Based on my review of MHA's call records, Plaintiff's number was not called again after the December 5, 2024 "Do Not Call" disposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated  Apr 30, 2026                .

Max Jaffy (Apr 30, 2026 15:44:57 EDT)

MAX JAFFY

APPX_017

# MEDICARE HEALTH ADVISORS POLICIES AND PROCEDURES GUIDE

This guide is provided for the benefit of our team members. Please refer to it anytime you have a question about processes, standards, or expectations while working with our team. We reserve the right to update, revise, or discontinue any part of this guide at our discretion, and changes may be communicated as they arise.

Version Date: September 26, 2025



**APPX_018**

# TABLE OF CONTENTS

| Section | Title | Page # |
|---|---|---|
| I. | Introduction | 4 |
| II. | Your Role at Medicare Health Advisors | 4 |
| 1.0 | Equal Opportunity and Standards of Conduct | 5 |
| 2.0 | Business Office Hours | 5-6 |
| 3.0 | Position and Role Classification | 7 |
| 4.0 | Payment Schedule | 8 |
| | 4.1 Rates and Payments | 8 |
| | 4.2 Department Pay Structures | 8-9 |
| 5.0 | Scheduling and Reliability | 9-10 |
| 6.0 | Confidential Information | 10 |
| 7.0 | On-Site Professionalism and Workspace Cleanliness | 10 |
| | 7.1 On-Site Environment Standards | 10 |
| | 7.2 Food or Drink on Site | 10-11 |
| | 7.3 Personal Cleanliness and Hygiene | 11 |
| | 7.4 Safety and Health | 11 |
| | 7.5 Dress Code and Professional Appearance | 12 |
| | 7.6 Smoking | 12 |
| 8.0 | Workplace Violence Prevention | 12-13 |
| 9.0 | Performance Reviews and Feedback | 13 |
| 10.0 | Emergency Leave | 13 |
| 11.0 | Conditions of Hiring | 13 |
| 12.0 | Harassment in the Workplace | 14 |
| 13.0 | Disciplinary Procedures | 14-15 |
| | 13.1 Assignment Pause / Team Member Conclusion | 15 |

2

APPX_019

| | | |
|---|---|---|
| | 13.2 Team Member Conclusion and Voluntary Termination | 15-16 |
| 14.0 | Fringe Benefits | 16 |
| 15.0 | Time Off Requests | 16 |
| 16.0 | Office Closures | 16 |
| 17.0 | Office Etiquette | 17 |
| 18.0 | Personal Activities | 17 |
| | 18.1 Use of Company Property or Services for Personal Needs | 17 |
| | 18.2 Use of Computers and Internet | 17 |
| | 18.3 Monitoring in the Workplace (In Office/Remote) | 18 |
| | 18.4 Use of Telephone | 18 |
| 19.0 | Personal Mail | 18 |
| 20.0 | The Customer is Usually Right | 19 |
| 21.0 | Attitude | 19 |
| Appendices | | |
| | Staff Sign-Out for Provided Equipment (Remote team members) | 20 |
| | Staff Non-Solicitation and Non-Disclosure Agreement | 21 |
| | Emergency Contact Information | 22 |
| | Staff Acknowledgement of Receipt of Policies and Procedures Guide | 23 |
| | Absence Request Form | 24 |

3

# I.  INTRODUCTION

The ultimate objective of all activity at Medicare Health Advisors is simple: to help our clients with their insurance concerns.To achieve this, we work together as a team. Every member of our team must realize the necessity of such policies. Team work relies on shared processes and guidelines to ensure we provide consistent, high-quality service. While these guidelines are important, the company may make exceptions or adjust rules as needed at its discretion.

This guide covers practical aspects of working with our team, as well as important behavioral standards that shape your relationships with clients and other team members. It's important that we all contribute to a professional and positive environment that reflects well on our team and enhances the client experience.

Many of our guidelines are designed to build the confidence clients feel in our team. Strong client relationships are essential for clients to fully benefit from our services. Clients should feel that we are knowledgeable, conscientious, and caring. When these attitudes prevail, clients are more likely to follow our guidance and engage fully with their insurance plans. Every team member plays a critical role in fostering this confidence.

Working together as a team, we can provide the ultimate in services to our clients, and have an efficient and cheerful place to work. Hopefully you are ready to make your contribution to this worthwhile goal individually and as a team.

# II. Your Role at Medicare Health Advisors

At Medicare Health Advisors, we are building a tradition of care and service. As a valued member of our team, we encourage everyone to contribute positively, collaborate effectively, and uphold the following "Team Principles":

- Help each other be right, not wrong.
- Look for ways to make new ideas work, not reasons they won't.
- If in doubt, check it out! Avoid making negative assumptions about others.
- Celebrate each other's successes and take pride in team achievements.
- Speak positively about colleagues and our organization whenever possible.
- Maintain a positive attitude, even in challenging situations.
- Act with initiative and courage, taking ownership of your contributions.
- Approach your work with enthusiasm—it's contagious!
- Stay persistent and maintain faith in the team's mission.
- Enjoy the process—have fun!

4

# 1.0   Equal Opportunity and Standards of Conduct

Medicare Health Advisors is committed to maintaining a professional, respectful, and inclusive environment for all team members, clients, and colleagues. We value diversity and provide equal opportunity regardless of race, color, religion, sex, national origin, age, disability, or other protected characteristics, in accordance with applicable laws.

All interactions, whether with clients, team members, contractors, or staff, should reflect professionalism, respect, and dignity. Discrimination, harassment, or any conduct that interferes with the ability of others to perform their responsibilities is not acceptable.

Each individual has the right to work in a professional atmosphere, which promotes equal opportunities and prohibits discriminatory practices, including sexual harassment and other discriminatory conduct or practices.

Any team member who has questions or concerns about any discrimination in the workplace is encouraged to bring these issues to the attention of their Department Supervisor. Medicare Health Advisors, unlawful discrimination, sexual harassment (whether verbal, physical or arising out of work assignments out of the office or at office sponsored functions, or elsewhere) is unacceptable and will not be tolerated and will be subject to disciplinary action, up to and including termination.

# 2.0   Business Office Hours

Medicare Health Advisors maintains the standard business hours set below to best serve our clients and support team collaboration. We do ask that you make yourself available during core business hours to ensure client needs are met and team coordination is smooth.

During high-volume periods such as Open Enrollment (AEP), there may be opportunities to work additional hours. We encourage you to coordinate your availability with your point of contact or team lead to maximize these opportunities.

Each department has a recommended break schedule designed to help coordinate work and ensure client needs are met efficiently. Team members are encouraged to follow the suggested times where possible, but you may adjust them at your discretion to fit your workflow, as long as client commitments and deliverables are fulfilled and we request notifying your Team Lead if application.

***Due to the nature of our services, work times may vary, and there may be occasional changes to suggested break periods or office availability.***

5

**January through December :** Normal business hours are Monday through Friday. Saturdays may be available for certain departments, and team members are encouraged to coordinate their availability with their team lead if they wish to work on those days.

Sales Agents :                9:00 AM - 6:00 PM
(Saturdays are available 9:00 AM - 2:00 PM from January-September)

Retention Specialists :        10:00 AM - 6:00 PM
(Saturdays are available at Supervisor Discretion)

Customer Service Representatives :   9:00 AM - 6:00 PM
(Saturdays are unavailable at this time)

Administrative Professionals :     9:00 AM - 6:00 PM, 9:30 AM - 6:30 PM, 10:00 AM - 7:00 PM, 11:00 AM - 8:00 PM
(Saturdays may be available from 9:00 AM – 2:30 PM for administrative work during January-September. Administrative Professionals interested in working on Saturdays are encouraged to coordinate their availability with their team lead. Saturday work may vary based on client needs and overall team scheduling.)

***During SEP season, work times on Fridays may vary. Occasionally, the office may close earlier than usual. Team members will be notified in advance of any such schedule changes and are encouraged to adjust their availability as needed to coordinate with client needs and team activities.***

**October 1 - October 14 and December 8 - January 1 :** The office will generally be closed. Team members are not expected to work in the office during these dates but may choose to be available if desired. Any optional work, meetings, or coordination during this time should be arranged in advance with your team lead. Certain departments may have more optional work or availability than others during these periods. Team members are encouraged to coordinate with their team lead to take advantage of opportunities appropriate for their role.

**October 15 - December 7:** The higher client volumes may require additional hours. Team Members are encouraged to coordinate availability with their team lead to ensure client needs are met. Any extra hours will serve as opportunities to increase earnings.

6

Team members are encouraged to take regular breaks to maintain focus and well-being. Typical guidance includes two 15-minute breaks and one 60-minute lunch, though exact times can be adjusted to fit your workflow. Additional short breaks, such as restroom or water breaks, are also optional as needed.

Some departments may have recommended break schedules to help coordinate work and client coverage. Contractors are encouraged to follow these suggestions where possible, but you may adjust your break times at your discretion while ensuring client commitments and deliverables are fulfilled. If you need to adjust your break time, you are encouraged to coordinate with your Team Lead to ensure coverage and smooth workflow.

## 3.0  Position and Role Classification

All positions in this office may be classified as either:

Temporary: Those positions not qualifying as either part-time or full-time.
Part-time: Regularly scheduled positions requiring less than 30 hours per workweek.
Full-time: Regularly scheduled positions requiring 30 or more hours per workweek.

Team members that are hired to fill temporary positions will be compensated on an hourly basis and are not eligible to receive fringe benefits if they are offered in the future.

Team members that are hired to fill part-time and full-time positions will initially be classified as introductory period team members and will serve a ninety calendar day introductory period (former team members re-hired will also serve this introductory period unless re-hired into their former positions within six months of leaving that position in good standing). During the introductory period, your Team Lead will determine whether you are adequately suited to work in this office. Not every individual fits easily into this type of work setting. Some are not suited to work in an insurance office, and yet may be perfectly competent in some other type of role.

You are not expected to attain perfection during your introductory period. Seek feedback from your team lead and, if you feel that you are having difficulties, please ask for help. If serious problems seem to exist during the introductory period, your role may be terminated. Introductory period team members are not eligible to receive fringe benefits unless specifically noted in the section of this Policies and Procedures Guide that deals with fringe benefits.

Following the successful completion of the introductory period, you will be classified as a permanent team member.

The date of your initial signed contract will be known as your anniversary date.

7

## 4.0 Payment Schedule

Medicare Health Advisors processes payments on a weekly basis. The standard work week runs Friday through Thursday. Payments for services rendered during that period are processed on Fridays and issued via direct deposit no later than the following Tuesday.

If there is a federal or bank holiday, deposits may be delayed and may post to your account later than usual.

## 4.1 Rates and Payments

Medicare Health Advisors strives to maintain competitive payment rates, taking into account business conditions in our industry and prevailing rates for similar services. Rate adjustments may be considered from time to time based on individual performance, merit, or business needs. Likewise, reductions in rate or changes to available work may occur depending on business conditions and the quality of services provided.

Because team members are engaged on a 1099 basis, Medicare Health Advisors does not withhold federal, state, or local taxes, nor does it process voluntary deductions. Each team member is solely responsible for calculating, reporting, and paying all required taxes.

Team members are encouraged to review their payments upon receipt. Any questions or discrepancies should be promptly raised with their primary point of contact at Medicare Health Advisors.

## 4.2 Department Pay Structures

Each department may have a different pay scale and structure depending on the type of services provided. The following outlines the basic guidelines:

**Hourly** – Hourly team members are paid based on their agreed-upon hourly rate. Payments may vary depending on hours worked and scheduling.

**Daily Rate** – Some team members are engaged at a daily rate for services rendered during a standard five-day work week. Team members are compensated for days worked at their agreed-upon daily rate. If services are not performed on a given day, no payment is made for that day. Adjustments to daily rates or available work may occur depending on business needs.

**Sales Agents** – Licensed sales agents are engaged at a base hourly rate. Payment rates may increase based on meeting established weekly performance goals. For example, during OEP/SEP, agents may qualify for a higher hourly rate if at least ten (10) applications are in an approved/pending status during the pay period. Goals for AEP will be determined in advance

8

and discussed at company meetings. If goals are not met, the base rate applies. Saturday work may be compensated at an additional bonus rate, which may vary depending on business needs. Applications written on Saturday count toward weekly goals. Agents are also eligible for monthly commission bonuses.  If an enrollment is cancelled, rescinded, or otherwise not maintained, any previously paid commission may be charged back against future payments. A "Deal Tracker" will be provided for performance tracking, which must be accessed through company email only.

**Retention Specialists** – Retention specialists are compensated at an agreed hourly rate plus commission incentives for completed enrollments referred to sales agents. Commissions are paid only if the application is successfully enrolled and stays approved for a certain period of time which can vary.  If an enrollment is cancelled, rescinded, or otherwise not maintained, any previously paid commission may be charged back against future payments. Saturday work is generally not available unless specifically agreed upon. A "Deal Tracker" will be provided for performance tracking, which must be accessed through company email only.

**Customer Service Specialist -**  Customer Service Specialists are compensated at an hourly rate. Saturday work is not currently available unless agreed upon in advance. At this time, additional bonuses beyond standard compensation have not been established.

**Administrative Professional** - Administrative Professionals are compensated at an hourly rate. Saturday work may be available for up to two administrative professionals per week and is compensated at an additional bonus rate. The rate may vary depending on business needs. Administrative Professionals previously engaged under a salary structure prior to March 2024 remain under those terms unless otherwise modified on a case-by-case basis.

## 5.0 Scheduling and Reliability

Although all of our various roles in this business are important, the most valuable economic resource is time. This resource must be carefully managed if we are to provide quality care to all our clients. For this reason, one of the most serious team member failings is the disruption of schedule. Given the fast pace of our office, regular, punctual, attendance and diligent performance are absolutely essential.

Team members are expected to be reliable and punctual in fulfilling schedule commitments. Unplanned absences or delays create challenges for clients and colleagues. Whenever possible, personal matters should be scheduled outside of agreed service hours.

In the rare event a team member cannot perform services at the scheduled time, they are expected to provide notice as soon as possible to their primary point of contact at Medicare Health Advisors. If that individual is unavailable, the team member should notify their direct contact or leave a message.

9

Frequent schedule disruptions or failure to meet agreed commitments may result in adjustments to available assignments or, if necessary, termination of the engagement.

## 6.0 Confidential Information

Due to HIPAA regulations, all information relating to clients and company operations is strictly confidential. Team members must not disclose client information, including demographic details or personal matters, to anyone outside of authorized personnel. No information, verbal or written, should be shared without proper authorization. Team members should exercise discretion when communicating with clients and must not provide personal advice, even if requested.

Additionally, team members are expected to maintain confidentiality regarding company operations and internal matters. Discussions of operational issues, internal processes, or business matters with clients, their families, or external parties are strictly prohibited.

Violation of confidentiality requirements may result in modification or termination of the team member's engagement with Medicare Health Advisors and/or other legal remedies, as appropriate.

## 7.0 On-Site Professionalism and Workspace Cleanliness

Team members performing work on-site are expected to maintain a clean, organized, and fully stocked workspace. Team members should also contribute to the overall cleanliness of shared areas by keeping common spaces tidy and addressing or reporting any conditions that could impact the professional image of the facility. The building's maintenance crew handles routine cleaning and trash removal. Team members should ensure personal trash receptacles are placed in visible areas for collection at the end of the business day.

## 7.1  On-Site Environment Standards

Team members performing work on-site are expected to maintain a professional and pleasant environment. The sights, sounds, and odors in the workspace can influence colleagues, clients, and overall operations, so maintaining a high standard is important.

The following should be avoided while on-site: cluttered work areas, excessive trash, tobacco odors, and strong fragrances.

## 7.2 Food or Drink on Site

Team members working on-site may eat and drink during work hours, but are expected to maintain a clean workspace. All snacks should be cleaned up after use, and dry foods must be stored in sealed containers or bags to prevent pests. Food stored in shared refrigerators should

10

not be left for others to discard. Any messes in the fridge, microwave, toaster, kitchen area, or workspace must be cleaned up promptly by the contractor responsible.

All liquids should be kept away from computers and other electronic equipment. Drinks should be in sealed containers. Team members are responsible for any damage to equipment caused by spills. In the event of a spill, contractors may be asked to cover repair or replacement costs directly.

The consumption of alcoholic beverages or recreational drugs during work hours, whether on-site or while performing work remotely, is strictly prohibited.

## 7.3 Personal Cleanliness and Hygiene

Team members are expected to maintain a clean, neat appearance and dress in a professional manner while performing work. Good personal hygiene is important to maintain a safe and healthy environment for clients, colleagues, and other contractors.

Team members are encouraged to wash hands regularly, including after restroom breaks, and to use hand sanitizer provided throughout the facility as needed. Practicing good hygiene helps reduce the risk of spreading illness in the workplace.

## 7.4 Safety and Health

All team members are expected to work to maintain safe and healthy working conditions and to adhere to proper operating practices and procedures designed to prevent injuries and illnesses. The responsibilities of all Medicare Health Advisors team members in this regard include:

• Exercising maximum care and good judgment at all times to prevent accidents and injuries.
• Turning off all electrical apparatus and electronic devices before leaving work.
• Reporting any injuries, regardless of severity, to their primary point of contact and seeking first aid as needed.
• Reporting unsafe conditions, equipment, or practices to the designated company contact.
• Ensuring electronic cords and equipment are arranged safely to prevent trips or falls.

In the event of an accident or injury, remain calm and, if necessary, contact emergency services (911) immediately.

11

## 7.5 Dress Code and Professional Appearance

Team members performing work on-site are expected to maintain a clean, tidy, and professional appearance. Reasonable effort should be made to present oneself in a manner appropriate for a professional environment. Unnatural hair color, tattoos, and piercings are permitted; however, suggestive or offensive artwork should be covered. Revealing or provocative clothing should be avoided while on-site, as it may be distracting in a professional setting. Team members are responsible for ensuring their attire is appropriate for the work environment and consistent with maintaining a professional atmosphere.

## 7.6 Smoking

Medicare Health Advisors is committed to providing a safe, healthy, and comfortable work environment. The office is a designated smoke-free environment, and smoking is strictly prohibited inside the workplace or any shared company spaces. If you are a smoking team member, please limit smoking to your personal time and in designated outdoor areas, away from entrances and walkways, so as not to interfere with others' comfort or the professional environment.

## 8.0 Workplace Violence Prevention

Medicare Health Advisors is committed to preventing workplace violence and maintaining a safe, professional environment. In light of increasing violence in society in general, we have established the following expectations and guidelines to address intimidation, harassment, or other threats of (or actual) violence that may occur during business hours or while on Medicare Health Advisors' premises.

All individuals providing services to or on behalf of Medicare Health Advisors, including independent contractors, supervisors, and temporary personnel, are expected to treat one another with courtesy and respect at all times. Team members must refrain from fighting, "horseplay," or other conduct that may endanger others. Firearms, weapons, and other dangerous or hazardous devices or substances are strictly prohibited from the premises without prior express authorization from the President of Medicare Health Advisors.

Conduct that threatens, intimidates, or coerces another contractor, client, or member of the public at any time—including off-duty periods—will not be tolerated. This includes all forms of harassment, including harassment based on an individual's sex, race, age, or any other characteristic protected by federal, state, or local law. Any bona fide threats of (or actual) violence, whether direct or indirect, must be reported immediately to a supervising representative of Medicare Health Advisors.

If necessary, local law enforcement should be contacted without delay. This includes threats by team members, clients, vendors, solicitors, or other members of the public. When reporting a threat, team members should be as specific and detailed as possible. Any suspicious individuals

12

or activities should also be reported promptly. Do not place yourself in danger, if you observe a commotion or disturbance, do not attempt to intervene.

To ensure workplace safety and the integrity of investigations, Medicare Health Advisors reserves the right to immediately restrict, suspend, or terminate a team member's assignment pending review of any reported incident. Any team member found responsible for threats of (or actual) violence, or for conduct in violation of these guidelines, may have their contract terminated and/or be prohibited from providing further services with Medicare Health Advisors.

## 9.0 Performance Reviews and Feedback

Frequent informal reviews will be conducted during your introductory period.  Your apparent strengths and weaknesses will be discussed with you and you should take this opportunity to clear up any questions concerning the responsibilities of your position. All discussions will be considered as constructive criticism and the team member is encouraged to not take any encouragement as personally offensive. We are here to help guide you and make sure you have growth for your position in the company.

Because team members are engaged under independent agreements, there are no automatic wage or salary increases. Any adjustments to compensation, contract renewals, or opportunities for expanded work will be determined on a case-by-case basis, factoring in performance, business needs, and economic conditions.

If performance concerns arise, Medicare Health Advisors may provide notice of the issue and an opportunity to address it. Continued concerns may result in reduction of assignments, or termination of the relationship.

## 10.0 Emergency Leave

Medicare Health Advisors understands that unexpected emergencies may arise. If an emergency prevents you from fulfilling an agreed-upon commitment, please notify your supervising contact at Medicare Health Advisors as soon as possible.

Emergency situations will be handled on an individual basis, and continued collaboration will depend on the circumstances, communication, and the needs of the business.

## 11.0 Conditions of Hiring

Engagement with Medicare Health Advisors is based on independent contractor agreements. You may choose to provide or discontinue services at your discretion, and Medicare Health Advisors may likewise choose to enter into, modify, or terminate contractor agreements at its discretion, in accordance with the terms of the contract.

13

## 12.0  Harassment in the Workplace

Medicare Health Advisors is committed to maintaining a professional and respectful environment. Harassment of any kind—whether sexual, racial, ethnic, or any other form, and whether verbal, physical, or visual, is strictly prohibited.

If you believe you are experiencing harassment or witness harassment involving someone else, report it immediately to your supervising contact, office supervisor, or the owner. All reports will be promptly and thoroughly investigated. Prompt reporting is strongly encouraged, as delays may make it more difficult to investigate and address the situation.

Retaliation against anyone who reports harassment or participates in an investigation is strictly prohibited. Any individual found to have retaliated may have their team member agreement reviewed or terminated and could face further legal consequences.

False or malicious allegations of harassment can have serious consequences. Team members found to have intentionally submitted false claims may be subject to termination and may be liable for legal action by the affected party.

## 13.0  Disciplinary Procedures

Medicare Health Advisors is committed to working collaboratively to address performance concerns. Team members are expected to communicate openly with their supervising contact regarding any issues that may affect service quality or timeliness. No team member will be dismissed for poor performance without first being given an adequate opportunity to correct-or justify-that performance.

All meetings between team members and supervisors regarding performance concerns will be summarized in written notes, recorded, or will have a meeting summary for record-keeping purposes.

| | |
|---|---|
| **Clear Expectations** | If performance issues arise, contractors will receive a written outline of expectations, including measurable criteria for evaluating improvements. |
| **Training** | Additional training or guidance related to the specific issue will be offered to support performance improvement. |
| **Coaching** | Supervising Team and team member shall hold a consensual recorded meetings to reach an agreement on specific actions that each person will take to solve the problem. Both parties will acknowledge this agreement by restating it and understand that there will be a defined timeframe for improvement. |
| **Constructive Feedback and Counseling** | Follow-up meetings may be scheduled weekly for up to two weeks to review progress and ensure both parties are aligned on expectations and corrective actions. |

14

**Written Warning/PIP**    Performance Improvement Plans (PIPs) are formal documents that help a team member improve their performance and meet job expectations. PIPs are used when a team member is consistently underperforming or marking serious mistakes, even after receiving additional training or support. The Supervising Team will complete a Written Warning/PIP outlining in detail any performance issues remaining, what must improve immediately to rectify the situation and how the Supervising Team will track the corrective action. It will also include what the team member should expect for the next steps in the disciplinary process should issues continue and not resolve. The Written Warning/PIP will be delivered in a required recorded meeting between the Supervising Team and team member. Once the meeting has concluded, the team member will be required to electronically sign the Written Warning/PIP form via DocuSign.

**Assignment Pause**    If performance issues are not resolved despite additional training and a Performance Improvement Plan (PIP), Medicare Health Advisors may temporarily pause or reduce assignments. The duration and scope of this pause will be communicated in writing based on the PIP and prior discussions.

**Contract Conclusion**    If performance concerns persist despite corrective measures, Medicare Health Advisors may choose to end the team member's agreement. Team members will be notified in writing, and any company-provided equipment must be returned. Compensation will only be provided for work completed under the terms of the contract. Any discretionary bonuses or incentives will be determined at the discretion of Medicare Health Advisors.

## 13.1  Assignment Pause / Team Member Conclusion

Medicare Health Advisors may temporarily pause assignments or conclude a team member agreement at its sole discretion if performance issues, business needs, or other concerns arise. Team members will be notified in writing, and any company-provided equipment must be returned. Compensation will only be provided for work completed under the terms of the contract.

## 13.2  Team Member Conclusion and Voluntary Termination

If it becomes necessary to end a team member agreement, compensation will only be provided for work completed under the terms of the contract. Any discretionary severance or final payments will be determined on a case-by-case basis. Gross violations of company policies or federal, state, or local laws may result in immediate termination of the agreement without discretionary payments.

15

**APPX_032**

If a contractor chooses to end their engagement voluntarily, a written notice is preferred at least two weeks prior to the effective date, though it is not required.

Team members who conclude their engagement in good standing, returning all company-provided equipment and completing assigned responsibilities, will be compensated for any work completed through the effective end date. "Good standing" includes completing assigned tasks satisfactorily, including, when applicable, assisting with the transition of responsibilities to others.

## 14.0  Fringe Benefits

As independent contractors, you are not eligible for employee benefits, including but not limited to: paid time off, paid holidays, paid leave, sick leave, maternity or paternity leave, health insurance, 401(k) contributions, or jury duty pay.

Any compensation for periods when the office is closed or work is not assigned is at the sole discretion of Medicare Health Advisors and will be determined on a case-by-case basis.

## 15.0 Time Off Requests

Medicare Health Advisors recognizes that contractors may have personal obligations and encourages flexibility in scheduling. If you need time off from assignments, please provide notice as early as possible. Submit an Absence Request form (included in this Policies and Procedures Guide) and notify your Department Supervisor via call, text, email, or direct messaging. Verbal or written confirmation from your supervisor should be obtained before taking time off. A reminder closer to the requested time off is appreciated.

For the Administration team, it is preferred that only one contractor is unavailable at a time to avoid disruptions in scheduling and coverage for inbound calls. Check the shared calendar before submitting your request to prevent conflicts. Other departments should communicate time-off requests as early as possible to allow for adequate planning.

On Election Day, contractors are encouraged to make arrangements to vote outside of their scheduled assignments whenever possible.

## 16.0 Office Closures

Medicare Health Advisors' office will be closed during the following periods: October 1–14, December 8–January 1, and most federal holidays. Certain holidays may be optional for work, depending on business needs, and will be discussed individually at the discretion of the supervising contact.

Team members should refer to Section 1.0, Working and Office Hours, for additional details regarding scheduling and availability during these periods.

16

## 17.0   Office Etiquette

Professionalism and courtesy are essential for maintaining a respectful and efficient working environment. Team members are expected to demonstrate consideration for others, help maintain a cooperative atmosphere, and prioritize business-related tasks during scheduled work assignments. While formal rules are secondary to good judgment, team members should use discretion when attending to personal matters, ensuring they do not interfere with assigned responsibilities or disrupt coworkers. When work allows, offering assistance to colleagues is encouraged to support teamwork and efficiency.

## 18.0 Personal Activities

As a representative of Medicare Health Advisors, team members are expected to conduct themselves professionally both during assignments and when interacting with clients, colleagues, or the public outside of work. This includes being mindful of language, jokes, and other behavior that could be considered offensive or inappropriate.

## 18.1   Use of Company Property or Services for Personal Needs

Personal use of company property and services such as computers, copiers, internet, telephone, television and other amenities during working hours is neither fair to other team members nor the employer who is paying for the services and your time. Personal use of these amenities must be limited to unpaid time and be kept to a reasonable minimum if during the working business hours. Abuse of such privileges and use during working hours will be disciplined appropriately, up to possible termination.

## 18.2   Use of Computers and Internet

Team members should limit personal use of company-provided computers and internet to non-assignment periods, such as unpaid suggested breaks or before/after suggested scheduled work plan. Excessive personal use or any use that causes harm to the system (e.g., viruses) may result in pause of computer privileges or review of the team member's working agreement.

The use of external CDs, flash drives, or downloading files onto office computers is prohibited to prevent viruses or network issues. Team members may be held financially responsible for any damages, costs of repair, or losses resulting from unauthorized use that causes harm to company systems.

Personal email should not be accessed on company computers to reduce the risk of malware. Viewing websites with adult content, or other content that is inappropriate, discriminatory, or derogatory, is strictly prohibited and may result in the immediate conclusion of the team members working agreement.

17

## 18.3  Monitoring in the Workplace (In Office/Remote)

Medicare Health Advisors may use monitoring methods to ensure the security of company resources, productivity, and appropriate use of equipment during assigned work periods, whether in-office or remote. The Supervising Team has the ability to see your screen while you are working in the office and remote workers to accomplish the following goals:

- Prevent internal theft
- Examine team member productivity
- Ensure company resources are being used appropriately
- **Team Member Monitoring Software:** Only the Supervising Team members and the President have access to monitoring software through our database. This helps our Supervisors know how team members spend their work time. Functionality can include browser and application tracking, user activity screenshots and keystroke logging.
- **Time and Attendance Systems:** The best time and attendance software gives your business a record of when team members work and take time off. These records are valuable for payment calculations and as evidence if there's a dispute over hours. These digital systems also provide an accurate record of when team members start and end their days, to help determine productivity levels.
- **Video Surveillance:** Video systems may be in place in company offices.


Team members should have little expectation of privacy while on company premises or using company-provided equipment. Monitoring is used solely for operational, security, and productivity purposes.


## 18.4  Use of Telephone


Team members may use personal cellular phones occasionally for non-work purposes during assigned work periods, but usage should be kept to a minimum. Personal calls should not interfere with the completion of assignments or the use of company resources, as excessive use may result in a review of the contractor agreement or reassignment of tasks.


## 19.0 Personal Mail

Team members should not have personal mail, packages, or catalogs delivered to the office. If it is absolutely necessary to use the company's address, prior approval from the owner must be obtained. This helps ensure that incoming mail is managed efficiently and without disruption to business operations.

18

## 20.0 The Customer is Usually Right

Team members may be anxious or frustrated due to health or financial concerns, and it is important to respond calmly and compassionately, even if their behavior is challenging. Any client issues or confrontations should be promptly reported to your supervising contact. Team members should view difficult interactions as an opportunity to demonstrate professionalism and represent Medicare Health Advisors positively.

Many of our clients are older adults who may be experiencing health concerns or financial stress, which can make interactions challenging. Team members should anticipate this behavior and respond in a calm, courteous, and compassionate manner, even if a client's requests cannot be fully accommodated. Difficult interactions should be approached as an opportunity to demonstrate professionalism and represent Medicare Health Advisors positively.

## 21.0  Attitude

A positive attitude is key to success and professionalism. In our line of work, challenges and stressful situations can arise, and it is natural to feel taxed at times. These experiences are opportunities to develop resilience, problem-solving skills, and professional growth.

Team members are encouraged to approach each assignment with a constructive mindset, maintaining composure and professionalism even in difficult circumstances. How you react to challenges reflects on your work and your representation of Medicare Health Advisors.

As a guiding principle:

> "The remarkable thing is we have a choice every day regarding the attitude we will embrace. We cannot change the past… or the actions of others. The only thing we can control is our attitude, and how we respond to life's events."

A positive, proactive attitude helps ensure effective interactions with clients, colleagues, and supervisors, and supports the overall success of your assignments.

APPX_036

## **Sign-Out for Provided Equipment (Remote Team Members)**

THIS AGREEMENT, (The "Agreement"), effective _____, is entered into by and between _____ (the "Contractor") and Medicare Health Advisors, LLC. (the "Company"), located at 2151 West Hillsboro, Suite 402, Deerfield Beach, FL 33442, this ____ day of _____, 20____.

The Company, Medicare Health Advisors, may provide contractors with equipment necessary to perform assigned duties if they are unable to supply it themselves due to cost. Provision of equipment is based on availability and is granted at the sole discretion of the supervising contact or owner. Each request will be considered on an individual basis. Any contractor provided with company equipment must return **all items within 7 days** to the office or their supervising contact upon the conclusion of their assignment or contract. If equipment is not returned, the contractor may be responsible for the replacement costs. Medicare Health Advisors reserves the right to deduct these costs from any final payments owed under the contract, up to the full value of the equipment. If a situation arises where no final payment is owed to the contractor, the contractor remains responsible for all costs associated with replacement of company equipment provided during the engagement. Upon request, an invoice for unreturned or damaged equipment will be provided.

By signing this agreement, the contractor acknowledges and agrees that they are financially responsible for any fees or costs associated with company equipment, including any additional costs to replace or repair such equipment. This agreement constitutes a legally binding acknowledgment of liability for the equipment, and may be used as documentation in the event of any dispute or legal proceedings related to the replacement or repair costs.

**Company Equipment Acknowledgment**

**Initial Equipment Condition:**

- All equipment provided has been tested and verified to be functioning properly prior to issuance.
- All equipment will be reset upon return; all content will be erased and no longer accessible.

**Damages:**

- Contractors are responsible for reporting any damages or equipment malfunctions immediately.
- Contractors are financially responsible for any damages resulting from accident, neglect, abuse, or loss. In such cases, full replacement value and/or all associated repair or replacement costs will be billed to the contractor.

**Return Deadlines:**

- Contractors agree to return equipment directly to the office or to their supervising contact by the agreed-upon due date. Alternate arrangements may be made for convenience with prior approval.

**Fees for Collection:**

- If no final payment is owed to the contractor, all replacement or repair costs may be invoiced directly to the contractor. Contractors authorize Medicare Health Advisors to collect such costs as outlined in this agreement.

**Equipment signed out:**  (check all that apply) Hard Drive [  ] Monitors 1 [  ] or 2 [  ] Keyboard [  ]  Mouse [  ]  Headset [  ]

The Contractor acknowledges receipt of all checked equipment and agrees to return all items in accordance with the Company Equipment Policy. I certify that I have read and understand my responsibilities regarding the equipment loaned to me by Medicare Health Advisors. I agree to adhere to all guidelines and policies related to this equipment. I acknowledge that I am personally responsible for the equipment, may not lend it to any third party, and assume full responsibility for any risk, loss, or damage, including any associated replacement or repair costs.

Contractor Signature:        _____
Contractor Printed Name:  _____
Date:                                _____

20

**APPX_037**

# **Staff Non-Solicitation and Non-Disclosure Agreement**

THIS AGREEMENT, (The "Agreement"), effective _____, is entered into by and between _____ (the "contractor") and Medicare Health Advisors, LLC. (the "Company"), located at 2151 West Hillsboro, Suite 402, Deerfield Beach, FL 33442, this ____ day of _____, 20____.

NON-SOLICITATION/NON-DISCLOSURE:  The contractor hereby warrants and agrees that he or she will not:

• disclose to anyone the name or names of any of the clients of the Company, to any else, in any form, for personal use or for use by anyone else, whether directly or indirectly; nor

• copy or remove any client files, charts, lists, reports, applications, enrollments or Employer financial records and/or appointment books from the premises, either directly or indirectly, in any form; nor

• solicit, divert or attempt to divert or take away any clients of the Company for the team member or for any other person or entity; nor

• solicit divert, or attempt to divert or take away any existing staff currently employed by the Company, or prospective staff being considered for employment, either directly or indirectly, for the team member or any other entity; nor

• disclose to any clients of the Company, the name and/or address of any other insurance brokerage or similar office location where the team member is currently employed or will be employed after termination of employment with the Company; nor

• disclose to any other party, any information, including client lists, contracts, spreadsheets, referral sources, financial and income information, marketing strategy, or any other information generally considered to be privileged or confidential in nature; nor

• disclose to anyone else any professional secrets, such as information regarding the procedures, techniques, or materials used in the course of underwriting and/or the conducting of business

The contractor understands and agrees that he or she may be held personally liable for any losses and/or harms resulting from breach of this agreement.

LAW GOVERNING:  This Agreement shall be construed in accordance with the laws of Florida.
SEVERABILITY:  If any part or portions thereof shall be determined to be invalid or illegal, or unenforceable in whole or in part, then the validity of any other term in this Agreement shall not in any way be affected thereby.
ASSIGNMENT:  It is specifically agreed that the mutual and reciprocal covenants and agreements contained in this Agreement are assignable only by the Employer.
BINDING AGREEMENT:  This agreement shall be binding upon the respective successors and assigns of the parties hereto, and shall inure to the benefit of, and shall be enforceable by the parties hereto and their respective heirs, executors, personal representatives, successors, and assigns.
TERM:  The term of this agreement shall be everlasting.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement upon this date.


_____          _____
Contractor                              Date           Company Authorized Personal           Date

# <u>Emergency Contact Information</u>

Team Member's Name: _____     Date: _____
Address:_____
City: _____     State: _____     Zip: _____
Phone - Home:_____     Cell:_____

It is extremely important that you keep this information up to date.  Old contact information is of no help in an emergency, and is actually harmful due to wasting time.  It is YOUR responsibility to keep this information current.

Hospital of choice: _____

Primary Emergency Contact:

Name: _____
Relationship: _____
Home phone: _____
Work phone: _____Extension _____
Cell phone: _____

Secondary Emergency Contact:

Name: _____
Relationship: _____
Home phone: _____
Work phone: _____Extension _____
Cell phone: _____

22

**APPX_039**

# <u>Staff Acknowledgement of Receipt of Policies and Procedures Guide</u>

Team Members Policies and Procedures Guide:

I, _____, hereby acknowledge receipt of _____ copy (copies) of the team member Policies and Procedures Guide of Medicare Health Advisors.  I understand that it is my responsibility and duty to read the entire Policies and Procedures Guide and to keep it updated as policies are amended or changed. I further agree to be bound and governed by all of the policies and procedures contained therein.

Team Members Signature: _____    Date: _____

23

# **TEAM MEMBER TIME OUT REQUEST FORM**

**To keep scheduling organized, we request that days being taken off or leaving outside of scheduled business hours be submitted through the official Google Form. This process allows us to maintain accurate scheduling, coordinate with clients, and avoid disruptions.**

**How to Submit:**

Open the Time Off Google Form ( Link ).

1.  Fill in all required fields, including:

    ○  Your full name
    ○  Your assigned Team
    ○  Type of leave (vacation, personal, medical, etc.)
    ○  Dates and/or times

2.  Review your entry for accuracy.

3.  Click Submit to send and complete.

24

**APPX_041**

# Medicare Health Advisors



EXHIBIT

4

# Agenda

About us – General Overview

Expectations

Medicare Knowledge

Sales Tools



**APPX_043**

| What you can expect from this training | Training Overview |
|---|---|



We'll begin by covering the basics of insurance, gradually moving into a detailed understanding of Medicare and how it works.

You will also learn how Medicare & Medicaid coordinate to provide coverage.

Compliance is a top priority at MHA, and you'll become familiar with our standards, including what is and isn't allowed. Additionally, we'll introduce you to our company culture and management expectations.

You'll gain a thorough understanding of the 2025 scripting and CMS guidelines to ensure compliance.

**APPX_044**

# Rules for training

Classroom expectations: How we work together

-We value kindness and positivity in all interactions. When we pause for questions or discussions, please participate – we want to hear from more than just the same few voices.

-If you have a question, raise your hand. I can see questions in real time and will address them as they come up.

For restroom breaks, please send me a private message.



| | Tech requirements |
|---|---|

- Hardwire Your Computer – Even with 1000mbps fiber optic, connection dips happen. If you're on Dialedin and your connection drops during a deal, it can force a pause and disconnect you. Avoid this by staying wired through ethernet.

- Computer — Intel i5 (8th Gen+) or AMD equivalent. 8GB+ RAM. Windows 10/11.

- Browser — Latest Google Chrome

- Audio — Noise canceling headset required

- Daily Check — Run a speed test and call yourself on the dialer before starting. https://www.speedtest.net/

Download Microsoft Teams to your Desktop:

https://www.microsoft.com/en-us/microsoft-teams/download-app

# There is a company meeting every Wednesday at 9:00am est.

# Performance Expectations for Independent Agents

- While our agents operate as independent contractors (1099), we maintain clear performance benchmarks to ensure mutual success and accountability across the team.

- These benchmarks are not just numbers – they reflect the professionalism, consistency, and strategic effort we expect from every agent representing our company.

Key Expectations

- Weekly hours: Minimum of 30 hours committed to productive work (calls, appointments, follow-ups)

- Closing rate: Maintain a 2.5%+ conversation rate from leads to enrollments

- Cost per acquisition (CPA): Keep CPA at or below $400 per enrollment

# Why These Metrics Matter

Our performance benchmarks are designed to protect your earning potential, ensure lead quality, and sustain long-term growth – for both you and the agency.

Breakdown of Each Metric

- 30+ Hours/Week
  - Ensures consistent pipeline activity and follow up
  - Builds momentum and improves closing efficiency
  - Reflects professional commitment to the role

- CPA ≤ 400
  - Keeps marketing spend sustainable
  - Allows us to reinvest in better tools, training, and lead support
  - Protects agent profitability and agency scalability

- 2.5%+ Closing Rate
  - Indicates effective communication and product knowledge
  - Helps us maintain high-quality lead sources
  - Drives predictable income and commission growth



# Reporting Absences



- TO ENSURE SMOOTH TEAM OPERATIONS AND COVERAGE, ALL PLANNED OR UNEXPECTED ABSENCES MUST BE REPORTED USING OUR ABSENCE NOTIFICATION FORM

- WHAT THE FORM INCLUDES

  - -YOUR NAME

  - -TEAM NAME

  - -REASON FOR ABSENCE (E.G., VACATION, SICK DAY, PERSONAL)

  - -DATES YOU'LL BE ABSENT

- THE FORM IS AVAILABLE THROUGH THE HYPERLINK ON THE GOOGLE FORMS IMAGE AT THE BOTTOM.

- YOU CAN ALSO REQUEST TO HAVE THE LINK SENT TO YOU ON TEAMS.

- SUBMIT AS SOON AS DATES ARE CONFIRMED FOR ANY PLANNED ABSENCES, OR EVEN THE DAY OF IF UNEXPECTED.

- THIS HELPS US MANAGE COVERAGE AND CLIENT NEEDS, ENSURES COMPLIANCE WITH INTERNAL TRACKING, AND KEEPS YOUR TEAM INFORMED AND SUPPORTED

# Integrity at MHA

## Serving with integrity at MHA

-At MHA, we value compliance and always put the beneficiary first. Our role is to serve and improve their situation. If you can't make things better, don't make unnecessary changes that can lead to compliance issues and complaints. When you approach this role with integrity and a true desire to help, success will follow naturally.

## Be Present

-Listen carefully for cues, take notes, and always speak with respect and kindness. You're a professional and your time matters. Remember, you worked hard to get licensed, paid and certified for AHIP, completed certifications – all to be trusted by the federal government to discuss Medicare. Honor that trust by staying focused and serving with integrity.

## Handling Rude Interactions Professionally

-If a client is rude, you are not required to tolerate verbal abuse. We're not asking you to accept that. If their behavior becomes unbearable, kindly place them on the Do Not Call list to ensure that no one else at the company has to experience the same treatment. Your well-being matters, and we support you in maintaining a respectful environment.

**APPX_051**

## Unnecessary Words to Avoid When Selling Medicare Advantage Plans

- "Best" (e.g., "the best plan for you")

- "Cheapest" (e.g., "this is the cheapest plan")

- "Free" (e.g., "this plan is free for you")

- "Guaranteed" (e.g., "guaranteed approval")

- "Hurry" or "Act now" (creates urgency)

- "Instant" or "Immediate" (in terms of benefits or approval)

- "Guaranteed savings"

- "You'll save money" (without specifics)

- "No strings attached"

- "You won't have to pay anything" (unless referring to $0 premiums)

- "Only available here" (implying exclusivity)

- "Unlimited" (unless specified)

- "This is the plan everyone is choosing" (implying popularity without context)

Always stay compliant and provide clear, truthful information!

# Best Practices

## The True Golden Key to Sales

-Sales success often requires focus and commitment. It's okay to temporarily shift priorities to improve your skills – whether that means delaying other activities or dedicating time to mastering your craft. However, family should always come first, and we never suggest putting that on hold.

-The key to successful sales in confidence. If you approach the conversation with a genuine confident mindset – assuming the sale and focusing on what the client needs – you'll naturally create more opportunities.

-Remember, most of what we do is listen. Ask open-ended questions to engage the client and understand their needs. When top producers  speak, clients can hear the confidence, and that makes all the difference.

## Confidence is Key to Closing the Sale

-If you sound meek or nervous, you risk losing the sale. Clients can sense uncertainty, and it may make them question your ability to help them. Speak with confidence, assertiveness, and a calm demeanor. When you project confidence, clients are more likely to trust you and feel assured in their decision.

## SOUND PROFESSIONAL! DO NOT USE SLANG!

# Pay Structure

- Training pay is **$15/hour**.

- Agents receive a base hourly rate of **$13/hour**.

- Upon reaching **10 completed deals within a week**, all hours worked during that week will be retroactively adjusted to **$19/hour**.

- A daily spiff incentive begins at **$10** and increases by **$10 for each additional closed deal**. (e.g., $10 for the 1st deal, $20 for the 2nd deal, $30 for the 3rd deal, etc.)

- Hourly wages, spiffs, and any additional bonuses are **paid weekly.**

- **Optional Saturdays:**  Team members are welcome to take advantage of our optional Saturday shift, available from 9:00 AM to 2:00 PM EST. Those who work the full five-hour shift and successfully close at one deal will receive an enhanced pay rate of $25/hour. It's a great opportunity to earn extra income and get a head start on the week!

- -Agents receive a $50 commission for each approved policy the 3rd Friday of the following month.

- Agents receive a **$250 bonus** upon reaching **50 approved policies** in a month. The bonus increases to **$500** for **60 approved policies**. At **70 approved policies**, the bonus reaches **$1000**.

- *Current* SEP season daily bonuses include:

  - **4 closed deals in a single day** – Earn full daily pay and have the option to leave early while still receiving full hours for the day.

  - **6 closed deals in a single day** – Receive **a $100 bonus** in addition to regular earnings.

Spiffs and bonuses are subject to managerial discretion
and may be adjusted or revoked as needed.

| DialedIn – Agent | Download link for agent dialer: https://medac.chasedatacorp.com/agent/windows |
|---|---|



**Dialer Application** – Used for attendance tracking, requiring daily sign-ins. Your login credentials will be your first and last name. For example, Jacob Goldberg would log in using "Jacob Goldberg."

-While in training your availability status will be set to **"Busy – Meeting/Manager"**

-The System provides minimal client information, such as name and address.

-It operates through a queue, where you are placed when you set your status to **available**.

-After completing a call, you must **disposition** it properly, marking the call with the appropriate status based on its outcomes

-Ans. Machine. Already Has, Not Eligible, Medicare Advantage Sale…

-See video for further instruction.

**APPX_055**

# Do Not Call Requests



If someone asks to be placed on the Do Not Call list, handle it professionally and compliantly.

-**Acknowledge the request immediately:** Thank them for their time and confirm you will honor their preference.

-**Add them to your internal Do Not Call List**: Set the disposition/call status as "DO NOT CALL" to maintain a record ensuring our organization does not contact them again.

-**Do not attempt to re-engage**: Avoid trying to persuade them to stay on your call list – this can violate consumer protection laws.

-**Confirm if they want to be added to the <u>National Do Not Call Registry</u>**: If they're referring to the federal list, direct them to <u>donotcall.gov</u> or help them register if appropriate.

-If a caller continues to reach out after being placed on the Do Not Call list, escalate the issue to management so they can adjust the dialer's backend settings accordingly.

# Microsoft Teams

## OUR MAIN METHOD OF COMMUNICATION

**MBI/SEP Checks** – Primarily utilized for SEP-related inquiries and retrieving MBI using name, date of birth, and Social Security number. If the MBI is already available, please reference carrier lookup portals rather than using this chat.

**Enrollment Chat** – Designed for locating an enroller to submit a policy or notifying the team that a client will be calling inbound for you. Please use the following format when posting an enroller request: Name, Zip Code, Carrier, SEP.

**Announcement Chat** – Used for sharing regular updates, important news, and reminders to keep the team informed.

**MHA General Chat-** Serves as a collaborative space for team members to exchange questions, share updates, and engage in discussions. It fosters open communication.

**Client Support Chat-** Dedicated to assisting existing clients, including efforts to retain canceled policies and provide ongoing support.

**CRM Review Chat-** Used to verify that agents have completed applications accurately before submitting them for enrollment.

APPX_057

| | # What is Medicare? |
|---|---|



- Medicare is a federal health insurance program for individuals:

  - Aged 65 or older

  - Under 65 with certain with disabilities. Must have been on SSDI for at least 24 months to qualify.

  - With End-Stage Renal Disease (ESRD) or Amyotrophic Lateral Sclerosis (ALS).

- Administered by the **Centers for Medicare & Medicaid Services (CMS)**.

**APPX_058**

| | Guidelines |
|---|---|

How to Reduce Complaints

- *Ask* probing questions. *Listen* to the consumer. *Find* the best plan to meet their needs – increase retention!

- Review core benefits – at a minimum review:
  - MOOP
  - Hospital co-pays
  - Doctor co-pays
  - Hearing, Dental, Vision
  - Remember to use the summary of benefits for all plans rather than the benefit detail in Sunfire!

- Confirm all drugs, drug tiers, and costs.

- Confirm PCP – be sure to confirm the address where the consumer sees the doctor.

- Confirm all specialists.

**APPX_059**

| | Guidelines |
|---|---|

Exercise caution when making **blanket statements!**

- "ALL prescriptions"

- "Nothing will change"

- "This plan has everything your last plan had"

- Be precise!
  - "Your 14 medications are $0"
  - "7 prescriptions for the year"
  - "Your 5 medications are covered at $0 annually"
  - "There is a $0 deductible for all tiers and prescriptions"
  - "Your plan is effective through the end of this month; this new plan will take effect ____"

**APPX_060**

| | Guidelines |
| --- | --- |

**Raising Compliance Scores!**

- We are currently averaging 85% on both sales and enrollment calls. This score needs to jump to a **90%** minimum across the board.

- **Get the Easy Points!**
  - State your government first and last name, the agency you work for, and that the call is being recorded.
  - Verify plan types to be discussed and be clear that a Medicare Advantage plan is different from a Medicare Supplement Plan.
  - Confirm the consumer makes their own healthcare decisions – when capacity is in doubt don't continue!

**APPX_061**

| | NO FLY LIST |
|---|---|

- Clear cases of enrolled without consent
  - No customer on the line
  - Customer clearly declines to be enrolled
  - Customer clearly does not have the capacity to enroll

- Using cell phones to speak with customers.

- Deliberately misleading on benefits to persuade the customer to enroll.

- Abusive behavior.

- No selling/discussing products for carriers that you are not contracted with or cannot get contracted with.

- No taking advantage of beneficiaries that are jumpers (change far too frequently), LET THEM GO. Not a good deal.

# NO FLY LIST

**<u>Egregious agent behavior is cause for immediate termination.</u>**

| | **What's Considered a "Good" Deal?** |
|---|---|

What's considered a "good" deal?

- A "good" deal consists of a few main things.

  - Verifying the doctors are in network.

  - Making sure the medications are covered at the same or a lower cost.

  - Reading all necessary disclosures for compliance.

| Anthem | ▼ | Approved | ▼ |
|---|---|---|---|
| UHC | ▼ | Approved | ▼ |
| Amerigroup | ▼ | Approved | ▼ |
| Wellcare | ▼ | Approved | ▼ |
| Humana | ▼ | Approved | ▼ |

**APPX_063**

# What is Medicare?

**Medicare has 4 parts**

- **Part A:** Hospital insurance (covers inpatient care)

- **Part B:** Medical insurance (covers outpatient services)

- **Part C:** Medicare Advantage (Must have Medicare Part A and B to be eligible for Part C)

- **Part D:** Prescription Drug Coverage



Original Medicare helps cover essential health services, but it doesn't cover everything

APPX_064

# What is Medicaid?

## What is Medicaid?

- **Medicaid** is a state-run program that helps with medical costs for individuals with limited income and resources.

- **Eligibility**: Rules vary by state, with income and other factors determining eligibility.

- It provides health coverage for eligible individuals, including:
  - Low-income adults
  - Pregnant woman
  - Children
  - Seniors
  - People with disabilities

- **Coverage Includes:**
  - Doctors' visits, hospital stays, and emergency services
  - Prescription drugs, lab work, and X-rays
  - Long-term care and nursing home services
  - Other health services not covered by Medicare.





| | What is Medicaid? |
|---|---|

All levels of Medicaid will pay the Part B premium on behalf of the client!

- Full levels of Medicaid cover premiums, copays, deductibles, and coinsurance.

- Partial levels of Medicaid only cover the Part B premium, and the beneficiary receives selective help from the state. (Such as food stamps)

Cost Share Protected Levels: (Full)

-FBDE, QMB+, SLMB+, QMB

Non-Cost Share Protected Levels: (Partial)

-SLMB, QI, QDWI

MEDICAID LEVELS ARE SUBJECTED TO CHANGE  BASED OFF INCOME & ASSETS. VARIES FROM STATE TO STATE.

# Premiums and Medical Deductible

## Premium

- A **premium** is the amount paid, typically monthly, to maintain insurance coverage.

- It is required regardless of whether or not medical services are used during the coverage period.

- Premiums must be paid on time to avoid a lapse in coverage.

- **Higher premiums** may result in lower out of pocket costs, while **lower premiums** may lead to higher cost sharing for services.

- Premiums can vary based on factors such as:
  - Type of insurance plan (e.g., Medicare Advantage, Medicare Supplement, or Part D.
  - Geographic location
  - Additional benefits included in the plan.

## Deductible

- A **deductible** is the amount the insured person must pay out of pocket before the insurance company begins to pay its share.

- Once the deductible is met, the insurance plan covers a portion of the costs, with the beneficiary paying copays or coinsurance.

- **Higher deductibles** often result in **lower premiums** but require the insured to pay more upfront for medical services.

- Some plans have separate deductibles for medical and prescription drug coverage.

**APPX_067**

| | Maximum Out of Pocket |
|---|---|

## Maximum Out of Pocket (MOOP)

- **MOOP** is the highest amount a beneficiary will pay for covered services in a year.

- Once the MOOP is met, the plan covers 100% of the remaining costs for the rest of the year.

- MOOP includes
  - Deductibles
  - Copays
  - Coinsurance

- **MOOP limits vary** depending on the plan, but all Medicare Advantage plans must include an annual MOOP.

- Costs not covered by the plan, such as dental or vision services, do not count toward the MOOP.

- Switching to a new Medicare Advantage plan resets the **MOOP** for medical services and you must start over.

# Copay and Coinsurance

## Co-pay

- A **co-pay** is a fixed dollar amount the insured pays for a specified service or prescription.

- It is a form of cost-sharing where the insured pays part of the cost, and the insurance company covers the remained.

- Co-pays typically apply to:
    - Doctor visits (primary and specialists)
    - Prescription medications
    - Emergency room visits and urgent care

- **Co-pay amounts** vary depending on the service and the plan's structure.

## Coinsurance

- **Coinsurance** is the percentage of medical costs the insured pays after meeting the deductible.

- Unlike a copay, which is a fixed amount, coinsurance is calculated as a **percentage** of the total cost of the service.

- For example, if a plan has 80/20 coinsurance:
    - The insurance covers 80% of the cost
    - The insured pays the remaining 20%

- Coinsurance applies to many services, including hospital stays, specialist visits, and diagnostic tests.

- Once the MOOP is reached, the insurance plan covers 100% of eligible costs.

|  | Important terms to understand |
|---|---|

- A Power of Attorney (POA) allows someone (the principal) to authorize another person (the agent) to make decisions on their behalf. Types include Durable (remains effective after incapacity), Springing (activated upon incapacity), and Medical (for healthcare decisions). (<u>Their POA must be present if they have one</u>.)

- A Medicare Supplement (Medigap) plan helps cover out-of-pocket costs like deductibles, copayments, and coinsurance that Original Medicare doesn't pay. These plans don't include prescription drug coverage and can't be combined with Medicare Advantage. (If they have a Medicare Supplement, just let them go.)

- Employer Group Waiver Plans (EGWPs) are Medicare plans offered by employers or unions to retirees, available as Part D (PDP) or Medicare Advantage with drug coverage (MAPDs), identified by 800-series Plan Benefit Package (PBP) codes. (Do not enroll!)

  - Example:

| Contract | PBP | Plan Type Code & Description |
|---|---|---|
| H5522 | 802 | 04 - Local PPO |
| H5521 | 801 | 04 - Local PPO |
| S8841 | 803 | 29 - Medicare Prescription Drug Plan |
| S5660 | 801 | 29 - Medicare Prescription Drug Plan |

# Important terms to understand

Summary of Benefits

- A **simplified overview** that highlights the key features of a health plan.

- Provides a **snapshot of benefits and costs**, summarizing coverage for doctor visits, hospital stays, prescription drugs, and other important services.

- Includes **basic cost-sharing details**, such as deductibles, co-pays, and out-of-pocket limits.

- Explains **important plan features** in plain language, making it easier for beneficiaries to compare plans.

- **Highlights significant limits and exceptions** but does not provide the in-depth details found in the EOC.

- Serves as a **quick reference** for beneficiaries to understand the plan's core benefits and financial obligations.

Evidence of Coverage

- A **comprehensive document** provided by the health plan that explains in detail the benefits, costs, and rules of the plan.

- It outlines **what's covered**, including inpatient and outpatient services, preventive care, and prescription drugs.

- Describes **how the plan works**, such as network requirements, referrals, and prior authorization processes.

- **Cost-sharing details** are included, specifying deductibles, co-pays, coinsurance, and maximum out-of-pocket costs.

- It also covers **plan rules and limitations**, appeal processes, and how to access care.

- **Required by CMS**, the EOC provides a thorough breakdown of the beneficiary's rights, responsibilities, and the process for addressing grievances.

| | Individuals We Recommend To Not Enroll | |
|---|---|---|

At MHA, we prioritize ensuring that beneficiaries receive uninterrupted, high-quality care. Therefore, **we do not enroll individuals undergoing complex treatment plans** that could be negatively affected by changing their insurance coverage. This includes:

## End-Stage Renal Disease (ESRD)

- ESRD is permanent kidney failure that requires regular dialysis or a kidney transplant.

- Dialysis is a life-sustaining treatment that removes waste, excess fluids, and toxins from the blood when the kidneys no longer function properly.

- Disrupting coverage for ESRD patients may result in interruptions to critical dialysis treatments or delays in receiving a transplant, which is why we avoid making changes to their plan.

## Cancer Treatments

- Cancer treatments, including:
    - Chemotherapy – Medication that kills or slows the growth of cancer cells
    - Radiation Therapy – High-energy radiation used to destroy cancer cells
    - Immunotherapy – Boosts the body's immune system to fight cancer
    - Targeted Therapy- focuses on specific genes or proteins that contribute to cancer growth
        Since changes to health plans can disrupt ongoing cancer treatment protocols, we do not enroll individuals actively receiving these treatments to ensure continuity of care.

## Why This Matters

- Switching plans during these critical treatment periods may cause coverage gaps, delays in treatment, or the need for new prior authorization.

- To protect the health and well-being of these beneficiaries, we do not make changes that could jeopardize their treatment plans.

**APPX_072**

| | Individuals We Recommend To Not Enroll | |
|---|---|---|

## Palliative Care

- **Median Duration**: Studies show that the median duration of palliative care is approximately **30 to 40 days**, though it may extend longer depending on the patient's condition.

- Also referred to as "**comfort care**", palliative care focuses on relieving pain, managing symptoms, and enhancing the quality of life for individuals with serious, life-limiting conditions.

- When families say, "**we are just trying to keep them comfortable**", they are often referring to palliative care.

- **Why We Don't Enroll**: Changing plans during this period can disrupt critical services, which is why we avoid making changes to their coverage.

## Hospice Care

- **Median Duration**: About **half of patients pass within three weeks** of starting hospice care, while others may remain in hospice for up to six months or longer if their condition allows.

- **Hospice care** prioritizes comfort, dignity, and quality of life for individuals nearing the end of life, focusing on symptom management rather than curative treatments.

- **Why We Don't Enroll**: Hospice care plans are carefully coordinated to meet the patient's needs. Changing plans at this stage could **delay services, require new authorization, or disrupt ongoing care**. To ensure stability, we do not enroll individuals in hospice.

**APPX_073**

| | Individuals We Recommend To Not Enroll |
|---|---|

## Hospitalization

- Never switch someone currently under treatment in a rehab or hospital setting.

- They have been approved with their current plan for treatment, authorizations and in-network details have already been established.

- **Do not change.**

## Memory Problems

- Big red flag when someone tells you that they have memory problems.

- STOP! Especially if they say, "my family member has all my cards."

- **Note:** Asking someone for their SSN after that is a BIG NO-NO! If the person remembers that they spoke to you and you got info, depending on the family members or POA, it could become a compliance issue!

- Cues and signs: Difficulty following the conversation. Repetitive questions or statements. Inability to make decisions. Trouble finding words.

| | Who Can Have Medicare? |
|---|---|

**Eligibility Criteria**

- **Age 65 or Older:**
  - Individuals who are 65 or older and eligible for Social Security or Railroad Retirement benefits.
  - Must be a U.S. citizen or a legal permanent resident who has lived in the U.S. for at least five consecutive years.

- **Under 65 with Certain Disabilities:**
  - Individuals who have received Social Security Disability Insurance (SSDI) for at least 24 months.

- **End-Stage Renal Disease (ESRD):**
  - Individuals with permanent kidney failure requiring dialysis or a kidney transplant.

- **Amyotrophic Lateral Sclerosis (ALS):**
  - Individuals diagnosed with ALS (Lou Gehrig's disease) are automatically enrolled in Medicare when receiving SSDI benefits.

| | What is Creditable Coverage? |
|---|---|

## What is Creditable Coverage?

- **Creditable Coverage** refers to health insurance or health benefit plans that meet the minimum requirements established by the Centers for Medicare & Medicaid Services (CMS) for **Medicare Part D** (prescription drug coverage) and **Medicare Part B** (medical insurance).

- Some examples of Creditable Coverage include:
  - **Employer Group health plans**
  - **Government-provided plans**

- **Employer/Union Plans**
  - Employers with **20 or more employees** are required to annually report to CMS whether their health plan provides **creditable coverage** for **Part B & Part D.**
  - If you have **employer or union coverage**, you will receive a **Notice of Creditable Coverage** in **September** each year. This notice will indicate if your coverage is considered creditable for both **Part B (medical)** and **Part D (prescription drugs)**

- Why is This Important?
  - If you have **creditable coverage**, you can delay enrolling in Medicare Part B or Part D without incurring a late enrollment penalty.
  - If you delay enrollment in **Part D** and do not have **creditable prescription drug coverage**, you will incur a **penalty** when you eventually enroll.

Important Reminder:

- Keep your **Notice of Creditable Coverage** as it is essential for proving your coverage status and avoiding penalties.

| | What is Medicare Part A? |
|---|---|

**What Medicare Part A Covers for Inpatient Hospital Care:**

- **Inpatient Hospital Care** - Semi-private rooms, meals, general nursing, drugs and hospital services.

- **Skilled Nursing Facility (SNF) Care** – Semi-private rooms, meals, nursing care, therapy, and medical supplies.

- **Hospice Care** – Pain relief, nursing care, medical supplies, respite care, and counseling.

- **Home Health care** – Skilled nursing, therapy, home health aide services. And durable medical equipment.

- **Inpatient Mental Health Care** – Care in a psychiatric hospital (up to 190 days lifetime).

- **Blood Transfusions** – Blood used during a hospital stay (after meeting the deductible).

- **Inpatient Rehabilitation** – Care in rehab facilities following illness or injury.


**Costs in 2025 for Inpatient Hospital Care:**

- **Days 1-60** (of each benefit period): **$0** after you meet your **Part A deductible of $1,676**.

- **Days 61-90** (of each benefit period): **$419** per day.

- **After Day 90** (of each benefit period): **$838** per day for each lifetime reserve day (up to 60 days over your lifetime).

- **After you use all lifetime reserve days**: You pay **100%** of the costs.

| | What is Medicare Part B? |
|---|---|

**What Medicare Part B Covers:**

1. Doctor's Services – Includes visits to your primary care doctor, specialists, and other health professionals.

2. Outpatient Hospital Services – Emergency room visits, outpatient surgeries, lab tests, and diagnostic services.

3. Preventative services – Screenings, vaccinations, wellness visits, and certain cancer screenings.

4. Durable Medical Equipment (DME) – Items like wheelchairs, walkers, and oxygen equipment.

5. Mental Health Services – Outpatient therapy, counseling, and psychiatric care.

6. Other Services – Ambulance services, physical therapy, and certain prescription drugs (e.g., chemotherapy).

2025 Medicare Part B Costs

- Deductible: $217 per year
  - You must pay this amount before Part B starts covering your costs.

- 80/20 Split
  - Part B generally covers 80% of the Medicare-approved amount for covered services.
  - You pay 20% of the Medicare-approved amount after meeting your deductible.

- Important Notes:

- No MOOP (Maximum Out-of-Pocket)
  - Part B does not have a MOOP, so your out-of-pocket costs could be higher depending on your usage of services.

| | Part B Late Enrollment Penalty |
|---|---|

The **Part B Late Enrollment Penalty (LEP)** is a monthly fee added to your Part B Premium if you don't sign up when first eligible.

**How is the Penalty Calculated?**

- The penalty is **10% of the standard Part B Premium** for every **full 12-month period** you were eligible but did not enroll.

- Example:
  - If you delay enrolling for 3 years (36 months), you'll pay a penalty of **30%** of the Part B premium.
  - The penalty is **permanent** and lasts as long as you have Part B.

**When does the Penalty Apply?**

- If you **don't sign up** during your **Initial Enrollment Period (IEP).**

- If you **don't qualify** for a **Special Enrollment Period (SEP),** such as having employer group coverage when first eligible.

**How Much is the Penalty in 2025?**

- **Standard Part B Premium (2025): $185.00** per month.

- **10% Penalty Per Year**
  - 1 year late: **$18.50 extra/month**
  - 2 years late: **$37.00 extra/month**
  - 3 years late: **$55.50 extra/month**

**Important Notes:**

- **No Maximum Penalty:** The penalty increases the longer you wait to enroll.

- **Penalty is for Life:** The penalty is added to your premium for as long as you have Part B.

| | What is Medicare Part C? |
|---|---|

## What is Medicare Part C?

Medicare Part C, also know as Medicare Advantage, is an alternative to Original Medicare (Part A & Part B). It's offered by private insurance companies approved by Medicare.

## What does Medicare Part C Cover?

Medicare Part C plans generally include all the benefits of Part A (hospital insurance) and Part B (medical insurance), but they may offer additional coverage, such as:

### Extra Benefits:
- Vision – Eye exams, glasses, and sometimes even discounts on eyewear.
- Dental – Routine checkups, cleanings, and sometimes coverage for dentures and other dental services.
- Hearing – Hearing exams and discounts on hearing aids.
- Wellness Programs – Gym memberships and other health and wellness benefits.
- Transportation – Coverage for rides to medical appointments (varies by plan).

## Important Notes:

- Private Insurance Companies: Part C plans are offered by private companies, so coverage and costs can vary.

- MOOP (Maximum Out-of-Pocket): Medicare Advantage plans have an annual MOOP limit, which means once you reach that limit, the plan pays 100% of your covered costs for the rest of the year.

| | # What is Extra Help/ Low Income Subsidy (LIS)? |
| --- | --- |

- -Extra Help is a Medicare program designed to help people with limited income pay Medicare prescription drug plan costs such as monthly premiums and deductibles.

- -If you qualify for full Extra Help (100%), you will pay no more than $0-4.80 for a generic drug (or brand name treated as a generic) and $4.90-12.15 for any other brand-name drug.

- -There are two levels of Extra Help: Full and Partial. Income eligibility is the same throughout the country, with slightly higher levels for Alaska and Hawaii. People who receive Medicaid, a Medicare Savings Program, or Supplemental Security Income (SSI) will be automatically enrolled into Extra Help.

- -If you qualify for partial extra help, you'll pay no more than 15% of the cost of drugs on your plans formulary (drug list) until you reach the out of pocket limit. The maximum deductible with partial LIS is $104.



| | Types of Medicare Advantage Plans |
|---|---|

## Types of Medicare Advantage Plans

### HMO ( Health Maintenance Organization)

- Requires members to use a **network of doctors and hospitals**.

- Typically requires **referrals** from a primary care doctor to see a specialist.

### HMO-POS (Health Maintenance Organization – Point of Service)

- Like an **HMO** but offers some **out-of-network** coverage at a higher cost.

- Provides greater **flexibility** while maintaining a primary care network.

## PPO (Preferred Provider Organization)

- Provides more **flexibility**, allowing members to have both in and out of network coverage.

- The ability to see **any doctor or specialist** as long as they are willing to accept the plan. (The out-of-network payment)

- Lower costs apply when using in-network providers.

- **No referrals** required.

## PFFS (Private Fee-for-Service)

- The Insurer sets the **terms and conditions of coverage**.

- Members can visit **any doctor or hospital** that agrees to accept the plan's payment terms.

| | Types of Medicare Advantage Plans |
|---|---|

## MAPD (Medicare Advantage with Prescription Drug Coverage)

- Suitable for individuals who need **prescription drug coverage.**

- Ideal for those who prefer an **all-in-one plan** that combines hospital, medical, and drug coverage.

- Recommended for beneficiaries who do not have other creditable drug coverage, such as VA or employer plans.

## MA-Only (Medicare Advantage *Without* Drug Coverage)

- Appropriate for veterans who receive **prescription drug coverage through the VA**.

- Beneficial for individuals with **creditable drug coverage** from another source.

- Best for those who want **Part A and Part B Benefits** through a private plan but do not need prescription drug coverage.

Key Considerations:

- Enrolling in an MA-Only plan without drug coverage may lead to a **Part D penalty** if there is no other creditable coverage.

- MAPD plans offer **comprehensive coverage** and simplify managing healthcare benefits.



| | Types of Medicare Advantage Plans |
|---|---|

### C-SNP (Chronic Special Needs Plan)

- Designed for individuals with **severe or disabling chronic conditions** who need specialized care and tailored benefits.

- Common qualifying conditions include:
    - Diabetes
    - Chronic heart failure
    - Cardiovascular disorders

- These plans provide a specialized network of providers and care management to meet the unique needs of these beneficiaries.

### D-SNP (Dual Eligible Special Needs Plan)

- For individuals who are **eligible for both Medicare and Medicaid.**

- Provides coordinated care by combining Medicare and Medicaid benefits, often including:
    - Additional services such as dental, vision, and hearing benefits.
    - Care coordination to manage medical and social needs.

- D-SNPs ensure that beneficiaries receive the full benefits they qualify for under both programs.

### I-SNP (Institutional Special Needs Plan)

- Designed for individuals who live in an institutional setting or require nursing-level care for 90 days or longer.

- Available to residents of:
    - Skilled Nursing Facilities (SNFs)
    - Long-term care institutions
    - Assisted living communities in certain cases

- I-SNPs provide specialized care management to meet the complex healthcare needs of long-term are residents.

| | Medicare Advantage Part B Giveback Plans |
|---|---|

## How It Works:

- A Medicare Advantage plan with a Part B Giveback, also known as a Part B premium reduction, reduces the amount deducted from the beneficiary's social security check for Part B.

- The plan pays a portion of the beneficiary's Part B premium directly to social security, resulting in a lower monthly cost.

- The giveback amount varies by plan and region, typically ranging from a few dollars to the full Part B premium.

## Who Qualifies for the Giveback:

- Beneficiaries enrolled in a Medicare Advantage plan that includes a Part B giveback.

- Individuals who pay their Part B premium through deductions from their Social Security check.

## Who Does Not Receive the Giveback:

- Individuals enrolled in a Medicare Savings Program (MSP) that covers the Part B premium.

- Individuals who have Medicaid and the state is paying their Part B premium.

- Beneficiaries who have their Part B premium paid for by their retirement.

| | # Script |
| --- | --- |



### MHA SCRIPT 2026

◆ **INTRODUCTION & RECORDING NOTICE**

Hello, this is **[Agent First and Last Name]**, a licensed agent with **Medicare Health Advisors**. I need to inform you that this call is being recorded for quality and compliance purposes.

How are you doing today?

◆ **IDENTITY VERIFICATION**

To ensure I'm speaking with the correct person, may I please confirm your:

- Full name
- Date of birth
- Zip code

Pleasure to meet you! Just to confirm, you have Medicare Parts A and B, correct?
Do you make your own healthcare decisions?

## Introduction & Recording Notice + Identity Verification

- • Agent introduction: "[Agent First and Last Name], licensed agent with Medicare Health Advisors"

- • Recording notice: "This call is being recorded for quality and compliance purposes."

- • Greeting: "How are you doing today?"

- Confirm Full name, Date of Birth, and Zip Code.

- Confirm Medicare Parts A&B

- Confirm  decision-making authority.

**APPX_086**

|  | **Script** |
|---|---|

**Medicare Card Request**

- Request Medicare Number (or first 3 letters/numbers)
- If hesitant:
  - Pivot to inquiry reasons: benefits like grocery, dental, vision, OTC
  - Offer review and comparison
  - If no Medicare Card available; before you can collect the social, you need to get the necessary disclosures out of the way

◆ **MEDICARE CARD REQUEST**

Next, to help me pull up your information and see if we can assist you today, may I have your Medicare number? (If hesitant, you can ask for the **first three letters and numbers** from their Medicare card)

*(If they object, pivot to the reason for the call):*

I understand! We're reaching out because you submitted an inquiry online about additional Medicare benefits you may be entitled to—like a grocery allowance, dental, vision, or over-the-counter coverage. Let's do a quick review together. If you're already on the most comprehensive plan, I'll let you know. If there's a better option, I can help you make that change.

◆ **IF NO MEDICARE CARD AVAILABLE – DISCLOSURES**

Before I take any personal information, I need to read a few short disclosures that allow me to discuss your options today.

APPX_087

| | **Script: Disclosures** |
|---|---|

☑ **MARx Disclaimer**

With your permission, I'd like to check your eligibility status. This helps determine which plans you may qualify for.

Please note eligibility is based on current data and is not guaranteed. CMS makes the final determination if an application is submitted.

*Do I have your consent to check your eligibility status?*

☑ **CMS/TPMO Disclaimer**

While that's loading, here's a quick disclaimer:

"We do not offer every plan available in your area. Any information I provide is limited to those plans I do offer. Currently, I represent **[insert number] organizations** offering **[insert number] plans** in your area.

You can contact Medicare.gov, 1-800-MEDICARE, or your local SHIP office to learn about all your options."

Medicare Health Advisors is not a government agency or insurance company. I'm licensed to sell Medicare plans in **[Client State]**.

You are not required to provide health information unless it's used to determine eligibility. Reviewing options with me will not affect your current or future Medicare status, and you will not be automatically enrolled.

☑ **Scope of Appointment**

Lastly, I need your permission to discuss plan options.

You are not obligated to enroll, and agreeing to speak does not affect your current coverage.

Do I have your permission to discuss Medicare Advantage plans, Prescription Drug Plans, and other options like standalone dental, vision, or hospital indemnity plans?

REQUIRE CLEAR "**YES**" TO CONTINUE

**Disclosures**
- MARx Disclaimer
  - Request permission to check eligibility
  - CMS makes final determination
- CMS/TPMO Disclaimer
  - "We do not offer every plan available…"
  - Medicare Health Advisors is not a government agency
- Scope of Appointment
  - Request permission to discuss plan types
  - Must obtain clear "**YES**" to continue

APPX_088

|  | **Script: Sales Portion** |
| --- | --- |

◆ **ELIGIBILITY & ENGAGEMENT**

Great! You just popped up in our system, this is an interesting situation.

I see you're currently on the **[Plan Name]**.

- If they recently switched: What prompted the change?
- If they haven't changed: The plan may not have changed, but the **benefits have** for 2025.

◆ **NEEDS ANALYSIS**

In case we get disconnected, may I have a callback number? *(One-time use only)*

Are there any specific benefits such as your spending allowances, dental, vision, copays, or maximum out of pocket that you feel could use improvement?

Do you currently have other coverage such as:

- Employer insurance
- Individual major medical
- Employer Group Medicare
- VA benefits
- Tricare for Life or Champ VA?

Let's talk about your doctors. Who do you see *regularly*?

Collect primary care and specialists.

*If a Dr shows out of network for a PPO, but you intend to go with that option, you must let the client know there is no guarantee their doctor will accept the out of network payment. If the client agrees to move forward knowing that, you can continue.*

Based on what you've shared, I'll compare your current plan with others available.

If I find a plan that improves your benefits—like more OTC, dental, vision, or lower copays, I'll let you know.

If everything looks great, I'll confirm that too

*See what new plans may offer the benefits that align with their needs analysis. If you are increasing any benefits or lowering costs, this is the time to let them know you found a plan addressing their NEEDS.*

◆ **Core Benefits Review**

**(Open the summary of benefits and read verbatim)**

-Plan Name

-HMO or PPO

-Plan Premium (Even if $0. If plan premium is reduced by LIS, state that as well)

-State if doctors are in network

-Part B premium reduction (if applicable)

-Medical/drug deductible (even if $0)

## Eligibility & Engagement + Needs Analysis

- Confirm Current Plan
  - If recently switched: ask reason
  - If unchanged: explain 2025 benefit updates
- Request Callback Number
- Ask about benefit concerns:
  - Spending allowances, dental, vision, copays, MOOP, etc.
- Ask about other coverage:
  - Employer, VA, Tricare, etc.
- Collect doctor information
  - PCP and specialists
  - PPO out-of-network disclaimer

| | Script: Core Benefits Review |
|---|---|

◆ **Core Benefits Review**

**(Open the summary of benefits and read verbatim)**

-Plan Name

-HMO or PPO

-Plan Premium (Even if $0. If plan premium is reduced by LIS, state that as well)

-State if doctors are in network

-Part B premium reduction (if applicable)

-Medical/drug deductible (even if $0)

MULTIPLAN_GHHKZMJEN_C                                        MHA SCRIPT 2026

-Inpatient Hospital Copays

-Outpatient Hospital Copays

-Doctor Office Visit Copays – PCP and Specialist

-Inpatient + Outpatient Mental Health Servies

- Preventative Care (always $0 in network)

-Emergency Room

-Urgently Needed Services

-Hearing, Dental, and Vision Benefits – Copays/Costs of services + yearly allowances

-Transportation

-Spending Allowances

- Read Summary of Benefits verbatim:
  - Plan Name, HMO/PPO, network status
  - Part B giveback, deductibles, copays
  - Mental health, preventative care
  - ER, urgent care, hearing/dental/vision
  - Transportation, spending allowances, additional benefits
- Reminder: This plan will replace current coverage
- The core benefits in the script are in order of how they appear in the summary of benefits

**ENSURE THAT THE CLIENT IS AWARE THAT THIS PLAN WILL REPLACE THEIR CURRENT PLAN UPON ITS EFFECTIVE DATE!**

APPX_090

| | Script: Prescription Review & Enrollment Transition |
|---|---|

◆ **PRESCRIPTION REVIEW**

Let's review your medications:

- Name, dosage, frequency, quantity
- Preferred pharmacy

I'll check for any prior authorizations, quantity limits, or restrictions.

If any formulary exceptions apply, I'll explain them—they may require physician approval and are not guaranteed.

◆ **ENROLLMENT TRANSITION**

So, **[Client First and Last Name]**, based on our discussion, I recommend we move forward with enrollment for 2026.

MULTIPLAN_GHHKZMJEN_C                    MHA SCRIPT 2026

Here's my contact information in case you need to reach me:
**Agent Full Name**

**Phone Number: (888) 831-2493**

**NPN**

**At this time, have your client hang up and call back in if not already on an inbound call!**

- Collect
  - Medication name, dosage, frequency, quantity
  - Preferred pharmacy

- Review
  - Prior authorizations, quantity limits, restrictions
  - Explain exceptions if applicable

- Recommend enrollment based on discussion

- Provide contact info
  - Agent name, phone (888) 831-2493, NPN

- Instruct client to call back if not already an inbound call

APPX_091

◆ **PRE ENROLLMENT DISCLOSURES, ENROLLMENT & CONFIRMATION**

1. Thank you for calling the **(Medicare Health Advisors)**. My name is **(Agent Name),** a licensed sales agent. We are an insurance brokerage and are not affiliated with the federal government. Also, I need to let you know that we do record all our calls for quality and accuracy. Please say YES if I have your permission to continue.

>> **Must obtain a clear YES or explain to the customer that you cannot continue with the call.**

1.2: Thank you, who do I have the pleasure of speaking with today? **(First and Last Name)**.

1.3: Ok **(Lead Name)** and in the event we get disconnected, or I would need to contact you again, what is a good phone number to reach you at?

1.4: Great. If you need to contact me, I can be reached at **(888-831-2493)**. Our operating hours are Monday-Friday 9AM-6PM and Saturdays 9AM-2PM. And do you give permission for **{Medicare Health Advisors}** and its employees to contact you at the number provided?

1.5: We do not offer every plan available in your area. Currently we represent **[insert number of organizations]** organizations which offer **[insert number of plans]** products in your area. Please contact Medicare.gov, 1-800-MEDICARE, or your local State Health Insurance Program (SHIP) to get information on all your options

**Section 2: Scope of Appointment**

2.1: In your area there are a wide variety of plans. We are going to discuss your options today including Medicare advantage, hospital indemnity, dual special needs plan and prescription drug coverage. I need to verify some additional information and read some required disclaimers, and then I will be able to provide you with a health plan. Please say yes if I have your permission to discuss such plans with you today, **(Today's Month/Date/Year) (require "Yes").**

2.2: This conversation has no effect on your current or future health coverage unless you enroll in a plan today. Talking to me does not obligate you to enroll or automatically enroll you in a plan.

2.3: By enrolling in this plan, you acknowledge and understand that your current insurance coverage will be terminated and replaced by the new plan you are selecting. This change may impact your benefits, costs, and provider network. It is your responsibility to review all plan details to ensure this transition aligns with your healthcare needs. Please say yes if I have your permission to continue. **(required "Yes")**

2.4.: And lastly **(Lead Name)**, do you make your own healthcare decisions?

**IF NO**: "Ok **(Lead name)**. I can still provide plan information today but would need to have a POA or authorized representative/legally recognized by the state on the phone if you decide to enroll.

## Script: Pre-Enrollment Disclosures

- Reconfirm recording  and permission to proceed

- Confirm identity and callback number

- Reiterate contact permission

- CMS/TPMO disclaimer

- Scope of Appointment:
    - Types of plans discussed
    - No obligation or automatic enrollment
    - Confirm understanding of plan replacement
    - Confirm decision-making authority

**APPX_092**

| | Script: Enrollment Portion |
| --- | --- |

Now, read the **Sunfire Enrollment** *verbatim*.

**ONCE ENROLLMENT IS READ IN ITS ENTIRETY AND SUBMITTED:**

Your enrollment application has been successfully submitted.

Your confirmation number is: **[Enrollment ID]**

Medicare Health Advisors customer service: **(888) 831-2493**, Mon–Fri, 9 AM–6 PM. TTY users dial 711.

Your carrier's customer service info will be in your plan documents, which should arrive in 7–10 business days.

- The last part of the script instructs you to read Sunfire verbatim for the enrollment process

- The last few points are reminders of information to provide once the enrollment has successfully been submitted

 **SunFire** | **Sunfire**

- Utilized for looking up plans for the carriers we are contracted to sell for **all** states. (Not just states you are appointed in)

- Where we plug in our providers to determine whether doctors are in or out of network.

- Information provided includes plan name, contract code, premium, SOB, EOC, doctor networks.

- Also, the tool we use for enrollments.

- See document for further instructions.













**APPX_094**

|  CMS | Eligibility Portals |
|---|---|

Varying tools for verifying the consumer's **Medicare** and **Medicaid** eligibility.

- Humana Vantage tends to be the easiest to use for checking MBIs as well as provides the most information while asking for the least. (DOB, Gender, & MBI)

- MBI Checks chat can be utilized if you need a MARx report or lookup with name, DOB, & SSN.

- See Video for further instruction.





**APPX_095**

| | **Medicare.gov** |

Medicare.gov is mainly utilized for determining the client's prescription costs.

- Go through "Health & Drug Plans" and select "Find Health & Drug Plans"

- Enter the client's zip code.

- Select Part C.

- Select if they receive LIS or Medicaid.

- Add Medications & then select the pharmacy.

- Find the plan you are selling and review the costs.

- Medicare.gov considers their help programs as well as any deductibles and accurately displays the costs.

- You can see both a monthly breakdown of the costs, as well as the costs for the rest of the year.

**APPX_096**

| | Executive Pro CRM |
|---|---|

- The CRM we use for filling out applications.

- Allows us to input all information gathered, as well as any necessary notes.

- All information must be accurate and exactly how it is in the Medicare system.

- The CRM serves retention purposes as well by sending out welcome emails and links to carrier portals and the carrier's phone number.

- STEP BY STEP GUIDE



| | Special Enrollment Periods (SEP) |
|---|---|

OEP – Open Enrollment Period (Annual one-time change January 1st through March 31st)

● SEP – Special Enrollment Period (Can be used throughout the year, depending on one's situation)

- A Medicare Special Enrollment Period (SEP) is a time outside of the yearly Open Enrollment Period when you can make changes to your Medicare Advantage and Medicare drug coverage

- You can make changes during the Medicare Annual Enrollment Period (October 15 – December 7) or the Medicare Advantage Open Enrollment Period (January 1 – March 31). You can also make changes using a SEP.

- Every beneficiary has an Initial Enrollment Period (IEP) that spans 3 months before Medicare begins & 3 months after A&B start.

○ DST - Weather emergency or disaster
○ LEC - Lost employer coverage
○ MOV - Moved to a new service area
○ 5ST - Changing to 5-Star plan
○ NLS - Gain, Lose or a Change in LIS-Eligible Status
○ ACC - Carrier or CMS were unable to provide required notices or information in an accessible format
○ CSN - I want to join a Plan that tailors its benefits to my chronic condition
○ DIF - Auto assigned by CMS or State
○ EOC - I lost my coverage because my plan no longer covers the area that I live or it ended its contract with Medicare.
○ INC - Released from incarceration
○ LAW - Non-U.S. citizens who become lawfully present in the United States
○ LCC - Lost creditable coverage
○ LPI - I'm in a plan that's had a star rating of less than 3 stars for the last 3 years. I want to join a plan with a star rating of 3 stars or higher
○ LT2 - I live in a long-term care facility, like a nursing home or a rehabilitation hospital.
○ LTC - Moved out of an institution
○ MCD - Change in Medicaid Status
○ MYT - Current plan is not renewing
○ PAC - Enrolling in Program of All-inclusive Care for the Elderly (PACE).
○ PAP - State Pharmaceutical Assistance Programs (SPAP) member
○ REC - I'm in a plan that was recently taken over by the state because of financial issues.
○ RET - I'm new to Medicare, and I was notified about getting Medicare after my Part A and/or Part B coverage started.
○ RUS - Moved back to the U.S. after living abroad
○ SNP - Loss of Special Needs Status
○ OTH - None of the above statements apply to me. However, I feel I have a special circumstance which allows me an exception to enroll. Humana will contact you to determine if an exception can be granted.

**APPX_098**

| | Mock Sales Call Example Video |
|---|---|

Please watch the following video as it
is a short example of how you can
seamlessly navigate through your
call.

Mock Call Recording

| | **Management Contact Information** |
|---|---|

- Benjamin Couyoute – (561) 509-4328, bcouyoute@mapdcenter.com

- Jacob Goldberg – (561) 654-8148, jgoldberg@mapdcenter.com

- Luke Formanek – (561) 267-7203, lformanek@mapdcenter.com

- Damian Boyum – (561) 213-8116, dboyum@mapdcenter.com

- Charles Johnson – (954) 728-0728, cjohnson@mapdcenter.com

- Alexandra Stone – (561) 371-3369, astone@mapdcenter.com



Thank you

JACOB GOLDBERG

JGOLDBERG@MAPDCENTER.COM

(561) 654-8148



**Fields**

↺ Return lead      ✎ **Edit lead and repost**

**CAMPAIGN FIELDS**

| | | |
|---|---|---|
| lp_subid1 | lp_subid2 | Certificate |
| *no value* | *no value* | 929098A1-B9BD-6980-9F05-8 46FA0ACA098 |
| FirstName | LastName | Address |
| **Toby** | **Hoy** | **1002 Stone St** |
| City | State | PrimaryPhone |
| **Weslaco** | **TX** | **5158080280** |
| email | DOB | URL |
| **hoytoby973@hotmail.com** | **1968-▮▮▮** | *no value* |
| IP | Postal | SubID |
| **166.181.84.56** | **78596** | *no value* |

EXHIBIT
5

**APPX_102**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

TOBY HOY,                        )    CIVIL ACTION FILE NO.
Individually and on              )    4:25-CV-00207-RGE-HCA
behalf of all other              )
similarly situated,              )
                                 )
         Plaintiff,              )
                                 )         TRANSCRIPT OF
                                 )          AUDIO FILE
vs.                              )
                                 )
MEDICARE HEALTH                  )
ADVISORS, LLC,                   )
                                 )    MEDICARE HEALTH-BATES
         Defendant.              )    0110-TOBY HOY CALL 27

LOCATION:  AUDIO FILE

SPEAKER:  TOBY HOY

SPEAKER:  MARIA

SPEAKER:  AMBER

DATE OF RECORDING:  UNKNOWN

DATE OF TRANSCRIPTION:  APRIL 28, 2026

**EXHIBIT**

**6**

Thomas & Thomas Court Reporters          Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support          www.ttcrs.com

**APPX_103**

Audio Transcription                                                                    2
4/28/2026

                         I-N-D-E-X

CASE CAPTION............................PAGE 1

INDEX..................................PAGE 2

FILE: MEDICARE HEALTH-BATES 0110

TOBY HOY CALL 27.......................PAGE 3

CERTIFICATE............................PAGE 9

Thomas & Thomas Court Reporters                    Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support                              www.ttcrs.com

(**START FILE: Medicare Health-Bates 0110-Toby Hoy Call 27)

TOBY HOY:  Hello?

MARIA:  Hello.  Can I speak to Toby?

TOBY HOY:  With who?

MARIA:  Hello, Toby.  My name is Maria from Medicare Health Advisors.  I'm just calling you to try -- if you have received the newly updated 2025 Healthy Food Card and Flex Card.

Did you receive that card or not?

TOBY HOY:  Who -- who -- who am I speaking to?

MARIA:  Can I speak with Maria?  Is this Toby; right?

TOBY HOY:  Yeah.

MARIA:  So can I --

My name is Maria, and I just want to double check, sir, if you have received those cards, Healthy Food Card and Flex Card.

Did you receive that card?

TOBY HOY:  No, I haven't.

MARIA:  That's okay, sir.  It's a good thing I called you, sir, because it shows in our system that you may qualify for increased

benefits for this year at no additional cost.

So I believe that you have the Medicare (Parts A & B), is that right?

TOBY HOY:  Yeah.

MARIA:  Like the blue card; correct?

TOBY HOY:  Yeah.

Hey, do you have a website?

MARIA:  I'm sorry?

TOBY HOY:  Do you have a website or a callback number or anything?

MARIA:  Yes, sir.  But give me -- I'll -- I'll -- One minute, sir, to transfer you to our licensed Medicare specialist.

Because I just want to help you to receive this additional benefit, no additional cost, the Healthy Food Card and Flex Card in 2025.  Okay?

So since you have Medicare (Parts A & B), are you over 65 years old or younger?

TOBY HOY:  Yes.  But who -- who am I speaking to?  I know Maria, but at what company?

MARIA:  And I said my name is Maria.

TOBY HOY:  And the name of the company?

MARIA:  Sir, and I said I'm calling from Medicare Health Advisors.  And, actually, we're in a (indiscernible) company, and we have presented all the healthcare providers like (indiscernible), Aetna, Pfizer, Volker, Cigna, United Healthcare, Blue Cross Blue Shield, and (indiscernible).

So, sir, since you have a Medicare (Parts A & B), sir, so you have -- are you over 65 years old or younger?

TOBY HOY:  Yeah.  Yeah.

MARIA:  Are you over 65 years old?

TOBY HOY:  Yes.

MARIA:  All right, sir.

TOBY HOY:  Do you have a --

MARIA:  Sir, no worries.

TOBY HOY:  Do you have a website?

MARIA:  Sir, no worries about this call, sir, because this is your additional benefit, no additional cost, the Healthy Food Card and Flex Card that helps to pay for your groceries and to help you pay expenses.

I just want to help you to receive this card, sir.  No worries.  This is at no additional cost.  Okay?

Sir, since you have a Medicare (Parts A & B), sir, you may qualify to receive this additional benefit, no additional cost, Healthy Food Card and Flex Card.

So let me connect you to our licensed specialist who works directly in your state to help you process this benefit for you and to check the month of (indiscernible) about receiving this card, and they will be able to assist you.  And if you have a question or clarification on this, please don't hesitate to ask.  Okay?

So please stay on the line, sir.  Okay?

TOBY HOY:  Okay.

MARIA:  All right.  Thank you so much for taking my call, sir.

(Indiscernible background noise.)

AMBER:  Hello there.  This is Amber with Medicare Health Advisors.

Am I speaking with Toby?

TOBY HOY:  Yeah.

AMBER:  Hi, Toby.

How are you today?

TOBY HOY:  Good.

Audio Transcription                                                          7
4/28/2026

Hey, do you have a callback number?

AMBER:  Yeah, I do.

TOBY HOY:  Can you get it, because I'm at work.

AMBER:  Oh, okay.  You want me just to call you back in a --

TOBY HOY:  No.

AMBER: -- like tomorrow?

TOBY HOY:  You can give me the number.

AMBER:  Okay.

TOBY HOY:  You can give me a number, and I can call.

AMBER:  Okay.  All right.

888-831 --

TOBY HOY:  Okay.

AMBER: -- 2493.

TOBY HOY:  Okay.  Thanks a lot.

AMBER:  Read that back.

TOBY HOY:  Yeah.  888.

AMBER:  No.  Amber.  You've got to get my name.

TOBY HOY:  Amber.

AMBER:  Uh-huh.

TOBY HOY:  Yeah.  All right.

Thank you.

**APPX_109**

AMBER:  831-2493.  Okay.  Bye.

TOBY HOY:  Okay.  Bye.

(**END FILE:  Medicare Health-Bates 0110-Toby Hoy Call 27)

C-E-R-T-I-F-I-C-A-T-E

I, Ashtin Olson, Stenographic Court Reporter, General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing audio file was provided to Thomas & Thomas for transcription by Kutak Rock;

That I was not personally present during the original recording of said audio file;

That said audio file was subsequently reduced to printed copy by a stenographic court reporter utilizing computer-aided transcription, and the foregoing eight (8) pages contain a full, true, and correct transcription of said audio file to the best of my ability;

That I am not in any way associated with any of the parties of said cause of action, or their counsel, and that I am not interested in the event thereof.

IN WITNESS WHEREOF, I hereunto affix my signature and seal this 28th day of April, 2026.

_____
Ashtin Olson
Stenographic Court Reporter
General Notary Public

**APPX_111**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

TOBY HOY,                      )   CIVIL ACTION FILE NO.
Individually and on            )   4:25-CV-00207-RGE-HCA
behalf of all other            )
similarly situated,            )
                               )
            Plaintiff,         )
                               )       TRANSCRIPT OF
                               )        AUDIO FILE
vs.                            )
                               )
MEDICARE HEALTH                )
ADVISORS, LLC,                 )
                               )   MEDICARE HEALTH-BATES
            Defendant.         )   0111-TOBY HOY CALL 28

LOCATION:  AUDIO FILE

SPEAKER:  TOBY HOY

SPEAKER:  AMBER

DATE OF RECORDING:  UNKNOWN

DATE OF TRANSCRIPTION:  APRIL 28, 2026

**EXHIBIT 7**

Thomas & Thomas Court Reporters            Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support          www.ttcrs.com

APPX_112

                    I-N-D-E-X

CASE CAPTION............................PAGE 1

INDEX..................................PAGE 2

FILE:  MEDICARE HEALTH-BATES 0111

TOBY HOY CALL 28 .......................PAGE 3

CERTIFICATE............................PAGE 4

Thomas & Thomas Court Reporters                    Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support                              www.ttcrs.com

**APPX_113**

(**START FILE: Medicare Health-Bates 0111-Toby Hoy Call 28)

       TOBY HOY:  Hello?  Hello?

       AMBER:  Hi, there.  My name's Amber. I'm calling for Toby.

(**END FILE: Medicare Health-Bates 0111-Toby Hoy Call 28)

C-E-R-T-I-F-I-C-A-T-E

I, Ashtin Olson, Stenographic Court Reporter, General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing audio file was provided to Thomas & Thomas for transcription by Kutak Rock;

That I was not personally present during the original recording of said audio file;

That said audio file was subsequently reduced to printed copy by a stenographic court reporter utilizing computer-aided transcription, and the foregoing three (3) pages contain a full, true, and correct transcription of said audio file to the best of my ability;

That I am not in any way associated with any of the parties of said cause of action, or their counsel, and that I am not interested in the event thereof.

IN WITNESS WHEREOF, I hereunto affix my signature and seal this 28th day of April, 2026.

_____
Ashtin Olson
Stenographic Court Reporter
General Notary Public

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

TOBY HOY,                    )    CIVIL ACTION FILE NO.
Individually and on          )    4:25-CV-00207-RGE-HCA
behalf of all other          )
similarly situated,          )
                             )
          Plaintiff,         )
                             )       TRANSCRIPT OF
                             )        AUDIO FILE
vs.                          )
                             )
MEDICARE HEALTH              )
ADVISORS, LLC,               )
                             )    MEDICARE HEALTH-BATES
          Defendant.         )    0112-TOBY HOY CALL 29

LOCATION:  AUDIO FILE

SPEAKER:  TOBY HOY

SPEAKER:  RYAN

DATE OF RECORDING:  UNKNOWN

DATE OF TRANSCRIPTION:  APRIL 28, 2026

**EXHIBIT**

**8**

Thomas & Thomas Court Reporters                    Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support                        www.ttcrs.com

**APPX_116**

Audio Transcription                                                                                 2

I-N-D-E-X

CASE CAPTION.............................PAGE 1

INDEX...................................PAGE 2

FILE: MEDICARE HEALTH-BATES 0112

TOBY HOY CALL 29........................PAGE 3

CERTIFICATE.............................PAGE 4

Thomas & Thomas Court Reporters                     Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support                              www.ttcrs.com

APPX_117

(**START FILE: Medicare Health-Bates 0112-Toby Hoy Call 29)

        RYAN:  Hello, may I speak to Toby Hoy?

        TOBY HOY:  Who is this?

        RYAN:  Sir, my name is Ry -- Ryan.

        I am calling you right now because I just want to double check if you have received the newly updated Healthy Food Card and Flex Card, sir, or not yet?

        Sir, not yet, sir; right?  Am I correct?

(**END FILE: Medicare Health-Bates 0112-Toby Hoy Call 29)

Thomas & Thomas Court Reporters                     Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support                                www.ttcrs.com

C-E-R-T-I-F-I-C-A-T-E

I, Ashtin Olson, Stenographic Court Reporter, General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing audio file was provided to Thomas & Thomas for transcription by Kutak Rock;

That I was not personally present during the original recording of said audio file;

That said audio file was subsequently reduced to printed copy by a stenographic court reporter utilizing computer-aided transcription, and the foregoing three (3) pages contain a full, true, and correct transcription of said audio file to the best of my ability;

That I am not in any way associated with any of the parties of said cause of action, or their counsel, and that I am not interested in the event thereof.

IN WITNESS WHEREOF, I hereunto affix my signature and seal this 28th day of April, 2026.

_____
Ashtin Olson
Stenographic Court Reporter
General Notary Public

**APPX_119**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF IOWA

TOBY HOY,                    )    CIVIL ACTION FILE NO.
Individually and on          )    4:25-CV-00207-RGE-HCA
behalf of all other          )
similarly situated,          )
                             )
          Plaintiff,         )
                             )         TRANSCRIPT OF
                             )          AUDIO FILE
vs.                          )
                             )
MEDICARE HEALTH              )
ADVISORS, LLC,               )
                             )    MEDICARE HEALTH-BATES
          Defendant.         )    0113-TOBY HOY CALL 31

LOCATION:  AUDIO FILE

SPEAKER:  TOBY HOY

SPEAKER:  SHEILA

DATE OF RECORDING:  UNKNOWN

DATE OF TRANSCRIPTION:  APRIL 28, 2026

EXHIBIT
9
_____

Thomas & Thomas Court Reporters                 Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support                              www.ttcrs.com

APPX_120

Audio Transcription                                                          2

I-N-D-E-X

CASE CAPTION............................PAGE 1

INDEX...................................PAGE 2

FILE:  MEDICARE HEALTH-BATES 0113

TOBY HOY CALL 31 .......................PAGE 3

CERTIFICATE.............................PAGE 4

Thomas & Thomas Court Reporters                    Tel: (402) 556-5000 | Fax: (402) 556-2037
Court Reporting | Videography | Trial Support                      www.ttcrs.com

**APPX_121**

(**START FILE: Medicare Health-Bates 0113-Toby Hoy Call 31)

        TOBY HOY:  Hello?

        SHEILA:  Hello, may I speak with Toby?

        TOBY HOY:  What?

        SHEILA:  Thank you so much for answering my call.  My name is Sheila, and I'm just reaching out to check --

        TOBY HOY:  Will you get my name off your fucking --  Get my name off your list.  Get my number off your list.

(**END FILE:  Medicare Health-Bates 0113-Toby Hoy Call 31)

C-E-R-T-I-F-I-C-A-T-E

I, Ashtin Olson, Stenographic Court Reporter, General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing audio file was provided to Thomas & Thomas for transcription by Kutak Rock;

That I was not personally present during the original recording of said audio file;

That said audio file was subsequently reduced to printed copy by a stenographic court reporter utilizing computer-aided transcription, and the foregoing three (3) pages contain a full, true, and correct transcription of said audio file to the best of my ability;

That I am not in any way associated with any of the parties of said cause of action, or their counsel, and that I am not interested in the event thereof.

IN WITNESS WHEREOF, I hereunto affix my signature and seal this 28th day of April, 2026.

_____
Ashtin Olson
Stenographic Court Reporter
General Notary Public

| Phone | Rep | CallDate | Attempt | Duration | CallStatus | CallerId | CallType | HoldTime |
|---|---|---|---|---|---|---|---|---|
| 15158080280 | | 11/1/2024 10:32 | 17 | 0 | CR_NOANS | 5153171017 | Outbound | 0 |
| 15158080280 | | 11/4/2024 11:10 | 18 | 0 | CR_BUSY | 5158822707 | Outbound | 0 |
| 15158080280 | | 11/5/2024 10:55 | 19 | 0 | CR_NOANS | 5153171036 | Outbound | 0 |
| 15158080280 | | 11/7/2024 13:25 | 20 | 0 | CR_NOANS | 5153171036 | Outbound | 0 |
| 15158080280 | | 11/8/2024 17:29 | 21 | 0 | CR_NOANS | 5153171027 | Outbound | 0 |
| 15158080280 | | 11/12/2024 15:31 | 22 | 0 | CR_NOANS | 5153171018 | Outbound | 0 |
| 15158080280 | | 11/15/2024 13:12 | 23 | 0 | CR_NOANS | 5153171030 | Outbound | 0 |
| 15158080280 | | 11/18/2024 10:49 | 24 | 12 | CR_CNCT/CON_PAMD | 5153171036 | Outbound | 0 |
| 15158080280 | | 11/19/2024 17:18 | 25 | 0 | CR_NOANS | 5153171038 | Outbound | 0 |
| 15158080280 | | 11/21/2024 16:42 | 26 | 0 | CR_CNCT/CON_PVD | 5153171035 | Outbound | 0 |
| 15158080280 | 5612202145 | 11/21/2024 16:45 | 26 | 0 | TRANSFERRED | | | 0 |
| 15158080280 | Maria Jumawan | 11/21/2024 16:45 | 26 | 0 | TRANSFERRED | | | 0 |
| 15158080280 | | 11/21/2024 16:45 | 27 | 0 | Inbound | 5612202145 | Inbound | 0 |
| 15158080280 | Maria Jumawan | 11/21/2024 16:46 | 27 | 288 | Pre Sale | 5153171035 | | 0 |
| 15158080280 | apiotter | 11/21/2024 16:46 | 27 | 60 | AGENTSPCB | 5612202145 | Inbound | 6 |
| 15158080280 | apiotter | 11/22/2024 10:36 | 28 | 0 | CR_CNCT/CON_CAD | 5153171032 | Manual | 0 |
| 15158080280 | apiotter | 11/22/2024 10:36 | 28 | 18 | Ans. Machine | 5153171032 | Manual | 0 |
| 15158080280 | | 11/22/2024 10:37 | 29 | 0 | Inbound | 5153171032 | Inbound | 0 |
| 15158080280 | Dhedrhey Morandarte | 11/22/2024 10:37 | 29 | 30 | Ans. Machine | 5153171032 | Inbound | 1 |
| 15158080280 | | 12/3/2024 13:07 | 30 | 0 | CR_NOANS | 5153288809 | Outbound | 0 |
| 15158080280 | | 12/5/2024 13:47 | 31 | 0 | CR_CNCT/CON_PVD | 5153288772 | Outbound | 0 |
| 15158080280 | Shiela May Ponso | 12/5/2024 13:48 | 31 | 24 | DO NOT CALL | 5153288772 | Outbound | 0 |



**APPX_124**

**WWW.VIRTUALBUDDY247.NET**
**Virtual Buddy 24/7**
*"Expanding your horizon"*

**CAMPAIGN MEMORANDUM**

| | | |
|---|---|---|
| Date | : | FEBRUARY 20, 2025 |
| To | : | DH FRONTERS |
| From | : | MHA OPERATIONS |
| Subject | : | COMPLIANCE WITH DO NOT CALL (DNC) POLICY |

This memo serves as an official notice regarding concerns about adherence to the campaign's policy on placing angry customers on the Do Not Call (DNC) list. Recently, there have been instances where fronters did not take this policy seriously, leading to client complaints.

**Do Not Call (DNC) Policy:**
As mandated by the client, customers must be placed on the Do Not Call (DNC) list immediately when they request it or express any of the following statements:

- "Put me on the DNC list."
- "Remove me from your calling list."
- "You've been calling me a hundred times already."
- "I am reporting you to…"
- "Stop calling me."
- "Leave me alone."
- "I will call Medicare."
- "I will be calling the Atty. General."
- " I will report you to the Better Business Bureau."
- "I don't want to receive any calls further"

Any customer cursing, shouting, or exhibiting significant anger must also be placed on the DNC list without exception.

**Scope and Compliance:**
This policy is strictly applicable to the **MHA Campaign** and must be followed without deviation. Failure to comply will result in **IMMEDIATE TEERMINATION** from the campaign.

**Conclusion:**
All fronters are expected to adhere to this directive to maintain compliance and uphold campaign standards. Strict enforcement of this policy is essential to avoid further client complaints and potential penalties.

Prepared by:

**HANEZA LAYAN**
Senior Operations Manager

Noted by:

**CHRISTINE I. LAPUT**
Business Manager

Acknowledged by:

**KENNETH U. ADANZA**
Director of Operations



EXHIBIT
**11**

# Inbounds.com-Insertion Order

**Inbounds.com** (logo)

**Inbounds LLC**
**651 N. Broad St**
**Suite 205**
**#5821**
**Middletown, DE 19709**

| | |
|---|---|
| **Purchaser Name:** | Medicare Health Advisors |
| **Purchaser Address:** | 2151 W Hillsboro Suite 402 |
| **Purchaser City, State, Zip:** | Deerfield Beach, FL 33442 |
| **Purchaser Website:** | Mapdcenter.com |
| **Primary Contact Name:** | Max Jaffy |
| **Primary Contact Email:** | Maxjaffy11@gmail.com |
| **Primary Contact Phone:** | 5618098533 |
| **Billing Contact Name:** | Max Jaffy |
| **Billing Contact Email:** | admin@mapdcenter.com |
| **Billing Contact Phone:** | 5618098533 |

| | | |
|---|---|---|
| **Campaign Name:** | MHA - Medicare Inbound Calls | |
| **Product:** | Inbound Calls | |
| **Cap:** | 10/day | |
| **CPL:** | $45/90 sec | |
| **Industry Vertical(s):** | Insurance | |
| **Approved Marketing:** | Display, Search, Social, Email, Native | |
| **Lead Specifications:** | 35 – 70 years old on SSDI | |
| **Day Parting:** | 9 am - 6pm EST M-T\, F 9am -2pm EST | |
| **Geo-Targeting:** | US, no AK and HI | |
| **Campaign Duration:** | **Start:** Open | **End:** Open |
| **Billing System:** | Retreaver | |
| **Payment Frequency:** | Weekly | |
| **Payment Terms:** | Net 14 | |
| **Payment Method** | ACH: ☐ | Wire: ☐ |

EXHIBIT
**12**

APPX_126

## Terms

1. This Insertion Order is not valid unless signed by a duly authorized representative of both Purchaser and Inbounds.com.

2. This Insertion Order shall be governed by the terms and conditions set forth in the "Inbounds.com Advertiser Lead Purchase Terms" attached hereto.

**Purchaser: Medicare Health Advisors**

Sign: _Max Jaffy_
2E5FE3EA13F942C...

Print: _Max Jaffy_

Title: _Parnter_

Date: _9/18/2024_

**Inbounds LLC d/b/a Inbounds.com**:

Sign: _Jimmy Marshall_
14F7B6C462224A7...

Print: _Jimmy Marshall_

Title: _Chief Operating Officer_

Date: _9/18/2024_

APPX_127

## Inbounds.com Advertiser Lead PurchaseTerms

These Inbounds.com Advertiser Terms and Conditions (the "Terms") shall govern the relationship between Inbounds LLC d/b/a Inbounds.com ("Inbounds.com"), and the Purchaser set forth in the Insertion Order referencing these Terms ("IO," and together with these Terms, the "Agreement").  These Terms may be updated from time to time by Inbounds.com by providing the written amended terms to Purchaser at the Primary Contact Email indicated on the IO, and the amended terms shall supersede these Terms upon delivery.

**1.     Services**:  Inbounds.com agrees to sell leads, referrals, clicks, calls (collectively, "Leads") as set forth in applicable IOs.  There is no guarantee that the number of Leads requested will be delivered, and Inbounds.com makes no representations about the quantity, sufficiency, or quality of Leads that it provides to Purchaser other than as set forth herein.

**2.     Intended Use.** Inbounds.com disclaims any liability (including its indemnification obligations) if Purchaser: (i) markets under a different Designated Seller name than provided in an applicable IO, (ii) markets products or services outside the Industry Vertical(s) identified in the applicable IO, or (iii) resells a Lead to any third party for their marketing purposes.

**3.     Inbounds.com Representations and Warranties.**  Inbounds.com represents and warrants:

**i.**   The Leads have been collected from individuals who have provided prior express written consent required by law or regulation to permit Designated Seller(s) to call or text consumers using an automatic telephone dialing system and/or prerecorded voice for the purpose of selling goods or products in the designated Industry Vertical(s).

**ii.**   Leads will be solicited via a lead path that is consistent with the Industry Vertical that the potential Lead seeks.

**iii.**   Unless otherwise noted, Leads are sold on a non-exclusive basis. Exclusive Leads are, and remain, exclusive to the Purchaser while they are actively engaged with lead. If the law firm chooses to disengage from that lead, Inbounds may attempt to connect that lead with a firm that has less strict criteria.

**iv.**   Inbounds.com will not use coercive tactics to induce Leads to complete any form, but not limited to, bullying, harassment, abusive language, profanity, threats, or requiring consent for marketing communications as a condition of obtaining products/services.

**v.**   Inbounds.com will maintain, and promptly provide to Purchaser upon reasonable request, records adequate to establish prior express written consent by competent and reliable written or electronic evidence including, at minimum, the date and time of the consumer's grant of consent, the consent disclosure provided to the consumer prior to their grant of consent, and evidence of the consumer's affirmative consent such as submission of an online form (including at least IP address, date and time of consent, and content of disclosure) validated by an independent third-party lead validation service (e.g., Jornaya, TrustedForm).

**4.     Purchaser's Representations and Warranties**.  Purchaser Represents and warrants that:

**i.**   All outbound communications to Leads will be consistent with the type and scope of consent set forth in the Agreement and that Purchaser will otherwise contact Leads in a manner that complies with applicable laws and industry best practices, including complying company-specific do-not-call requests from consumers, state telemarketer registration requirements, and all necessary disclosures as set forth by the Telemarketing Sales Rule and state law.

**ii.**   Purchaser will not engage in harassing, obscene, or other objectionable conduct communicating with Leads.

**5.     Payment.** Unless otherwise noted on the IO, Purchaser will pay Inbounds.com for the delivery and acceptance of Leads per calendar month on Net 30 payment terms.

**6.     Nonconforming Leads.**  Purchaser accepts Leads purchased "as-is," without recourse or refund except as set forth in this section.  Within fifteen (15) calendar days after the close of the calendar month of purchase, Purchaser shall provide written notice that a Lead fails to meet the following standards: (i) all required fields were not filled out by the consumer on the applicable landing page, (ii) the consumer is located outside of the United States, (iii) the consumer is less than 18 years old, or (iv) the Lead fails to meet other written specifications set forth in the applicable IO (a "Nonconforming Lead").  If Inbounds.com determines, in its sole discretion, the existence of a Nonconforming Lead, it shall issue a credit in the amounts paid by Client for the Nonconforming Lead

**APPX_128**

as the sole remedy.  Client acknowledges that the IO may identify a maximum return rate (the "Return Cap"), which is measured as a percentage of requested returns to Leads sold in each invoice period.  No refunds will be issued for requests in excess of the Return Cap.

      **7.**      **Non-Payment.**  For all late payments, in addition to all other remedies that may be available to Inbounds.com at law or in equity: (a) interest will accrue on the past-due amount at the rate of one and one-half (1.5%) per month, calculated daily and compounded monthly or, if lower, the highest rate permitted under applicable law; and (b) Purchaser shall reimburse Inbounds.com for all reasonable costs incurred by Inbounds.com in collecting any late payments or interest, including reasonable attorneys' fees, court costs and collection agency fees..

      **8.**      **Termination/Cancellation**. Inbounds.com is under no obligation to deliver Leads in any quantity or frequency, and may cease delivery of Leads to Purchaser at any time.  Purchaser must provide at least two business days' written notice to terminate incoming Leads and associated traffic.  In the event that Purchaser fails to provide timely notice of cancellation, Inbounds.com will take reasonable steps to immediate terminate the delivery of Leads, however, Purchaser shall pay for all Leads actually delivered for up to two business days following a defective notice of cancellation.

      **9.**      **Warranty Disclaimer**.  ALL SERVICES PROVIDED BY INBOUNDS.COM, INCLUDING THE DELIVERY OF LEADS AND SERVICES RELATED THERETO ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND TO THE FULLEST EXTENT PERMITTED BY LAW, AND INBOUNDS.COM EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT.  PURCHASER UNDERSTANDS AND AGREES THAT THE LEADS AND RELATED INFORMATION REPRESENT SELF-REPORTED INFORMATION FROM INDIVIDUAL CONSUMERS, AND THEY ARE PROVIDED ON AN "AS IS" BASIS.  INBOUNDS.COM MAKES NO WARRANTY AS TO WHETHER PURCHASHER WILL REALIZE ANY REVENUE OR RECEIVE ANY PAYMENT FROM THE LEADS PROVIDED.

      **10.**      **Limitation of Liability**. IN NO EVENT SHALL INBOUNDS.COM BE LIABLE TO PURCHASHER FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, SPECIAL, INCIDENTAL, ACTUAL, PUNITIVE OR OTHER DAMAGES, OR FOR ANY LOST PROFITS OF ANY KIND OR NATURE WHATSOEVER, ARISING FROM OR IN CONNECTION WITH LEADS OR THE AGREEMENT.  IF INBOUNDS.COM IS EVER DETERMINED TO HAVE ANY LIABILITY TO PURCHASHER ARISING DIRECTLY OR INDIRECTLY FROM OR IN CONNECTION WITH THE PROVISION OF LEADS, OR THE AGREEMENT, SUCH LIABILITY SHALL NOT EXCEED THE TOTAL AMOUNT OF FEES PAYABLE TO INBOUNDS.COM BY PURCHASHER DURING THE CALENDAR QUARTER ENDING IMMEDIATELY PRIOR TO THE DATE THE CAUSE OF ACTION AROSE.

      **11.**      **Indemnification.** Each party agrees to defend, indemnify, and hold the other and its affiliates, subsidiaries, successors, assignees, owners, directors, officers, employees, contractors, representatives, and agents harmless from and against any and all claims, governmental investigations, demands, actions, and proceedings, real or threatened, and all losses, judgments, awards, settlements, damages, fines, injuries, penalties, and costs (including, without limitation, reasonable attorneys' fees and expenses) arising out of or related to (i) any breach or alleged breach of the agreement by Inbounds.com, Purchaser, or person or entity acting on Purchaser's behalf.  To the extent that a Lead originated from another publisher, Purchaser's sole recourse for an allegedly non-compliant Lead shall be to pursue an indemnification claim against the publisher.  If Inbounds.com failed to secure indemnification rights in favor of Purchaser from such publisher, Purchaser may maintain a claim against Inbounds.com as set forth herein.  If the indemnified party elects for the other to provide defense, the indemnifying party will (i) obtain legal counsel reasonably acceptable to the indemnified party; (ii) permit the indemnified party to participate in the defense using separate counsel at its own cost; and (iii) not settle any action without the prior written consent of indemnified party (which may not be unreasonably withheld).  The foregoing indemnification obligations represent the sole indemnification protections intended and the parties waive all right to any other indemnification protections provided by common law, statute, or otherwise.

      **12.**      **Relationship of the Parties.** The parties hereto are independent contractors.  Neither party is an employee, agent, partner or joint venture of the other.  Neither party shall have the right to bind the other to any agreement with a third party or to incur any obligation or liability on behalf of the other party.

      **13.**      **Confidentiality.** The terms of the IO (including Lead pricing, qualifications, and quantity) and the identity and nature of Inbounds.com's relationship with its clients, affiliates and other parties used in connection with obtaining Leads shall be considered "Confidential Information."  Purchaser shall maintain as strictly confidential and will continue to maintain the confidentiality of, and not disclose, reveal, publish, disseminate, or discuss directly or indirectly, to or with any other person or entity Confidential Information, other than in the following limited

**APPX_129**

Docusign Envelope ID: 32A917C2-90AF-4208-87F8-D94G26DEA9EA

circumstances: (1) to comply with applicable law or court order or subpoena; (2) to respond to a lawful demand for information from a government agency conducting an investigation (i.e., a demand made under compulsory process or pursuant to other legal mandate); and/or (3) to obtain legal, financial or tax advice.

14.     **Non-Circumvention.** Purchaser recognizes Inbounds.com has proprietary relationships with its client, affiliates, and other parties utilized in connection with obtaining Leads. Purchaser agrees not to circumvent Inbounds.com's relationship with such parties, or to otherwise solicit, purchase, contract for or obtain Leads or similar services from any such party that is known, or should reasonably be known, by Purchaser to have such a relationship with Inbounds.com.  This obligation shall apply to all times in which Purchaser obtains leads from Inbouds.com and for one year thereafter.

15.     **Non-Solicitation**. The parties agree that during the term of the Agreement and for a period of one (1) year after its termination or expiration, neither party will directly or indirectly: (a) recruit, hire, engage or attempt to recruit, hire or engage, discuss employment with, or otherwise retain in any capacity of any person who shall have been an employee, agent and/or independent contractor of the other party at any time within the prior three (3) months; or (b) induce any person who shall have been employee, agent and/or independent contractor of the other party at any time within the prior three (3) months to terminate her/his relationship with such party or introduce such person to any potential employer.

16.     **Attorneys' Fees.** Inbounds shall be entitled to collect from Purchaser all reasonable attorney's fees and costs incurred in connection with enforcing its rights pursuant to Paragraphs 14 or 15 above.

17.     **Assignment.** Neither party may assign its rights or delegate its duties under the Agreement without the prior written approval of the other party.

18.     **Governing Law.** The Agreement and all claims relating to or arising out of the Agreement, whether grounded in contract, tort, or otherwise, shall be governed by the laws of the State of Delaware, excluding that State's conflict of law principles.

19.     **Entire Agreement.** The Agreement constitutes the entire agreement between the parties and supersedes all previous agreements.

APPX_130

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-00207-RGE-HCA |
| Plaintiff, | **DECLARATION OF MAX JAFFY IN SUPPORT OF DEFENDANT'S MOTION TO BIFURCATE DISCOVERY** |
| v. | |
| MEDICARE HEALTH ADVISORS LLC, | |
| Defendant. | |

I, Max Jaffy, declare pursuant to 28 U.S.C. §1746 as follows:

1.      I am over 18 years of age. I have personal knowledge of the facts stated herein, unless stated upon information and belief, and if called upon to testify as to such facts, I could and would competently do so.

2.      I submit this Declaration in support of the "Motion to Bifurcate Discovery" ("Motion"), filed contemporaneously herewith by Defendant Medicare Health Advisors LLC ("Medicare Health") in the above-captioned matter ("Action").

3.      Medicare Health assists individuals with optimizing their Medicare Part C plans. I have been employed by Medicare Health since the company's inception in January 2023. My current title is Chief Executive Officer. In my professional capacity at Medicare Health, I am familiar with and knowledgeable of its business operations, and its policies and practices generally. In my role, I oversee all of the marketing programs and operations at Medicare Health, and am familiar with the services it offers to consumers, and how those services are marketed. This includes the process by which consumers may sign up (*i.e.,* consent) to receive quotes regarding Medicare Health services via phone or text message. I am also familiar with Medicare Health 's business records and its records-keeping policies and practices, including as they relate



EXHIBIT
13
APPX_131
exhibitsticker.com

to Medicare Health's marketing programs.

4. All of the records described herein are regularly kept and/or maintained in the course of business at Medicare Health, were made near or at the time of the act or event recorded or were made reasonably soon thereafter, and were made or maintained by an employee, agent or other representative of Medicare Health. As part of my job, I have access to and have searched for and reviewed such records, including for this Declaration.

5. Certain of the business records described herein were created by businesses other than Medicare Health. In that regard, my understanding and belief is all such records were made by, or from information transmitted by, a person with knowledge of the events described therein, at or near the time of the event described, were kept in the ordinary course of the regularly conducted business activity of such entities, and it is the duty and regular practice of those businesses to make and rely on such records and to transmit them to Medicare Health. This is based on my review of these records and personal knowledge of their use and purpose, my knowledge of how such documents are generated by third parties and provided to Medicare Health, my years of professional experience in the industry and having reviewed similar documents, and my personal knowledge of Medicare Health's and its affiliates' business practices generally. As part of its regular business practices, these records have been incorporated into Medicare Health's business records and are routinely used and relied on by Medicare Health in conducting its business.

6. I have also reviewed the Complaint filed by Plaintiff Toby Hoy ("Plaintiff") in the Action and am familiar with the allegations made against Medicare Health therein. Nothing in this Declaration should be understood as an admission of liability by Medicare Health (which is expressly denied), or an admission of any fact alleged by Plaintiff in the Action, including as

alleged in the Complaint.

7.      According to the records I reviewed for this Declaration, a person by the name of "Toby Hoy" (which I understand to be Plaintiff's name) visited a third party website, https://arcamaxjobs.com/ (hereafter, the "Subject Website"), on July 6, 2024 at approximately 10:55 p.m. from an electronic device using an IP address starting with 166.XXX.XX.XX[1] and completed a call consent form. At that time, the submitter using the form provided their name (Toby Hoy) and the cell phone number alleged in the Complaint, with a 515 area code (hereafter, the "Subject Number"), for the ostensible purpose of requesting assistance with Medicare insurance. Medicare Health regularly relies on such information to demonstrate the authenticity and consent of the submitter to receive calls from or on behalf of Medicare Health. A true and correct copy of a screenshot of the aforementioned consent information, which to my understanding accurately reflects the information submitted by the person requesting to be called, is attached hereto as **Exhibit 1.**[2]

8.      During my review of Plaintiff's Complaint, I also noted that he alleges he received calls from a "robot". Since its inception, Medicare Health has unequivocally never used prerecorded voices or messages or anything that could be considered anything other than live human being during its calls. In fact, I have listened to and reviewed all of the call recordings wherein Plaintiff answered his telephone, and it is demonstrably evident that he is speaking with a live person every time. In the initial call, Plaintiff even feigns interest in Medicare Health's services. Audio copies of said recordings can be provided upon request.

9.      Medicare Health does not make any unsolicited telemarketing calls, or cause others

---

[1] The full IP address and other personally identifying information have not been provided herein for confidentiality reasons, but can be provided on request.
[2] Other potentially personally identifying information has been redacted.

to do so. It is the policy and practice of Medicare Health to obtain consent before contacting any consumer.

10.     Finally, through the process of reviewing Plaintiff's discovery requests and gathering information for same, I became aware that Plaintiff's counsel is seeking all information relating to outbound calls made by or on behalf of Medicare Health, including the dates and times of each call made to the individuals called during the four years before the filing of the complaint. See **Exhibit 2**. While Medicare Health has only been in business since January 2023, my initial review of our business records indicates there could be seven to eight million calls made during that time. Based on the way our records are kept within our dialing system, I practiced pulling records for 10,000 calls, which took me five minutes. Thus, it would take between 58 and 67 man-hours to pull all records requested by Plaintiff. Such an investment of man-hours is burdensome to Medicare Health, particularly given the fact Medicare Health does not have anybody on its staff that is fully responsible for such voluminous data requests.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated _____10/10/25_____.

MAX JAFFY



## Fields

<button>↺ Return lead</button>  <button>✏ Edit lead and repost</button>

### CAMPAIGN FIELDS

| lp_subid1 | lp_subid2 | Certificate |
|---|---|---|
| *no value* | *no value* | 929098A1-B9BD-6980-9F05-8 46FA0ACA098 |

| FirstName | LastName | Address |
|---|---|---|
| **Toby** | **Hoy** | ▮ |

| City | State | PrimaryPhone |
|---|---|---|
| ▮ | ▮ | **515▮** |

| email | DOB | URL |
|---|---|---|
| ▮@hotmail.com | ▮ | *no value* |

| IP | Postal | SubID |
|---|---|---|
| **166.▮** | ▮ | *no value* |

EXHIBIT

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

TOBY HOY, individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

MEDICARE HEALTH ADVISORS LLC

       Defendant.

CIVIL ACTION FILE NO. 4:25-cv-00207-RGE-HCA

<u>**PLAINTIFF'S FIRST SET OF DISCOVERY**</u>

<u>**INSTRUCTIONS FOR INTERROGATORIES**</u>

1.      Pursuant to Rule 33, submit your answers to the interrogatories herein in writing and under oath to the undersigned counsel within 30 days of the date of service on you. If any of these interrogatories cannot be answered in full, then you should answer to the fullest extent possible, specifying the reasons for your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portion or portions. In answering these interrogatories, furnish such information as is available to you, regardless of whether this information is obtained directly by you, through your agents or representatives or by any of your attorneys. For each interrogatory, please identify all persons who provided information used in answering it.

2.      These interrogatories are continuing in nature. In accordance with Rule 26, you are required to supplement your answers to the interrogatories when new or additional information becomes known to you.

**APPX_136**

2

## INSTRUCTIONS FOR REQUESTS FOR PRODUCTION

3.      Pursuant to Rule 34(b)(2)(B), on the date production is due, Defendant shall produce all the responsive documents or specify a reasonable date certain on which they will be produced.

4.      In accordance with Rule 34(b), you shall provide written responses to the following requests and shall produce the requested documents as they are kept in the ordinary and usual course of business or shall organize and label the documents to correspond with the categories in this request.

5.      A draft and a final version are two distinct documents.

6.      If Defendant withholds the production of any responsive document on the grounds that the document is privileged or otherwise protected, Defendant shall state in a privilege log the nature of the claim of privilege or protection; the type and nature of the document; the date of the document; the author(s), the addressee(s), and recipient(s) of the document; the document's present location; and any other information that will enable Plaintiff and the Court to assess the applicability of the privilege or protection.

## DEFINITIONS

The following terms shall have the following meanings, even when not capitalized or bolded:

7.      **"Communication"** includes all forms of correspondence, including, but not limited to, letters, emails, voicemails, text messages, instant messages, or social media messages.

8.      "**Defendant**" means the defendant named in this lawsuit who is being served with these requests and includes, without limitation, any of its past or present offices, locations,

**APPX_137**

divisions, affiliates, subsidiaries, successors, predecessors, partners, joint venturers, officers, directors, employees, agents, attorneys or representatives.

9. "**Describe**" means to identify and explain fully the characteristics, nature and substance of a given thing, action, communication or event, to set forth all details, physical properties and dimensions of a physical thing inquired about, and to specify all pertinent dates, locations, causes, purposes, effects and results of the thing, action, communication or event inquired about.

10. "**Document**" means any writing as defined in Rule 34(a)(1)(A), however produced, reproduced, archived or stored, within your possession or subject to your control, of which you have knowledge or to which you now have or previously had access, including all ESI.

11. "**Identify**" (when used in reference to a document) means to state the date of preparation of the document, its author, the sender (if any), the recipient (if any), the nature of the document (e.g., letter, memorandum or tape) and other means of identification sufficient to specify the document for purposes of a request for production, and to further state its present location and custodian. If any such document was, but no longer is, in your possession or custody or subject to your control, describe what disposition was made of it and give the name, address and telephone number of the person presently having possession, custody or control of the document.

12. "**Identify**" (when used in reference to an natural person) means to state that person's full name, title, business address, telephone number, email address, occupation and employer, along with a statement of whether that person is represented by your counsel in this litigation.

3

13.   "**Identify**" (when used in reference to an entity) means to state the entity's full name, address, telephone number, state of incorporation or organization and web address. Unless it otherwise appears from the context, a request for the identity of a person relates to all persons in the relevant classification or category, and the request for the identity of an entity includes all affiliated entities.

14.   "**Person**" means any natural person or legal entity, including, without limitation, any business or governmental entity or association.

15.   "**Plaintiff**" means the Plaintiff in this lawsuit.

16.   "**Policy**" means any instruction, practice, procedure, directive, routine, guideline, rule, course of conduct or code of conduct that was or has been recognized, adopted, issued or followed by you—regardless of whether written or unwritten, formal or informal, recorded or unrecorded.

17.   "**TCPA**" means the Telephone Consumer Protection Act, 47 U.S.C. § 227.

18.   "**Telemarketing**" means a telecommunication that could have generated or was intended to generate leads, customers or sales for you or any franchisee of yours within the United States. A communication is telemarketing even though it (1) had other, additional purposes (e.g., fulfillment of a partially completed transaction or verification of information); (2) was to a person who had consented to receive it; (3) was to a person who had a prior existing business relationship with you; (4) was not made by you; and/or (5) was not made for your exclusive or direct benefit.

19.   "**Third party**" means any natural person, partnership, association, corporation, joint venture, or other business or legal entity not owned or controlled by you.

4

20.     "**Vendor**" means any third party under contract with, hired by, employed by, paid by or working for you, directly or indirectly, for purposes of telemarketing or phone-based activities or services, including, but not limited to, generating leads, warm transfers, hot transfers or any other call transfers, making outbound telemarketing calls, or tracking or aggregating data related to any of those activities, including, but not limited to, any co-defendant.

21.     "**You**" means the entity to which these requests are propounded and includes, without limitation, any of its past or present offices, locations, divisions, affiliates, subsidiaries, successors, predecessors, partners, joint venturers, officers, directors, employees, agents, attorneys or representatives.

22.     All other words shall have their ordinary definition as defined by Merriam-Webster's online dictionary, located at http://www.merriam-webster.com/

## RELEVANT TIME PERIOD

Unless otherwise indicated, these requests shall pertain to the time period starting four years before the filing of the original complaint in this case and continuing through the present and shall include all documents and information that relate in whole or in part to such period, or to events or circumstances during such period, even though dated, prepared, generated or received outside of that period.

## INTERROGATORIES

1.     Identify each person who provided the information to answer interrogatories in this case and specify the interrogatories about which each such person provided information.

**ANSWER:**

5

2.      Identify all employees or vendors involved in making outbound calls as part of the campaign that contacted the Plaintiff. This includes, but is not limited to, (a) third parties that you contract with who make telemarketing calls to generate leads (b) the dialing system platform or provider used to make calls (c) where the phone numbers to make the calls is obtained.

**ANSWER:**

3.      Identify and describe the work of each employee or vendor identified in response to Interrogatory No. 2.

**ANSWER**:

4.      Identify all third parties or sub-vendors used by your vendors to for you as part of your relationship with any vendor identified in response to Interrogatory No. 2.

**ANSWER:**

5.      Identify each of the individuals that spoke with Plaintiff from your company or any of its vendors.

**ANSWER**:

6.      If you contend that Plaintiff provided consent to receive solicitation telephone calls, state all facts in support of that contention and identify the date(s) on which and the means by which you contend consent was obtained.

**ANSWER:**

6

**APPX_141**

7.      If you contend that a third party made the calls alleged in the complaint, identify that third party and state all facts in support of the same.

**ANSWER:**

8.      Identify all communications you've had with any third party, other than your counsel, regarding this lawsuit.

**ANSWER:**

9.      Identify by make, model, structure and location the system(s), platform(s), and/or equipment used by you, or any vendor, used to contact the Plaintiff.

**ANSWER:**

10.      State all facts in support of any affirmative defenses you have raised.

**ANSWER**:

11.      Identify and describe in detail the process by which you (or any vendor acting on your behalf) "scrubbed" telephone numbers against the National Do Not Call Registry during the relevant time period. In your answer, identify all persons involved, the software or service provider(s) used, and the frequency of such scrubs.

**ANSWER**:

12.      Identify and describe all methods by which you claim to have obtained prior express written consent for outbound calls or texts made during the class period. In your answer,

7

**APPX_142**

identify each vendor, lead generator, or affiliate involved and specify whether any records of such consent exist.

**ANSWER**:

13.     Identify each person or entity responsible for TCPA or Do Not Call Registry compliance during the relevant period, including their job titles, dates of service, and specific responsibilities.

**ANSWER**:

14.     Identify all governmental investigations, inquiries, or complaints received from the FCC, FTC, state attorneys general, or any other regulator concerning outbound telemarketing during the relevant time period.

**ANSWER**:

15.     Identify any person (whether employed by you or not) whom you have disciplined, reprimanded, or taken similar action against for allowing or making allegedly unlawful or unauthorized outbound calls. In your answer, please identify all persons involved in any investigation, describe the reasons for your disciplinary action or reprimand, and describe the action taken against the person.

**ANSWER**:

8

## DOCUMENT REQUESTS

1.      Please produce all non-attorney-client-privileged documents identified in or used to research or draft responses to interrogatories in this case.

   **RESPONSE:**

2.      Please produce all documents supporting or contradicting any affirmative defense made in any answer by you to any complaint in this case.

   **RESPONSE:**

3.      Please produce all documents related to Plaintiff, including, but not limited to, all documents evidencing your relationship with Plaintiff or your investigation into outbound calls made to Plaintiff.

   **RESPONSE:**

4.      Please produce all documents relating to any failure by a vendor of yours to abide by your policies or any agreement you had relating to the sending of outbound calls.

   **RESPONSE:**

5.      Please produce all complaints or do-not-call requests concerning outbound calls made by you or by any vendor of yours for allowing or making allegedly unlawful or unauthorized outbound calls. This request, but is not limited to, any written complaints (litigation or pre-litigation) received by you, any response sent, and any internal correspondence about the same.

   **RESPONSE:**

9

**APPX_144**

6.      All contracts or documents representing agreements with any vendor that provided you with the Plaintiff's telephone number or information.

**RESPONSE:**

7.      All internal communications at your company regarding any vendor that provided you with the Plaintiff's telephone number or information.

**RESPONSE:**

8.      All contracts or documents representing agreements with any third party that dialed the calls to the Plaintiff.

**RESPONSE:**

9.      All communications with any third party that dialed the calls to the Plaintiff.

**RESPONSE:**

10.     All internal communications at your company regarding any third party that dialed the calls to the Plaintiff.

**RESPONSE:**

11.     All communications with any third party that provided you the Plaintiff's telephone number.

**RESPONSE:**

10

12.     All internal communications at your company regarding any third party that provided you the Plaintiff's telephone number.

**RESPONSE:**


13.     Please produce all documents relating to insurance coverage of the acts alleged by Plaintiff, including, but not limited to, all potentially applicable policies issued by any insurer and all communications with any such insurers, including, but not limited to, reservation-of-rights letters, regardless of whether or not such coverage purports to exclude the acts alleged in this matter and regardless of whether or not such insurers have declined coverage in this matter.

**RESPONSE:**


14.     Please produce all indemnification agreements under which a third party may be responsible for satisfying all or part of a judgment that may be entered against you in this action, and all communications with those third parties.

**RESPONSE:**


15.     Please produce all documents related to policies for compliance with the TCPA or the FCC's regulations thereunder and all documents necessary to construct a timeline of when each policy was in force. This request specifically includes, but is not limited to, policies related to the following:

11

12

a) compliance with the TCPA, including, but not limited to the rules, regulations, opinions, advisories, comments or filings of the Federal Communications Commission that relate to the TCPA or 47 C.F.R. § 64.1200;

b) obtaining or verifying prior express consent;

c) complying with E-SIGN Act, 15 U.S.C. §§ 7001 *et seq.*

**RESPONSE:**

16.     Please produce all documents containing any of the following information for each outbound telemarketing call or text sent by you or your vendors, including to the Plaintiff:

a) the date and time;

b) the caller ID;

c) any stop request received;

d) any recorded message used;

e) the result;

f) identifying information for the recipient; and

g) any other information stored by the call detail records.

**RESPONSE:**

17.     Produce all documents evidencing purported consent obtained for calls or texts made during the class period, including any lead generation forms, webforms or audit trails.

**RESPONSE:**

18.     Produce all documents, reports, or data files that reflect scrubbing of call lists against the National Do Not Call Registry during the relevant time period.

**RESPONSE:**

APPX_147

13

19.     Produce all communications with regulators (including the FCC, FTC, and state attorneys general) regarding telemarketing or Do Not Call compliance during the class period.

**RESPONSE:**

20.     All communications with any third party concerning this litigation other than your attorney.

**RESPONSE:**

RESPECTFULLY SUBMITTED AND DATED this 2nd day of September, 2025.

_s/ Anthony I. Paronich_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

13



GREAT PLAINS REPORTING
YOUR PATH THROUGH LITIGATION

# CASE NO. 4:25-cv-00207-RGE-HCA

# TOBY HOY

vs

# MEDICARE HEALTH ADVISORS LLC

# DEPONENT:

# TOBY HOY

# DATE:

# April 08, 2026


EXHIBIT
14

schedule@yourdepositions.com

402.303.3399

www.yourdepositions.com

APPX_149

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

TOBY HOY, individually )CASE NO. 4:25-cv-00207-
and on behalf of all ) RGE-HCA
others similarly )
situated, )
)
      Plaintiff, )VIDEOCONFERENCE
vs. )DEPOSITION OF
)TOBY HOY
MEDICARE HEALTH )
ADVISORS LLC, )
)
      Defendant. )

      THE VIDEOCONFERENCE DEPOSITION OF TOBY

HOY, taken before Roxann Zuniga, Certified

Shorthand Reporter, Registered Professional

Reporter, and Notary Public for the State of

Iowa, commencing at 9:07 a.m., April 8, 2026, at

505 Fifth Avenue, Fifth Floor, Des Moines, Iowa.

      A P P E A R A N C E S

Plaintiff by:      DANA OLIVER
               Oliver Law Center, Inc.
               8780 19th Street, Suite 559
               Rancho Cucamonga, California
                91701
               dana@danaoliverlaw.com
               (present via videoconference)

Defendant by:      JAMES PETERSON
               Peterson Legal, P.A.
               5079 North Dixie Highway,
               Suite 105
                Oakland Park, Florida 33334
               james@petersonlegal.com
               (present via videoconference)

Also present video conference: Rachel Carrigan

Reported by:      Roxann Zuniga, CSR, RPR

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_150

The Deposition of TOBY HOLT, taken on April 06, 2026

2

INDEX OF EXAMINATION

Examination by          Page

Mr. Peterson            3


            INDEX OF EXHIBITS

Exhibit                 Referred to on page

A                       84

Case 4:25-cv-00207-RGE-HCA   Document 46-3   Filed 04/30/26   Page 151 of 178



Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

**APPX_151**

TOBY EDWARD HOY,

called as a witness, having been first duly

sworn, testified as follows:

MR. PETERSON:  Roxann, this may have

happened before I got on.  Has he been verified

to your satisfaction?

(Off-the-record discussion took place.)

MR. PETERSON:  To first verify, Mr. Hoy, do

you have identification on you?

THE WITNESS:  Well, I'd have to go get it.

But, yes, I could do that.

(Off-the-record discussion took place.)

BY MR. PETERSON:

Q.    Good morning, Mr. Hoy.  My name is James

Peterson.  I represent the defendant, Medicare

Health Advisors, in a lawsuit that you filed

against them.  Would you please state your name.

A.    Toby Edward Hoy.

Q.    And your date of birth, please?

A.    ████████, 1968.

Q.    So have you ever provided deposition

testimony before?

A.    No.

Q.    Okay.  So let me go over some, what I

consider, ground rules that I think will help us

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_152

apologies.  How old are you right now?

A.    Fifty-seven.

Q.    Okay.  And other than that conviction, no other convictions?

A.    No.

Q.    Mr. Hoy, what do you do for a living right now?

A.    Operator engineers Local 234, heavy equipment mechanic.  I work on like Caterpillar equipment on large jobs, Des Moines metro area, sometimes the Midwest, 32 years.

Q.    Does your -- do you require to be licensed in any way for that job?

A.    I'm kind of old school, but people are, yeah, and all that, class A license and -- I don't have a welding certificate, but I do anyways.

Q.    Okay.  So let me just be -- let me just be clear.  I want to make sure I understand.  Do you have any -- hold any licenses, any professional licenses?

A.    I have a thing for operating engineers from the Department of Labor, apprenticeship, I guess, trade school.

Q.    Okay.  And you said that -- hold on.  Let

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_153

Q.    Okay.  So -- yeah.  A long time.  Fifteen years maybe?  Do you have -- do you have any knowledge of IP addresses?

A.    Not really.

Q.    Do you -- what for?  I'm going to --

A.    Court stuff.  Sorry.

Q.    Let me just -- I'll be very blunt.  What is the IP address to your phone?

A.    I'd have to get on my phone and look.  But I've given it to Heidarpour Law Firm.  They have it.

Q.    Okay.  What is your understanding of what an IP address is?

A.    The computer -- where you're at on the computer.  Like it kind of shows the address of the person, whatever.

Q.    This is not a trick question.  I'm just trying to get your understanding.

A.    If I'm talking to you -- a message to you and you want to see where it comes from, you put in the IP address and it points to me, my address, like street, you know, I believe anyways.

Q.    Are you currently a recipient of Medicare?

A.    I don't qualify.  I'm not old enough.

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_154

Q.   I understand.  I still have to ask.

A.   Okay.

Q.   Are you currently a recipient of Medicare?

A.   No.

Q.   Okay.  Do you know anybody that is?

A.   No.  Maybe my mom or dad.  I don't know.

Q.   Okay.

A.   I couldn't tell you.

Q.   Okay.  Your mom is still alive?

A.   Yes.

Q.   And how old is she?

A.   She was 18 when she had me, and I'm 57.  I have 10 people in my -- I have seven sisters. Birthdays are hard to -- ages.

Q.   I understand.  So she's about 75 years old, around there?

A.   Yes.  She just had her birthday, yes.

Q.   And you are not sure if she's on Medicare?

A.   I'm not sure.  She works for the State.  I don't know what that would be.

Q.   Where does she live?

A.   Adel.

Q.   Okay.  Does she --

A.   I have no idea if she's on -- i don't know. I don't --

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_155

you're just thinking right now or not, but I wanted to clarify that you can go ahead and answer.

THE WITNESS:  Dana?

MR. OLIVER:  Yes.  I'll object and I'll tell you go ahead and answer.  You can answer.  If you know the answer, please answer.

THE WITNESS:  Okay.  I don't -- answer; right?  Correct?

MR. OLIVER:  Yes.

THE WITNESS:  Okay.

A.   I was -- I'm receiving telemarketing calls from many places including the one you're representing, and it's really annoying.

BY MR. PETERSON:

Q.   You said many places.  What did you mean by many places?  Can you elaborate?

A.   For Medicaid, different -- different companies, whatever.

Q.   So -- okay.  So --

A.   This was Medicaid(sic) Health Advisors.

Q.   Yes.  I represent Medicare Health Advisors, yes.  But I wanted to -- I wanted to clarify when you said getting calls from many places.  And, again, if I -- I'm trying to paraphrase your

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

**APPX_156**

The Deposition of TOBY HOY, taken on April 06, 2026

43

Q. testimony.  If I'm wrong, please let me know. I'm not going to be offended.  You said getting calls from many places.  I didn't know if that meant telemarketing calls for car warranty plus Nike shoes, or are you saying just within in --

A. No.

Q. -- Medicare space?

A. Medicare.

Q. Okay.  So you're getting a lot of calls about Medicare.  Is that what you're saying?

A. Correct.

Q. Okay.  Is that going on still?

A. It's not as bad.  It's died down.  But the last one was probably Friday.  I didn't answer.

Q. How do you know that was Medicare related?

A. That's the only -- I have -- what's that call?  Your phone that has an app?  Guardian. It's Guardian.  It tells you if it's -- you know, what kind of call it is.

Q. Okay?

A. You know, kind of -- and, well, it's not -- it's -- I get a lot of Medicaid calls --

Q. And let me --

A. -- for years.

Q. And I apologize for interrupting, Mr Hoy.  I

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_157

Q.   Okay.

A.   In my group we don't use voice mail.  We'll text, but I have voice mail.

Q.   Well, yeah.  I'm still -- okay.  Have you ever set up a voice mailbox, you know, used your own voice to put a message on your phone that people will hear if you don't answer?

A.   I couldn't tell you.

Q.   Okay.  When is the last time you checked your voice mail messages?

A.   I haven't -- it's been a while, but I've seen stuff that says a new voice mail --

Q.   Okay.  So --

A.   -- on my phone before.

Q.   Okay.  So your phone is capable of receiving voice mails.  Is that --

A.   Yes.

Q.   -- what you're saying?

A.   Yes.

Q.   But you just don't check them?

A.   I don't mess with it.

Q.   Okay.  Okay.  When you get calls, do you ever record them?

A.   I don't know how.

Q.   Okay.  So is that no?

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_158

A.    If I knew how to, I'd do it.  But I don't know how.

Q.    So -- and, again, I'm just being clear for the record.  You do not record telephone calls when you receive them; is that correct?

A.    Correct.

Q.    Okay.  Did you ever purchase anything from my client?

A.    No.

Q.    Did you ever tell them to stop calling you?

A.    No.

Q.    Okay.

A.    I was -- I hung up or declined calls or --

Q.    Okay.

A.    You're wasting your breath telling them because they just usually -- most of the time they just keep calling.  It's on a machine.

Q.    Have you ever -- have you ever -- have you ever pretended you were interested in some of these telemarketing calls just to figure out who they are?

A.    To get who they are, you have to.  That's the only way to figure out who to -- that's the only thing you have to go on.

Q.    Okay.  Did you ever make any purchases in

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_159

A.   They're transferring me --

Q.   Okay.

A.   -- correct?

Q.   Well, I mean is that your assessment or what's happening right now?

A.   Yes.

Q.   Okay.  So the voice you heard that wasn't yours, was that a robot voice?

MR. OLIVER:  I'm going to object to the form of the question.  But go ahead, Mr. Hoy.

A.   Go ahead.  What was the question?

BY MR. PETERSON:

Q.   So I was asking about the voice that you heard so far.  Right know we're at the four and 15 mark.

A.   Correct.

Q.   The voice that you heard other than your own, was that a robot voice?

A.   That one was not, I don't believe, no.

Q.   Okay.

A.   That was a callback.

Q.   A callback?  Okay.

A.   Wasn't it?  I believe.

Q.   Okay.  So I'm going to start it again and let the rest play out.  Okay?  Can you hear me,

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_160

The Deposition of TOBY HOY, taken on April 06, 2026

82

A.   I wouldn't see a reason why I would doubt it.

Q.   Okay.  The voice that you heard, I think it was a female voice; right?

A.   Yes.

Q.   Did you feel that that was a robot voice?

A.   No.  That was a live one.  She's called back.

Q.   Okay.

A.   Robots don't call back.  They're the first ones.  We get transferred to them.

Q.   Let me queue up the next one.  We're almost done here.  So now I'm going to play what has been produced by defendant as Bates 112, file name toby Hoy call 29.  Okay.  This one is 28 seconds long.  Are you ready, Mr. Hoy?

A.   Yes.

Q.   That's the end of that one, Mr. Hoy.  Did you recognize that recording at all?

A.   No.

Q.   You don't?

A.   No.

Q.   Did you recognize your voice on that recording?

A.   Yes.

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_161

Q.   Did you recognize any other voice?  Was there another voice on that recording?

A.   Yes.

Q.   Is it your thought that that voice was a robot voice?

A.   It didn't sound like a robot voice to me, but I don't know.  It's like -- can you play it again from the beginning until they say my name? If they do, then it's a callback.

Q.   Okay.  I will play everything that we have. It's 28 seconds long.  I will start it right now.

A.   It's a callback.

Q.   Okay.

A.   How would they have my name or how did they -- you know.

Q.   Let me -- about this particular -- we're still on Bates 112.  Do you have any reason to doubt that that's a true and accurate recording of that conversation?

A.   I don't remember that conversation, but it sounds like me.

Q.   Okay.  Are you -- Mr. Hoy, are you familiar with what is known as prior expressed written consent?

A.   Yes.

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_162

A.    That's my e-mail.

Q.    The date of birth, ████████, 1968, do you recognize that?

A.    That's not right for my birthday.

Q.    Okay.  Remind me, what was your birthday?

A.    The 12th, ████████ 1968.

Q.    The IP address, 166.118.84.56, do you recognize that at all?

A.    No.  But is that the one that you showed me earlier in the same --

Q.    I'm happy to show it to you again if you'd like.  I can't really provide testimony on your behalf.  Would you like to see it again?

A.    Yeah.  I want to see it again.

Q.    Okay.  One second, please.  So, you know, I'm fine.  Anyway, they do not match.  So my question -- so now you've had a chance to review the IP address, you -- you provided.  Sorry.  I'm having a little bit of trouble here.  Give me one second.

Okay.  Here we go.  So coming back to this document, again, with the IP address 166.118.84.56, does that address mean anything to you?

A.    No.

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

**APPX_163**

A.   Yes.

Q.   Okay.  Your testimony is you don't remember this particular conversation?

A.   No.

Q.   The other voice -- am I correct that you heard two different voices there, one of which was yours?

A.   Yeah.  I believe it could be mine, yes.  I don't remember that, but I was --

Q.   Aside from the voice that could have been yours, did you hear another voice?

A.   Yes.  I do believe.

Q.   If you want I can replay it.  But my question is do you feel like that voice was a robot voice?

A.   No.  You get transferred to them.  You get transferred to a live person from the robot.

Q.   Okay.  I'm happy to play it again.  But did you hear like rings at the beginning of this recording?

A.   Yes.

Q.   Doesn't that mean someone was calling you?

A.   Yes.

Q.   So wouldn't -- my understanding is you're saying the robot voice is the first voice here

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102

GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

APPX_164

The Deposition of TOBY NOE, taken on April 06, 2026

93

C E R T I F I C A T E

I, Roxann Zuniga, a Certified Shorthand Reporter of the State of Iowa and Registered Professional Reporter, do hereby certify that there came before me at the time, date, and place hereinbefore indicated, the witness named on the caption sheet hereof, who was by me duly sworn to testify to the truth of said witness's knowledge, touching and concerning the matters in controversy in this cause; that the witness was thereupon examined under oath, the examination taken down by me in shorthand, and later reduced to printed form under my supervision and direction, and that the deposition is a true record of the testimony given and of all objections interposed.

I further certify that I am neither attorney or counsel for, or related to or employed by any of the parties to the action in which this deposition is taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.

Dated at Des Moines, Iowa, this 23rd day of April, 2026.



_____

CERTIFIED SHORTHAND REPORTER,
REGISTERED PROFESSIONAL
REPORTER, AND NOTARY PUBLIC

Great Plains Reporting Company
1299 Farnam Street, Ste. 300
Omaha, NE 68102


GREAT PLAINS
REPORTING
YOUR PATH THROUGH LITIGATION

Phone: 1-402-303-3399
Fax: 502-584-0119
schedule@yourdepositions.com
www.yourdepositions.com

**APPX_165**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CIVIL ACTION FILE NO. 4:25-cv-00207-RGE-HCA


TOBY HOY, individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

MEDICARE HEALTH ADVISORS, LLC,

    Defendant.

_____/


DEPOSITION OF MAX JAFFY
APRIL 10TH, 2026

12:04 P.M. - 1:13 P.M.


VIA ZOOM


Reported by Beni Garcia

Notary Public, State of Florida

Magna Legal Services

866-624-6221

www.MagnaLS.com





EXHIBIT
15
_____

APPX_166

APPEARANCES:

On behalf of the Plaintiff
Anthony Paronich, Esquire
Paronich Law, P.C.
1629 South Bayshore Drive

Miami, FL 33133

305-371-8575

aj@barrancolaw.com

On behalf of the Defendant

James A. Peterson, Esquire

Peterson Legal P.A.

5079 North Dixie Highway, Suite 105

Oakland Park, FL 33334

754-444-8076

james@petersonlegal.com



Page 3

I N D E X

- - -

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|

MAX JAFFY

BY MR. PARONICH          5



P R O C E E D I N G S

- - -

Deposition taken before Beni Garcia, Digital Reporter and Notary Public in and for the State of Florida at Large, in the above cause.

- - -

Thereupon,

MAX JAFFY

Having been first duly sworn or affirmed, Max Jaffy was examined and testified as follows:

THE WITNESS:  Yes, sir.

DIRECT EXAMINATION

BY MR. PARONICH:

Q.    Thank you, Mr. Jaffy.  You've heard me introduce myself a couple of times, but just as a reminder, my name is Anthony Paronich.  I'm one of the attorneys that represents the plaintiff in this action.  Have you ever had your deposition taken before?

A.    No, sir.

Q.    Okay.  Well, enough.  And just so you know, you can call me whatever you'd like.  Don't feel obligated to call me sir.  Feel free to call me Anthony or anything you would like. But I'm sure your attorney prepared you but I'm just going to give you a couple of quick reminders about how this process works to help us get through it as efficiently as possible.



Page 12

Mr. Jaffy now.

BY MR. PARONICH:

Q.    So Mr. Jaffy, to prepare for the deposition, did you speak to any other employees at Medicare Health?

A.    No.

Q.    Okay.  Did you speak to any vendors or third-party data providers to prepare?

A.    No.

Q.    Okay.  Can you explain for me what business Medicare Health is in?

A.    Medicare Advantage.  So specifically, just Medicare.

Q.    And while I know what Medicare is, could you explain what Medicare Health does as it relates to Medicare?

A.    We provide Medicare beneficiaries, which are people over the age of 65 or under 65, if you're on disability for 2+ years, we help with the side of Medicare Advantage, which is the no-cost or zero-dollar plans that are subsidized by the government, represented by the carriers like UnitedHealthcare, Humana, Aetna, etc.

Q.    Thank you.  I think I understood that.  The word you used, I think you said was help people with that.  Did I hear that right?

A.    Yeah.  We provide information, benefit options for people to try to assist them in getting more benefits or better coverage.



APPX_170

Page 13

Q.   Got it.  Okay.  And to do that, how does Medicare Health reach those individuals that it's trying to help?

A.   Via telephone or telesales.

Q.   Right.  Okay.  That makes sense.  So one of the ways that Medicare Health tries to reach potential customers is through telephone sales.  Are there any other ways?

A.   No.

Q.   Okay.  How long has Medicare Health been in business?

A.   Since 2023.

Q.   Are you an owner of the company?

A.   Yes, sir.

Q.   Are you the only owner?

A.   No, sir.

Q.   Who or what are the other owners of Medicare Health?

A.   There are a few owners in the company, primarily myself and my uncle, family business, but yeah, a few investors as well.  But --

Q.   Are --

A.   Go ahead.

Q.   I'm sorry, I broke my own rule by interrupting you.  Sorry about that.

A.   It's okay.

Q.   What is your uncle's name?

A.   Todd Jaffy.

Q.   And you said a few investors.  Are those institutional



APPX_171

Page 15

were?

A.    About 70 to 80 employees.

Q.    So now, of course, as a business owner of 70 to 80 employees, I'm sure you understand the difference, but I want to make sure.  You understand the difference between an employee and a contractor?

A.    Yes.

Q.    So then, I completely understand what the answer is with respect to employees.  Currently, how many independent contractors would you estimate that Medicare Health has?

A.    So I need to clarify that question on the employees because --

Q.    Okay.

A.    -- all of our employees are 1099, which technically would be considered contractors.

Q.    Okay.  So then, talking about the general business model with respect to telesales, does Medicare Health have a single source of those telephone numbers, or does it have multiple sources?

A.    When you say source, what are you referring to?

Q.    Yeah.  So you testified earlier that Medicare Health generates customers through telesales, correct?

A.    Correct.

Q.    And that's contacting a prospective customer through a phone call, correct?



Inbounds.com?

A.    Yes.

Q.    And what is Medicare Health's relationship with Inbounds.com?

A.    It's a lead vendor.

Q.    And that's one of those four or five companies you were talking about earlier?

A.    Yes.

Q.    Where, to complete the thought, one of those four or five companies where Medicare Health obtains telephone numbers for the telesales?

A.    Yes.  There is also lead vendors that provide consumer-initiated inbound calls as well, so...

Q.    I see.  And do you know -- are you familiar with a company referred to as Data Prosper?

A.    Yes.

Q.    And do you understand that Inbounds.com used to be known as Data Prosper?

A.    Yes.

Q.    Okay.  And so, what did -- internally at the company, do you call them Inbounds.com or Data Prosper?  Because I just want to use the language you guys do.

A.    Both is acceptable.

Q.    Okay.

A.    I mean, I don't know.



Page 21

Q.   Okay.  So Inbounds.com is the company that provided Medicare Health Advisors with the plaintiff's phone number, correct?

A.   Correct.

Q.   And so Medicare Health did not obtain the plaintiff's phone number directly from him, correct?

A.   Correct.

Q.   And so Medicare Health relied on Inbounds.com for that information?

A.   Yes.

Q.   What is your company's understanding of what it is that Inbounds.com does to generate those phone numbers?

A.   They provide opt-in leads for Medicare-qualified consumers.

Q.   And do you know how they purport to do that?

A.   Online.

Q.   And do you know what websites they use for that?

A.   No.

Q.   Okay.  And, in fact, do you know if Inbounds.com itself owns or operates any websites for the telephone numbers it sells Medicare health?

A.   I do not know.

Q.   Would it surprise you to hear that in response to a subpoena in this case, Inbounds.com has identified that they themselves used an additional third party to acquire that



Page 37

BY MR. PARONICH:

Q.   So Mr. Jaffy, do you recognize this document?

A.   Yes, I do.

Q.   Okay.  Excuse me.  And do you recognize these as the discovery responses that the company prepared?

A.   Yes.

Q.   Okay.  And you signed these discovery responses?

A.   Yes.

Q.   Identified in these responses is a company called Virtual Buddy 24/7.  Do you recognize that name?

A.   Yes.

Q.   Who are they?

A.   An offshore company.

Q.   And is that a company that Medicare Health utilized to do the actual dialing of calls?

A.   What do you mean by actual dialing?

Q.   So Medicare Health engages in telephone sales, correct?

A.   Correct.

Q.   And to do that, at least in the past, Medicare Health has made outbound telephone calls to prospective customers?

A.   Yes.

Q.   So did Virtual Buddy participate in that process?

A.   Yes.

Q.   What did they do?



APPX_175

Page 38

A.    They helped to engage the consumer to -- again, a second line to qualify interest in hearing about opportunities to upgrade benefits.

Q.    I see.  And so did Virtual Buddy just call the telephone numbers that Medicare Health provided them?

A.    They -- yes, but -- yes and no.

Q.    I understand the yes.  What about the no?

A.    They had limited access to the client's information for regulatory purposes.

Q.    I see.  So they had the phone number they had to call, but they had limited other access to information that Medicare Health may have had about the individual?

A.    Yes.

Q.    Okay, got it.  In terms of what they said on the phone, where did that information come from?

A.    A script.

Q.    And was that a script that Medicare Health prepared?

A.    Alongside Virtual Buddy.

Q.    Okay.  Do you know what technology Virtual Buddy used to make the calls?

A.    They used DialedIn.

Q.    It just oddly cut out there.  They used what?

A.    DialedIn in or ChaseData.

Q.    Okay.  And that's a predictive dialer?

A.    It is a dialing system.



Page 46

CERTIFICATE OF OATH

THE STATE OF FLORIDA

COUNTY OF BROWARD

I, THE UNDERSIGNED AUTHORITY, CERTIFY THAT MAX JAFFY PERSONALLY APPEARED BEFORE ME AND WAS DULY SWORN ON THE 10TH DAY OF APRIL, 2026.

DATED THIS 17TH DAY OF APRIL, 2026.

*BENI GARCIA*

BENI GARCIA

NOTARY PUBLIC, STATE OF FLORIDA

MY COMMISSION EXPIRES: 05/01/2027

COMMISSION NO.:  HH 393149



Page 47

C E R T I F I C A T E

I, BENI GARCIA, Notary Public in and for the State of Florida at Large, do hereby certify that I was authorized to and did digitally report said deposition and that the foregoing pages are a true and correct transcription of my notes of said deposition.

I further certify that said deposition was taken at the time and place herein above set forth and that the taking of said deposition was commenced and completed as herein above set out.

I further certify that I am not an attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in this action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

Dated this 17th day of April, 2026.

_B E N I   G A R C I A_

BENI GARCIA



APPX_178