**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

TOBY HOY, individually and on behalf of all : 
others similarly situated, :    CIVIL ACTION FILE NO. 4:25-cv-00207-
: RGE-HCA
:
Plaintiff, :
:
v. :
:
MEDICARE HEALTH ADVISORS LLC :
:
Defendant. :
:
:
:
/

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, respectfully moves this Court for an extension of time to respond to Defendant's Motion for Summary Judgment, and states as follows:

1.    Defendant filed its Motion for Summary Judgment on April 30, 2026.

2.    Pursuant to Local Rule 7(c) of the United States District Court for the Southern District of Iowa, a party has 21 days to file a resistance to a motion.

3.    Accordingly, Plaintiff's response to Defendant's Motion for Summary Judgment is currently due on May 21, 2026.

4.    Plaintiff requests a 21-day extension of this deadline.

5.    If granted, Plaintiff's response would be due on June 11, 2026.

2

6.      This request is made in good faith and not for purposes of delay.

7.      Counsel for Defendant has indicated that there is no objection to the requested extension.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to respond to Defendant's Motion for Summary Judgment up to and including June 11, 2026, and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of May, 2026.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff*