**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. 4:25-cv-00207-RGE-HCA |
| Plaintiff, | : | |
| v. | : | |
| MEDICARE HEALTH ADVISORS LLC | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, respectfully renews his motion for an extension of time to respond to Defendant's Motion for Summary Judgment. In support, Plaintiff states as follows.

Defendant filed its Motion for Summary Judgment on April 30, 2026. Under Local Rule 7(c), Plaintiff's opposition is currently due on May 21, 2026. Plaintiff previously requested a 21 day extension, up to and including June 11, 2026. The Court denied that request without prejudice for failure to establish good cause under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16(f). Plaintiff now renews the request with the additional good-cause showing set forth below and in the accompanying declaration of Anthony I. Paronich. *See* Exhibit 1.

Good cause exists for the requested extension. Plaintiff's counsel requires additional time to consult with Plaintiff, obtain and finalize any necessary declarations, review and organize the evidentiary record, and prepare a proper opposition to Defendant's Motion.

In addition, lead counsel has unavoidable existing professional obligations during the present response period. As set forth in the accompanying declaration, counsel is traveling to Colorado from May 6 through May 8, 2026 to attend oral argument on a Motion for Summary Judgment in another case, traveling to Missouri from May 13 through May 14, 2026, to attend an in-person Court hearing, and is also addressing existing summary judgment and class certification deadlines during the week of May 18, 2026, and preparing for various hearings, including a class final approval hearing during the week of June 1, 2026. These obligations substantially reduce the time available to consult with Plaintiff, gather declarations, organize the summary judgment record, and prepare the opposition currently due May 21.

The requested extension is limited and proportional. Plaintiff seeks only a 21-day extension, which would move the opposition deadline from May 21, 2026, to June 11, 2026. The request is not made for delay. Counsel for Defendant previously indicated that Defendant does not oppose the requested extension. Plaintiff does not believe the requested extension will affect the trial date.

To the extent Local Rule 16(f) applies, Plaintiff states that discovery has been conducted in this matter, including written discovery and depositions, and the present request is not made for the purpose of reopening discovery or extending fact discovery. Rather, the requested extension concerns the deadline to respond to Defendant's pending Motion for Summary Judgment. Plaintiff needs additional time to marshal the discovery already taken, confer with his client, obtain appropriate declarations, and present the record in opposition to Defendant's motion. Plaintiff anticipates filing his opposition on or before June 11, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court grant this renewed motion and extend Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment up to

and including June 11, 2026, and grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED AND DATED this 4th day of May, 2026.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff*