**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | : | CIVIL ACTION FILE NO. 4:25-cv-00207-RGE-HCA |
| Plaintiff, | : | |
| v. | : | |
| MEDICARE HEALTH ADVISORS LLC | : | |
| Defendant. | : | |

**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Anthony I. Paronich, declare as follows:

1.      I am counsel for Plaintiff Toby Hoy in this matter. I am over the age of 18 and make this declaration based on my personal knowledge.

2.      Defendant filed its Motion for Summary Judgment on April 30, 2026. Plaintiff's opposition is currently due on May 21, 2026.

3.      Plaintiff seeks a 21-day extension of that deadline, up to and including June 11, 2026.

4.      Additional time is necessary for Plaintiff's counsel to consult with Plaintiff regarding the issues raised in Defendant's Motion for Summary Judgment, obtain and finalize any necessary declarations, review the factual record, organize the evidence, and prepare a complete opposition.

2

5.      I am scheduled to travel to Colorado from May 6 through May 8, 2026, to attend oral argument in another matter.

6.      I am also scheduled to travel to Missouri from May 13 through May 14, 2026, to attend a court conference.

7.      During the week of May 18, 2026, I have existing summary judgment and class certification deadlines in other matters.

8.      During the week of June 1, 2026, I have various hearings, including a class final approval hearing.

9.      These existing obligations substantially limit the time available during the current response period to consult with Plaintiff, obtain declarations, organize the evidence, and prepare Plaintiff's opposition to Defendant's Motion for Summary Judgment.

10.     The requested extension is not sought for purposes of delay.

11.     Counsel for Defendant previously indicated that Defendant does not object to the requested extension.

12.     I do not believe the requested extension will affect the trial date.

13.     Plaintiff seeks only the time necessary to prepare a complete and orderly response to Defendant's Motion for Summary Judgment.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


*s/ Anthony I. Paronich*_____
Anthony I. Paronich


2