**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>   Defendant. | Case No. 4:25-cv-00207-RGE-HCA<br><br><br>JURY TRIAL DEMANDED |

**DECLARATION OF TOBY HOY IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1.    My name is Toby Hoy. I am over 18 years old. I can testify competently to the statements below.

2.    I am the Plaintiff in the above-captioned action. This Declaration is made under penalty of perjury pursuant to 28 U.S.C. § 1746.

3.    I make this Declaration in opposition to the motion for summary judgment filed by Defendant Medicare Health Advisors LLC ("MHA" or "Defendant"). Except as otherwise noted, I have personal knowledge of the facts set forth below and could testify competently to them if called upon to do so.

4.    At all relevant times, my cellular telephone number ending in 0280 (the "Subject Number") was my personal, residential cellular number, serviced by US Cellular. I do not use the Subject Number for any business purpose.

Hoy Dec.                                    1

5.      The Subject Number is on the National Do Not Call Registry, and was registered on the National Do Not Call Registry before I received any of the calls at issue in this case. I want my number on the Registry and do not want it removed.

6.      In preparing this Declaration, I reviewed the four audio recordings Defendant produced and used in my deposition, Defendant's produced call log (Exhibit 10 to Defendant's Statement of Material Facts, APPX_124), and my own UScellular telephone records for the relevant period. True and correct copies of my relevant UScellular records are attached as Exhibit A.

7.      Beginning in or about October 2024 and continuing through December 2024, I received numerous unsolicited telephone calls about Medicare on the Subject Number. The calls came every few days, from a rotating series of different telephone numbers. I did not request any of these calls.

8.      When I answered these calls, the call typically began with a pause and then an automated, artificial, prerecorded, robotic, or avatar-like voice or sound, before any live person came on the line. Based on what I heard, my understanding was that I was being connected by a machine and then, if I stayed on the line, transferred to a live human.

9.      The most significant call was on November 21, 2024, from the number 515-317-1035. That call began with an automated, artificial, robotic portion. I was then connected to a live woman who identified herself as "Maria," and I was later transferred to another representative (whom I understood to be with Medicare Health Advisors). I personally heard the automated portion at the beginning of that call, before I reached any live person.

Hoy Dec.                                        2

10.     The four recordings Defendant produced do not capture the beginnings of my calls. Each recording I reviewed begins at or near the point at which a live agent or a transfer was already underway. None of them contains the automated, artificial, or robotic portion that I heard at the start of the calls.

11.     My US Cellular records reflect the full length of each call as it was delivered to my telephone. The recordings Defendant produced are shorter than, and do not match, the calls reflected in my carrier records. The following comparison summarizes what I observed when I compared my US Cellular records and Defendant's produced call log with the recordings Defendant produced:

| Call (Date) | Defendant's produced recording | Defendant's call log (APPX_124) | My US Cellular records |
|---|---|---|---|
| Call 27 (Nov. 21, 2024) — 515-317-1035 | approx. 5 min. 10 sec. | 288-sec. "Pre Sale" segment; separate 60-sec. segment | 6 minute incoming call |
| Call 28 (Nov. 22, 2024) — 515-317-1032 | 18 sec. | 18-sec. "Ans. Machine" | 1 minute incoming call |
| Call 29 (Nov. 22, 2024) — 515-317-1032 | 28 sec. | 30-sec. "Ans. Machine" | 1 minute incoming call |
| Call 31 (Dec. 5, 2024) — 515-328-8772 | approx. 31 sec. | 24-sec. "DO NOT CALL" | 1 minute incoming call |

12.     For the November 21, 2024 call in particular, there are three different durations in the record. My US Cellular records show a six minute incoming call from 515-317-1035. The recording Defendant produced runs only about five minutes and ten seconds. And Defendant's own call log records a 288 second about four minutes and forty eight second segment, plus a separate 60 second segment, for the very same call. These durations cannot all describe the same

Hoy Dec.                                   3

complete call unless they are added together, and even then, do not account for the prerecorded, automated, robotic portion of the call I heard.

13.    The difference matters because the time missing from Defendant's recording is the beginning of the call, which is exactly the portion in which I heard the automated, artificial, or robotic voice. A recording that starts after that portion cannot show what I heard before it.

14.    The shorter calls confirm that my carrier records and Defendant's recordings and dialer log are measuring different things, not the same complete call. For Call 28, for instance, Defendant's log shows 18 seconds and the recording is 18 seconds, but my carrier record shows a one minute call. For Call 29, Defendant's log shows 30 seconds and the recording is 28 seconds, but my carrier record again shows a one minute call. For Call 31, Defendant's log shows a 24 second "DO NOT CALL" entry and the recording runs about 31 seconds, but my carrier record again shows a one minute call.

15.    My US Cellular records are kept in Central (Iowa) time, while Defendant's call log appears to be kept in Eastern time. There is a consistent one hour difference between the two. For example, my carrier record shows the November 21 call arriving at about 3:41 p.m. Central time, which corresponds to the 4:42 p.m. Eastern entry in Defendant's log. The same one hour offset appears on November 22 and December 5. Once that one hour difference is accounted for, the calls in my records line up with the calls in Defendant's log.

16.    Defendant did not produce a complete record of the calls it placed to me. Defendant's produced call log does not begin with the first call to my number. It begins at "Attempt 17."

Hoy Dec.                                    4

17.     My US Cellular records show calls that do not appear in Defendant's produced log at all, including multiple incoming calls in October 2024 from numbers in the 515-328 range, including 515-328-8458, 515-328-8981, 515-328-8470, 515-328-8460, 515-328-8478, 515-328-8475, and 515-328-8451, as well as a call from 346-588-8637. These calls are part of the same course of Medicare calling but are absent from the records Defendant produced for me.

18.     The calls had the characteristics of automated calling rather than a human being on the line dialing my number. They arrived in a steady pattern over a period of weeks, from many different numbers, and frequently began with a pause or an automated or recorded sound before any live person spoke, as I have outlined. I do not believe that the Defendant's recordings or call records accurately reflect or record this automated portion, given the discrepancy with my own telephone number logs.

19.     At my deposition on April 8, 2026, I was played and asked about the specific, partial recordings that Defendant's counsel selected. As to those clips, I explained that what I was hearing was a callback or a transfer that occurred after the automated portion of the call. I said, in substance, that you get transferred to a live person from the robot.

20.     My deposition answers concerned only the partial recordings I was played, each of which began *after* the automated portion of the call. Nothing in my testimony indicated that the automated, artificial, or robotic portion I heard at the beginning of the calls did not occur. It did.

21.     I never gave MHA, or anyone acting on its behalf, permission or consent to call me. I never requested information about Medicare from MHA, and I never provided my telephone number to MHA in order to receive marketing calls.

Hoy Dec.                                              5

22.     I did not submit the consent form Defendant relies upon, which Defendant says was completed on a website called arcamaxjobs.com on July 6, 2024. The date of birth associated with that record is not my date of birth, and the IP address associated with that record is not one I recognize and is not associated with any device of mine. I confirmed these facts when I was shown the record at my deposition.

23.     I have no recollection of ever visiting arcamaxjobs.com, and I would have no reason to provide my telephone number on a job search website, let alone in order to receive Medicare marketing calls.

24.     During the calls, I made clear that I did not want to be called and asked to be taken off the list. Defendant's own log reflects a "DO NOT CALL" entry only on December 5, 2024, after I had already received many unwanted calls.

25.     Despite my number being on the National Do Not Call Registry, despite my never having consented, and despite my asking the callers to stop, the calls continued over a period of weeks.

26.     In summary, the recordings Defendant produced are partial recordings that do not capture the entire calls I received. They omit the beginnings of the calls, where I heard the automated, artificial, or robotic voice. They are shorter than the calls reflected in my US Cellular records and do not match Defendant's own call log. They do not include all of the calls placed to me. What I heard at the beginning of the calls, whether the calls used an artificial or prerecorded voice, whether they were placed using an automated dialing system, whether I consented, and whether MHA honored my requests to stop calling are all matters that I dispute and that cannot be resolved from these incomplete recordings, particularly given the inconsistencies with my US Cellular records.

Hoy Dec.                                6

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 08 day of June, 2026, in the United States of America.

**Toby Hoy**