**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA**

TOBY HOY, individually and on behalf of all
others similarly situated,

   Plaintiff,

v.

MEDICARE HEALTH ADVISORS LLC

   Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
/

CIVIL ACTION FILE NO. 4:25-cv-00207-RGE-HCA

## Statement of Additional Material Facts

Pursuant to Local Rule 56(b)(3), Plaintiff submits a statement of additional material facts that the Plaintiff contends precludes summary judgment:

1. Plaintiff Toby Hoy's cellular telephone number ending in 0280 is his personal, residential number, serviced by US Cellular. (Hoy Decl. ¶ 4.)

2. Mr. Hoy registered the number on the National Do Not Call Registry before the calls at issue, and it remained registered at all relevant times. (Hoy Decl. ¶ 5.)

3. Mr. Hoy is 57 years old and is not eligible for Medicare: "I don't qualify. I'm not old enough." (Hoy Dep. 8:1-2, 38:24-39:4, APPX_153-55.)

4. Beginning by at least October 2024, Mr. Hoy received repeated Medicare telemarketing calls on the number from rotating caller IDs, including numbers with 515-317 and 515-328 prefixes and 346-588-8637. (Hoy Decl. ¶¶ 7, 16-17; PLAPPX_35-41.)

1

5.      When Mr. Hoy answered, the calls typically began with a pause followed by an automated, artificial, prerecorded, robotic, or avatar-like voice before any live person came on the line. (Hoy Decl. ¶ 8.)

6.      On the November 21, 2024 call, Mr. Hoy personally heard the automated portion at the beginning of the call before being connected to a live woman identifying herself as "Maria" and then transferred to another MHA representative. (Hoy Decl. ¶ 9.)

7.      Mr. Hoy testified at deposition: "You get transferred to them. You get transferred to a live person from the robot," and "Robots don't call back. They're the first ones. We get transferred to them." (Hoy Dep. 88:13-17, 82:7-11, APPX_164, APPX_161.)

8.      MHA's produced recordings begin after the beginnings of the calls and omit the portions in which Mr. Hoy heard the automated voice. (Hoy Decl. ¶¶ 10, 13, 19-20.)

9.      For the November 21, 2024 call, US Cellular's records show a six-minute incoming call, MHA's recording runs approximately 5 minutes 10 seconds, and MHA's dialer log splits the event into multiple rows, including a 288-second "Pre Sale" segment and a separate 60-second agent segment. (Hoy Decl. ¶¶ 11-12 PLAPPX_36; APPX_124.)

10.      For Calls 28, 29, and 31, MHA's recordings run 18, 28, and 31 seconds, while US Cellular rated each as a one-minute incoming call. (Hoy Decl. ¶ 14; PLAPPX_36-37.)

11.      MHA's produced dialer log begins at "Attempt 17" and omits at least sixteen earlier attempts as well as the October 2024 calls reflected in Mr. Hoy's carrier records. (APPX_124; Hoy Decl. ¶¶ 16-17; PLAPPX_35-41.)

12.      MHA produced no recording for the connected, 12-second November 18, 2024 call (Attempt 24) shown on its own log, despite its stated "ordinary practice" of recording connected calls. (APPX_124; SOF ¶ 59; Hoy Decl. ¶ 15.)

2

13.     MHA's dialer log contains inaccurate dispositions including "Ans. Machine" for recorded calls. (APPX_124.)

14.     MHA's dialer log reflects calls placed from rotating pools of sequential caller IDs. (APPX_124; Hoy Decl. ¶ 18.)

15.     MHA admitted that it "used DialedIn f/k/a Chase Data to dial Plaintiff's telephone number." (PLAPPX_5 Resps. to Rogs. 2, 9.)

16.     DialedIn (formerly ChaseData) publicly markets its product as "Predictive Dialer Software" that "automates the process of dialing phone numbers and intelligently connects answered calls to available agents" and dials several numbers at once using AI-powered algorithms. https://getdialedin.com/outbound-call-management/predictive-dialer-software/

17.     Mr. Jaffy admitted MHA has no formal written TCPA compliance policy, only "outlines in our training materials." (Jaffy Dep. 39:25-40:3.)

18.     Asked to describe the process by which MHA or its vendors scrubbed telephone numbers against the National Do Not Call Registry, MHA answered under oath only that it was "continuing to investigate." (PLAPPX_9-10, Resp. to Rog. 11.)

19.     Asked to identify the persons responsible for TCPA and Do Not Call Registry compliance, MHA answered under oath only that it was "continuing to investigate." (PLAPPX_10-11, Resp. to Rog. 13.)

20.     There is no evidence in the record that MHA or any vendor acting for it ever purchased, subscribed to, or accessed the National Do Not Call Registry database.

21.     The only do-not-call document in the record directed to the personnel who placed the calls is a Campaign Memorandum dated February 20, 2025, after all calls to Mr. Hoy, which

admits that "fronters did not take this policy seriously, leading to client complaints." (APPX_125.)

22.    Mr. Jaffy testified that MHA's "primary way to verify" that no prerecorded messages were used was listening back to completed recordings, that "there's no way to guarantee" none were used, and that he relied on "relationship and trust" with the vendor. (Jaffy Dep. 39:2-18.)

23.    MHA never audited Inbounds, took no steps to confirm that Mr. Hoy visited the website that purportedly generated the lead, and relied on the vendor's representations. (Jaffy Dep. 30:3-22.)

24.    Mr. Jaffy could not testify how the opt-in screenshot was created and admitted MHA did nothing to verify it. (Jaffy Dep. 31:16-32:4.)

25.    Mr. Jaffy did not know what websites MHA's purchased leads came from and learned of the third-party lead source only through this litigation. (Jaffy Dep. 21:17-18, 23:20-24:5, 28:1-29:23.)

26.     MHA had no contact, contract, access logs, or analytics with the website operator. (Jaffy Dep. 21:17-18, 23:20-24:5, 28:1-29:23.)

27.    Inbounds' COO reported to MHA that "[t]he only time this lead was accepted was 7/27/23," that later submissions were "rejected for dupe," and that the "name does n[o]t match and this shows as 'Yolanda' with the same PII in each lead." (APPX_005-06.)

28.    MHA's CEO described the source of Plaintiff's lead as "[f]rom 350k aged," an aged bulk-data file. (APPX_006.)

4

29.    The lead record with Mr. Hoy's name lists a Weslaco, Texas address and a 1968 date of birth that is not Mr. Hoy's; the IP address on the record is not associated with any of his devices. (APPX_102; Hoy Dep. 86:2-6, APPX_163; Hoy Decl. ¶ 22.)

30.    Mr. Hoy never visited arcamaxjobs.com, never provided his telephone number to MHA, Inbounds, or ArcaMax, and never consented to the calls. (Hoy Decl. ¶¶ 21-23.)

31.    The "TCPA Disclosure Statement" captured for the lead authorizes contact by licensed sales agents associated with Allied Insurance, Vincent Cortazar/Medigap Life, 100Insure, Go Health, LLC, HealthPlanOne, LLC, ClearMatch Medicare, and Medicare Solutions, not MHA. (APPX_010-11.)

32.    After this lawsuit was filed, MHA stopped purchasing third-party data as a result of this litigation. (Jaffy Dep. 24:11-19.)

33.    MHA previously received a TCPA complaint concerning another lead vendor. (Jaffy Dep. 40:4-22.)

34.    The calls to Mr. Hoy stopped only after he stated on December 5, 2024: "Get my name off your f[**]ing - Get my name off your list." (Call 31 Tr. 3:9-11, APPX_122; APPX_124.)


RESPECTFULLY SUBMITTED AND DATED this 11th day of June, 2026.


                              _s/ Anthony I. Paronich_____
                              Anthony I. Paronich
                              **PARONICH LAW, P.C.**
                              350 Lincoln Street, Suite 2400
                              Hingham, MA 02043
                              Tel: (617) 485-0018
                              Fax: (508) 318-8100
                              anthony@paronichlaw.com
                              *Counsel for the Plaintiff*


5

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all attorneys registered with the CM/ECF system.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff*

6