IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated, | Case No. 4:25-cv-00207-RGE-HCA |
| Plaintiff, | |
| v. | **DEFENDANT'S UNRESISTED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| MEDICARE HEALTH ADVISORS LLC, | |
| Defendant. | |

Defendant Medicare Health Advisors LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7(j), respectfully moves for a ten-day extension of time, through and including Monday, June 29, 2026, to file its Reply in Support of Defendant's Motion for Summary Judgment and states as follows:

1.     Defendant filed a Motion for Summary Judgment on April 30, 2026 (ECF No. 46).

2.     Plaintiff filed its Response to Defendant's Motion for Summary Judgment on June 11, 2026 (ECF No. 52).

3.     Pursuant to Local Rule 56(d), Defendant's Reply is currently due today, Thursday, June 18, 2026.

4.     Defendant requests a ten-day extension of that deadline, through and including Monday, June 29, 2026.

5.     Good cause exists for the requested extension.

6.     During the original reply period, undersigned counsel was required to devote substantial time to previously scheduled litigation obligations in unrelated matters, including multiple days of preparation for an in-person client deposition conducted on June 16, 2026, travel to attend that deposition, and attendance at the deposition itself.

7.      In addition, during the latter portion of the reply period, undersigned counsel was required to work while simultaneously caring for a minor child who had been excluded from daycare due to illness.

8.      The requested extension is sought in good faith, is modest in length, and is not sought for purposes of delay.

9.      The requested extension will not affect any other deadlines currently set in this matter.

10.     This deadline has not previously been extended.

11.     Pursuant to Local Rule 7(k), undersigned counsel conferred with counsel for Plaintiff by email on Wednesday, June 17, 2026. Plaintiff does not oppose the relief requested herein.

12.     The current scheduling order includes the following remaining deadlines:

a. Motions to add parties: June 18, 2026;

b. Motions for leave to amend pleadings: June 18, 2026;

c. Plaintiff's expert disclosures: August 15, 2026;

d. Defendant's expert disclosures: September 15, 2026;

e. Motion for class certification: September 15, 2026;

f. Plaintiff's rebuttal expert disclosures: October 15, 2026;

g. Discovery deadline: February 1, 2027; and

h. Remaining dispositive motions deadline: February 26, 2027.

12.     The Final Pretrial Conference is scheduled for July 7, 2027, and trial is scheduled to commence on August 16, 2027.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for

2

filing its Reply in Support of Defendant's Motion for Summary Judgment through and including

June 29, 2026, and grant such other relief as the Court deems just and proper.


Dated June 18, 2026.

MEDICARE HEALTH ADVISORS LLC,
Defendant

By:  */s/ James A. Peterson*
James A. Peterson, Esq.
*(admitted pro hac vice)*
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
james@petersonlegal.com

Victoria H. Buter (#AT0009169)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
vicki.buter@kutakrock.com


### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Eric S. Mail, Esq.                              Anthony Paronich, Esq.
PURYEAR LAW P.C.                         PARONICH LAW, P.C.
3719 Bridge Avenue, Suite 6           350 Lincoln Street, Suite 2400
Davenport, Iowa 52807                    Hingham, MA  02043
mail@puryearlaw.com                      anthony@paronichlaw.com

*/s/ James A. Peterson*
James A. Peterson, Esq.

3