IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>Defendant. | Case No. 4:25-cv-00207-RGE-HCA<br><br>**DECLARATION OF JAMES A. PETERSON IN SUPPORT OF DEFENDANT'S EXTENSION OF TIME TO FILE REPLY IN SUPPPORT OF MOTION FOR SUMMARY JUDGMENT** |

I, James A. Peterson, declare as follows:

1. I am lead counsel for Defendant MEDICARE HEALTH ADVISORS LLC.

2. I am over the age of 18 and make this declaration based upon my personal knowledge.

3. I have conducted and defended all depositions, and been the client contact for all issues, including discovery and factual issues.

4. Plaintiff filed its Resistance to Defendant's Motion for Summary Judgment on June 11, 2026.

5. During the original reply period, I was required to devote substantial time to previously scheduled litigation obligations in unrelated matters, including multiple days of preparation for a client deposition conducted on June 16, 2026.

6. I also traveled via airplane to appear at that deposition on June 16, 2026.

7. During the latter portion of the reply period, I was required to work while simultaneously caring for a minor child who had been excluded from daycare due to illness.

8. These obligations materially limited the time available to prepare Defendant's reply during the original reply period.

9.      I have acted diligently in this matter and seek only a brief ten-day extension through June 29, 2026, to complete and file Defendant's reply.

10.      On June 17, 2026, I conferred with counsel for Plaintiff regarding the requested extension, and Plaintiff does not oppose the request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 18, 2026.

_James A. Peterson_____
James A. Peterson