**United States District Court for the Southern District of Iowa**

Presiding: Honorable Helen C. Adams

Case No.  4:25-cv-00207-RGE-HCA                    :  Clerk's Court Minutes –  Motion Hearing

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| Toby Hoy | : | Medicare Health Advisors LLC |

Plaintiff(s) Counsel: Eric Mail and Andrew Perrong

Defendant(s) Counsel: James Peterson and Victoria Buter

Court Reporter: Kelli Mulcahy                    :    Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Motion to continue discovery pursuant to Fed. R. Civ. P. 56(d) [53] | : | | X |

Proceedings:

Counsel appear via Webex. Arguments presented. Motion submitted.

Time Start: 3:30 pm

Time End:  3:55 pm

Date: 7/7/2026

/s/ N. Massey

Law Clerk