| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | Natalie Massey |
| **Cc:** | a@perronglaw.com; dana@danaoliverlaw.com; mail@puryearlaw.com; James@petersonlegal.com; vicki.buter_kutakrock.com |
| **Subject:** | Re: Status Conference tomorrow in 4:25-cv-00207-RGE-HCA |
| **Date:** | Tuesday, August 11, 2026 11:13:38 AM |

**CAUTION - EXTERNAL:**

Hello, Ms. Massey. While there are no current discovery disputes, the plaintiff is preparing a motion to extend the discovery schedule based on the Court's recent summary judgment order. However, we are still fine with canceling the status conference since the parties are conferring on that and I anticipate filing something later this week.

Regards,

Anthony Paronich

> On Aug 11, 2026, at 12:04 PM, Natalie Massey <Natalie_Massey@iasd.uscourts.gov> wrote:
>
>
> Good morning counsel,
>
> A status conference is set for 8/12/2026 in the matter of Hoy v. Medicare Health Advisors LLC. No status report is on file. If the parties have issues to discuss, please file a status report. If (1) there are no issues to discuss and (2) all parties are on track to meet deadlines, you may so respond to this email and the Court will consider canceling the status conference.
>
> Thanks,
>
> Natalie Massey
> Law Clerk
> U.S. Magistrate Judge Helen C. Adams
> 111 Locust St., Room 546
> Des Moines, IA  50309
> (515) 284-6264

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.