**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

TOBY HOY, individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

MEDICARE HEALTH ADVISORS LLC

      Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
/

CIVIL ACTION FILE NO.
4:25-cv-00207-RGE-HCA

## PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Plaintiff Toby Hoy, by and through undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 16(b)(4) to amend the Scheduling Order by extending the remaining class-certification-related deadlines by forty-five (45) days. Defendant Medicare Health Advisors LLC has advised Plaintiff that it does not oppose a forty-five-day extension of the deadlines. In support, Plaintiff states as follows:

1.      On March 18, 2026, the Court entered the operative Scheduling Order and Discovery Plan. The Scheduling Order provides, among other things, that Plaintiff's expert witness disclosures are due August 15, 2026; Defendant's expert witness disclosures and Plaintiff's motion for class certification are due September 15, 2026; and Plaintiff's rebuttal witness disclosures are due October 15, 2026.

2.      On August 7, 2026, the Court denied Defendant's Motion for Summary Judgment.

3.      Following that ruling, Plaintiff conferred with Defendant regarding the need to adjust the existing schedule so that the Parties can complete discovery relevant to class certification.

4.      On August 12, 2026, counsel for Defendant advised Plaintiff that Defendant does not oppose pushing the applicable deadlines back by forty-five (45) days.

5.      Plaintiff thereafter advised Defendant that, as part of completing class discovery, Plaintiff seeks supplementation of Defendant's responses to Plaintiff's First Set of Requests for Production, specifically Requests for Production Nos. 16 and 17, which seek class-related data. Plaintiff proposed August 26, 2026 as the date for Defendant to provide that supplementation.

6.      Plaintiff also advised Defendant that Plaintiff requires a limited deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) concerning class issues and proposed that the deposition occur during the first two weeks of September 2026.

7.      As of the filing of this Motion, Defendant has not responded to Plaintiff's proposed dates for the supplemental production and Rule 30(b)(6) deposition. Defendant has, however, expressly stated that it does not oppose extending the applicable deadlines by forty-five (45) days.

8.      The requested extension will permit Plaintiff to obtain and evaluate the class data responsive to Requests for Production Nos. 16 and 17, conduct the limited Rule 30(b)(6) deposition concerning class issues, and incorporate that discovery into Plaintiff's class-certification presentation and any related expert disclosures.

2

9.      Good cause therefore exists to modify the Scheduling Order. The requested extension is not sought for purposes of delay and will not require modification of the February 1, 2027 discovery deadline, the February 26, 2027 dispositive-motion deadline, the July 7, 2027 final pretrial conference, or the August 16, 2027 trial date.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed Motion and amend the Scheduling Order to extend the applicable class-certification-related deadlines by forty-five (45) days, as follows:

- Plaintiff's expert witness disclosures: September 29, 2026;

- Defendant's expert witness disclosures: October 30, 2026;

- Plaintiff's motion for class certification: October 30, 2026; and

- Plaintiff's rebuttal witness disclosures: November 30, 2026.

Plaintiff further requests such other and further relief as the Court deems just and appropriate.


RESPECTFULLY SUBMITTED AND DATED this 14th day of August, 2026.


*s/ Anthony I. Paronich*_____
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff*