IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>Defendant. | Case No. 4:25-cv-00207-RGE-HCA<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL** |

Defendant MEDICARE HEALTH ADVISORS LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully moves for a two-day extension of time, through and including Wednesday, September 23, 2026, to respond to Plaintiff's Motion to Compel Production of Class Calling and Purported Consent Data (ECF No. 72). In support, Defendant states:

1. Plaintiff filed the Motion to Compel on Saturday, September 5, 2026. Defendant's response is presently due Monday, September 21, 2026.

2. Due to scheduling conflicts, including undersigned counsel's illness during the week of September 8, 2026, and Defendant's representative's observance of Yom Kippur on September 21, 2026, counsel has been unable to complete his evaluation of Plaintiff's motion with Defendant's representative before the current response deadline.

3. Counsel for Defendant has another conference with Defendant's representative tomorrow morning concerning the discovery matters raised in the Motion. That conference may narrow the issues in dispute and permit Defendant to submit a more focused response.

4. Defendant has not previously requested or received an extension of the deadline to respond to Plaintiff's Motion to Compel.

5. The remaining court-imposed deadlines are as follows: Plaintiff's expert-witness disclosures are due September 29, 2026; Defendant's expert-witness disclosures and Plaintiff's motion for class certification are due October 30, 2026; Plaintiff's rebuttal expert-witness disclosures are due November 30, 2026; discovery closes February 1, 2027; and any remaining dispositive motions are due February 26, 2027. The final pretrial conference is scheduled for July 7, 2027, and trial is scheduled to begin August 16, 2027. The requested two-day extension will not affect any of these deadlines.

6. Pursuant to Local Rule 7(k), undersigned counsel personally conferred with counsel for Plaintiff regarding the requested extension. Plaintiff does not oppose the requested relief.

WHEREFORE, Defendant respectfully requests that the Court extend its deadline to respond to Plaintiff's Motion to Compel through and including Wednesday, September 23, 2026.

Dated September 21, 2026.

MEDICARE HEALTH ADVISORS LLC,
Defendant

By: *<u>/s/ James A. Peterson</u>*
James A. Peterson, Esq.
*(admitted pro hac vice)*
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
james@petersonlegal.com

____________________________________

Victoria H. Buter (#AT0009169)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
vicki.buter@kutakrock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Eric S. Mail, Esq.
PURYEAR LAW P.C.
3719 Bridge Avenue, Suite 6
Davenport, Iowa 52807
mail@puryearlaw.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*/s/ James A. Peterson*
James A. Peterson