IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>Defendant. | Case No. 4:25-cv-00207-RGE-HCA<br><br>**DEFENDANT'S MOTION FOR LEAVE TO SUBSTITUTE ITS RESISTANCE TO PLAINTIFF'S MOTION TO COMPEL AND FOR A ONE-DAY EXTENSION OF TIME** |

Defendant MEDICARE HEALTH ADVISORS LLC moves under Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rules 5A(g)(5) and 7 for leave to substitute the attached resistance to Plaintiff's motion to compel (ECF No. 72) for the response filed at ECF No. 76. In support, Defendant states:

1. Plaintiff filed his motion to compel on September 5, 2026 (ECF No. 72). The original deadline for Defendant's resistance was September 21, 2026. On Defendant's unresisted motion, the Court extended that deadline to September 23, 2026 (ECF Nos. 74–75). This was Defendant's sole requested extension of the resistance deadline.

2. Defendant filed a response to ECF No. 72 on September 23, 2026, docketed as ECF No. 76. Due to nearly identical file names, counsel for Defendant inadvertently submitted a response prepared for a different motion to compel rather than the resistance intended for ECF No. 72. Upon discovering the error, counsel sought to correct it promptly. Defendant attaches the intended resistance to this motion and requests an extension of the deadline through September 24, 2026, solely to permit its substitution.

3. Rule 6(b)(1)(B) permits an extension after a deadline expires when the failure to act resulted from excusable neglect. The inquiry considers prejudice, the length and effect of the

delay, the reason for it, and good faith. *Chorosevic v. MetLife Choices*, 600 F.3d 934, 946–47 (8th Cir. 2010). The error here was counsel's inadvertent submission of the wrong document. Defendant submitted a response by the extended deadline, identified the error, and now tenders the intended resistance less than one day later.

4. Substitution will permit the Court to consider Defendant's actual position on the pending motion.

5. The remaining court-imposed dates reflected in the scheduling orders are: Plaintiff's expert disclosures, September 29, 2026; Defendant's expert disclosures and Plaintiff's class-certification motion, October 30, 2026; Plaintiff's rebuttal expert disclosures, November 30, 2026; completion of discovery, February 1, 2027; remaining dispositive motions, February 26, 2027; final pretrial conference, July 7, 2027; and jury trial, August 16, 2027. ECF Nos. 38, 71. Defendant requests no change to those dates.

6. Counsel has not conferred with Plaintiff's counsel concerning this motion. After discovering the filing error, counsel elected to seek correction as promptly as possible. Plaintiff's position on the requested relief is therefore unknown.

Wherefore, Defendant respectfully requests that the Court grant leave to file the attached resistance in substitution for ECF No. 76, direct that ECF No. 76 be disregarded for purposes of deciding Plaintiff's motion to compel, and extend Defendant's resistance deadline through September 24, 2026, for that limited purpose, and for any other relief this Court deems just and proper.

Dated September 24, 2026.

MEDICARE HEALTH ADVISORS LLC,
Defendant

By: /s/ *James A. Peterson*

James A. Peterson, Esq.
*(admitted pro hac vice)*
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
james@petersonlegal.com

Victoria H. Buter (#AT0009169)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
vicki.buter@kutakrock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to the following attorneys registered with the CM/ECF system:

Eric S. Mail, Esq.
PURYEAR LAW P.C.
3719 Bridge Avenue, Suite 6
Davenport, Iowa 52807
mail@puryearlaw.com

Anthony Paronich, Esq.
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*/s/ James A. Peterson*
James A. Peterson