**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC<br><br>Defendant. | : | CIVIL ACTION FILE NO. 4:25-cv-00207-RGE-HCA |

## JOINT STATUS REPORT

Pursuant to the Court's October 2, 2025 Order Setting Remote Status Conferences, ECF No. 19, Plaintiff Toby Hoy and Defendant Medicare Health Advisors LLC submit this Joint Status Report in advance of the October 14, 2026 status conference.

To help address the deposition scheduling, the parties are jointly requesting that the motion for class certification filing be extended by three weeks.

**Plaintiff's Position**

Plaintiff respectfully requests that the Court maintain the October 14, 2026 status conference because there are outstanding discovery issues requiring the Court's attention. The parties have been discussing Defendant's outstanding class discovery, including supplemental discovery responses and production of classwide calling data. Although Defendant recently produced certain lead data and represented that additional documents would be produced, the production remains incomplete and Defendant has not provided a firm date for completing its supplemental responses and production.

These issues are particularly time-sensitive because Plaintiff's class-certification and expert deadlines are approaching. Plaintiff also needs to complete Defendant's Rule 30(b)(6) deposition after receiving the outstanding discovery so that the deposition can address the complete production and Plaintiff can timely complete class-certification discovery.

Plaintiff has repeatedly attempted to resolve these timing and production issues without Court intervention, including requesting dates for completion of Defendant's production, supplementation of its discovery responses, and the Rule 30(b)(6) deposition. The parties have not been able to establish a schedule that will permit Plaintiff to complete the necessary discovery in advance of the existing deadlines.

Accordingly, Plaintiff respectfully requests that the Court maintain the October 14, 2026 status conference and address the schedule for completion of Defendant's outstanding discovery, Defendant's Rule 30(b)(6) deposition, and any corresponding adjustment of the existing class-certification and expert deadlines necessary to permit completion of that discovery.

**Defendant's Position**

On September 24, 2026, Defendant produced lead data associated with Inbounds.com. On October 9, 2026, Defendant produced 96 files containing call records associated with Inbounds leads and notified Plaintiff's counsel of their availability.

The parties disagree concerning the scope of classwide discovery sought by Plaintiff, as reflected in their briefing on Plaintiff's Motion to Compel (ECF Nos. 72, 79, and 80). Defendant maintains its objections to producing calling data and consent records associated with lead sources other than Inbounds.

Defendant is willing to confer with Plaintiff regarding any remaining discovery issues and the scheduling of its Rule 30(b)(6) deposition.

RESPECTFULLY SUBMITTED AND DATED this 10th day of October, 2026.

*s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Counsel for the Plaintiff*

MEDICARE HEALTH ADVISORS LLC,
Defendant

By: */s/ James A. Peterson*
James A. Peterson, Esq.
*(admitted pro hac vice)*
PETERSON LEGAL P.A.
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Telephone: (754) 444-8076
james@petersonlegal.com

Victoria H. Buter (#AT0009169)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102-2186
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
vicki.buter@kutakrock.com