**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>/ | CIVIL ACTION FILE NO. 4:25-cv-00207-RGE-HCA |

**PLAINTIFF'S MOTION FOR EXTENSION OF CLASS CERTIFICATION DEADLINE**

Plaintiff Toby Hoy ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 16(b)(4), respectfully moves for a six-week extension of the deadline to file his motion for class certification, from October 30, 2026, to December 11, 2026. In support, Plaintiff states as follows:

1. On August 17, 2026, the Court entered an Order extending certain scheduling deadlines, including the deadline for Plaintiff to move for class certification to October 30, 2026. ECF No. 71.

2. Plaintiff has diligently pursued discovery necessary to support class certification. Among other things, Plaintiff retained telecommunications expert Aaron Woolfson to analyze Defendant's calling records and identify potential class members through objective, classwide criteria.

3. On October 17, 2026, Plaintiff completed and served Mr. Woolfson's expert report, which analyzes Defendant's calling records and identifies substantial numbers of potentially qualifying class members.

4. Also on October 17, 2026, Plaintiff served his Third Set of Interrogatories and Requests for Production, which seeks additional information directly related to the expert's findings and the issues that will be presented in Plaintiff's motion for class certification. This discovery includes requests concerning Defendant's asserted consent defenses, established business relationships, and the residential status of telephone numbers identified through the expert's analysis.

5. Defendant's responses to this discovery are relevant to the class certification issues, including whether Defendant's anticipated defenses can be addressed through common evidence. Plaintiff seeks a reasonable opportunity to obtain and evaluate those responses before submitting his motion.

6. Plaintiff has also been working to complete additional discovery, including Defendant's Rule 30(b)(6) deposition, which will occur on October 27, 2026, shortly before the current class certification deadline.

7. Plaintiff's counsel has made repeated, good-faith efforts to meet and confer with Defendant's counsel concerning the remaining discovery and scheduling deadlines. These efforts include multiple emails throughout October 2026, including correspondence on October 6, 8, 9, 17, and 22, 2026. Plaintiff's counsel has also attempted to reach Defendant's counsel by telephone on at least three occasions since October 15, 2026, including a final telephone call on October 22, 2026, in an effort to resolve the scheduling issues without Court intervention.

8. On October 9, 2026, Defendant's counsel expressly indicated that he was agreeable to an extension of the class certification deadline, while also requesting that the parties address Defendant's expert disclosure deadline. Plaintiff subsequently completed and served his expert report and Third Set of Discovery on October 17, 2026. Plaintiff's counsel thereafter

continued attempting to confer with Defendant's counsel concerning the appropriate extension, including by email on October 22, 2026, requesting Defendant's position on the remaining expert and class certification deadlines.

9. Despite these repeated efforts, including multiple telephone calls and written correspondence, the parties have been unable to finalize an agreement concerning the requested extension. With the October 30, 2026 deadline approaching, Plaintiff respectfully submits this motion to preserve sufficient time to complete the October 27 deposition, evaluate Defendant's responses to the recently served discovery, and prepare a complete class certification submission.

10. Good cause exists for the requested extension. Plaintiff has diligently pursued the discovery and expert analysis necessary for class certification, has completed and served his expert report, and has promptly served additional discovery arising from that analysis. The requested extension will permit Plaintiff to consider Defendant's responses to that discovery and incorporate the relevant evidence into a complete class certification submission.

11. The requested six-week extension is limited to Plaintiff's deadline to move for class certification. Plaintiff does not seek to extend any other deadline established by the Court, including the parties' expert disclosure deadlines, the discovery deadline, the dispositive motion deadline, or the trial date.

12. The requested extension is reasonable, will promote an orderly presentation of the class certification issues, and will not unduly prejudice Defendant.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending Plaintiff's deadline to file his motion for class certification from October 30, 2026, to December 11, 2026.

RESPECTFULLY SUBMITTED AND DATED this 22nd day of October, 2026.

*s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all attorneys registered with the CM/ECF system.

*s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
Counsel for the Plaintiff