**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION FILE NO.<br><br>4:25-cv-00207-RGE-HCA<br><br>Hon. Rebecca Goodgame Ebinger |

/

**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Anthony Paronich, declare as follows:

1. I am an attorney duly licensed to practice law and a principal of Paronich Law, P.C., counsel of record for Plaintiff Toby Hoy in this action. I make this declaration based on my own personal knowledge and, where indicated, on my firm's business records, and if called to testify, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion for Class Certification, and in particular to address the adequacy of proposed Class Counsel under Federal Rule of Civil Procedure 23(a)(4) and (g).

3. Paronich Law, P.C. is a law firm that devotes substantially all of its practice to prosecuting consumer protection class actions, including numerous cases under the Telephone Consumer Protection Act, 47 U.S.C. § 227. I have been appointed class counsel in more than 35 TCPA cases, including the following:

   - *Desai and Charvat v. ADT Security Services, Inc.*, USDC, N.D. Ill., 11-CV-1925, a TCPA class settlement of $15,000,000 granted final approval on June 21, 2013.

- *Jay Clogg Realty Group, Inc. v. Burger King Corporation*, USDC, D. Md., 13-cv-00662, a TCPA class settlement of $8,500,000 granted final approval on April 15, 2015.
- *Charvat v. AEP Energy, Inc.*, USDC, N.D. Ill., 1:14-cv-03121, a TCPA class settlement of $6,000,000 granted final approval on September 28, 2015.
- *Bull v. US Coachways, Inc.*, USDC, N.D. Ill., 1:14-cv-05789, a TCPA class settlement finally approved on November 11, 2016 with an agreement for judgment in the amount of $49,932,375 and an assignment of rights against defendant's insurance carrier.
- *Smith v. State Farm Mut. Auto. Ins. Co., et al.*, USDC, N.D. Ill., 1:13-cv-02018, a TCPA class settlement of $7,000,000.00 granted final approval on December 8, 2016.
- *Mey v. Frontier Communications Corporation*, USDC, D. Conn., 3:13-cv-1191-MPS, a TCPA class settlement of $11,000,000 granted final approval on June 2, 2017.
- *Heidarpour v. Central Payment Co.*, USDC, M.D. Ga., 15-cv-139, a TCPA class settlement of $6,500,000 granted final approval on May 4, 2017.
- *Abante Rooter and Plumbing, Inc. v. Birch Communications, Inc.*, USDC, N.D. Ga., 1:15-CV-03562-AT, a TCPA class settlement of $12,000,000 granted final approval on December 14, 2017.
- *Abante Rooter and Plumbing, Inc. v. Pivotal Payments, Inc.*, USDC, N.D. Ca., 3:16-cv-05486-JCS, a TCPA class settlement of $9,000,000 granted final approval on October 15, 2018.

- *In re Monitronics International, Inc.*, USDC, N.D.W. Va., 1:13-md-02493-JPB-JES, a TCPA class settlement of $28,000,000 granted final approval on June 12, 2018.
- *Thomas Krakauer v. Dish Network, L.L.C.*, USDC, M.D.N.C., 1:14-CV-333, filed on September 9, 2015. I served as class counsel in this National Do Not Call Registry class action under 47 U.S.C. § 227(c), the same statute at issue in this case. Following a contested class certification motion, this case went to trial in January of 2017, returning a verdict of $20,446,400. On May 22, 2017, this amount was trebled by the Court after finding that Dish Network's violations were "willful or knowing", for a revised damages award of $61,339,200. (Dkt. No. 338). The Fourth Circuit Court of Appeals unanimously affirmed the judgment in May of 2019. *Krakauer v. Dish Network, L.L.C.*, 925 F.3d 643 (4th Cir. 2019). The United States Supreme Court rejected *certiorari* of this matter in December of 2019. *See DISH Network L.L.C. v. Krakauer*, 140 S. Ct. 676 (2019).
- *Charvat v. Carnival Corporation & PLC, et al.*, USDC, N.D. Ill., 1:13-cv-00042, a TCPA class settlement of $12,500,000 granted final approval in April of 2020.
- *Loftus v. Sunrun, Inc.*, USDC, N.D. Cal., 3:19-cv-1608, a TCPA class settlement of $5,500,000 granted final approval on May 11, 2021.

4. My firm and I have the financial resources and professional experience necessary to prosecute this action through class certification, trial, and any appeal, and we have committed to doing so. My firm has agreed to advance the out-of-pocket costs of this litigation, including the costs of providing notice to the Class, without any expectation that Plaintiff will bear those costs personally.

5. Neither I, nor any other attorney at my firm, has any interest that is adverse to, or in conflict with, the interests of Plaintiff or the proposed Class. My firm's sole interest in this litigation is in prosecuting the claims of the Class to a successful resolution.

6. Based on my experience litigating TCPA class actions of comparable and larger size, class notice in this action can feasibly be provided to Class members using the telephone-number-to-subscriber matching methodology described in the Declaration of Aaron Woolfson (Exhibit 5 to Plaintiff's Motion), together with the National Exchange Carrier Association and North American Numbering Plan Administrator data he describes.

7. Attached to Plaintiff's Motion as Exhibit 4 are true and correct copies of excerpts of the transcript of the Rule 30(b)(6) deposition of Defendant Medicare Health Advisors LLC, through its designee Max Jaffy, taken by counsel at my firm on October 27, 2026, as received from the court reporter, Magna Legal Services.

8. Attached to Plaintiff's Motion as Exhibit 5 is a true and correct copy of the Declaration of Aaron Woolfson, executed October 16, 2026, together with its exhibits, as served on Defendant's counsel on October 17, 2026.

9. Attached to Plaintiff's Motion as Exhibit 6 is a true and correct copy of Plaintiff's Third Set of Discovery to Defendant, served on October 17, 2026, which asks Defendant to identify, among other things, each number in Woolfson Exhibits 8 or 9 for which it claims consent or an established business relationship, and each number in Woolfson Exhibit 8 that it contends is not a residential number.

10. I respectfully request that the Court appoint Paronich Law, P.C. as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2026.

____________________________________

Anthony Paronich