**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION FILE NO.<br><br>4:25-cv-00207-RGE-HCA<br><br>Hon. Rebecca Goodgame Ebinger |

/

## DECLARATION OF ALEX N. JILIZIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Alex N. Jilizian, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an associate attorney at Paronich Law, P.C., counsel of record for Plaintiff Toby Hoy in this action. I make this declaration based on my own personal knowledge and, where indicated, on my firm's business records, and if called to testify, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion for Class Certification, and in particular to address the adequacy of proposed Class Counsel under Federal Rule of Civil Procedure 23(a)(4) and (g).

3. I graduated from the University of Illinois College of Law in 2024. I litigated plaintiffs' class actions at Robbins Geller Rudman & Dowd LLP, a firm that prosecutes plaintiffs' class actions. I now litigate class actions at Paronich Law, P.C., a law firm that devotes substantially all of its practice to prosecuting consumer protection class actions, including numerous cases under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

4. I was licensed to practice law in California in 2025. I am admitted to practice before all of the federal district courts in California (the Northern, Central, Eastern, and Southern Districts), the Northern District of Illinois, the Eastern District of Michigan, and the Western District of Arkansas, among other courts.

5. My firm and I have the financial resources and professional experience necessary to prosecute this action through class certification, trial, and any appeal, and we have committed to doing so. Paronich Law, P.C. has agreed to advance the out-of-pocket costs of this litigation, including the costs of providing notice to the Class, without any expectation that Plaintiff will bear those costs personally.

6. Neither I, nor any other attorney at my firm, has any interest that is adverse to, or in conflict with, the interests of Plaintiff or the proposed Class. My firm's sole interest in this litigation is in prosecuting the claims of the Class to a successful resolution.

7. I respectfully request that the Court appoint Paronich Law, P.C. as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2026.

/s/ Alex N. Jilizian

Alex N. Jilizian