**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEDICARE HEALTH ADVISORS LLC,<br><br>Defendant.<br>/ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION FILE NO.<br><br>4:25-cv-00207-RGE-HCA<br><br>Hon. Rebecca Goodgame Ebinger |

**DECLARATION OF TOBY HOY IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Toby Hoy, declare as follows:

1. I am the named Plaintiff in this action. I make this declaration based on my own personal knowledge, and if called to testify, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of Plaintiff's Motion for Class Certification.

3. My telephone number ends in -0280. It is my personal, residential cellular number, serviced by US Cellular, that I use for my own personal and household purposes. I do not use this number for any business purpose, and it is not associated with any business of mine.

4. My telephone number was registered on the National Do Not Call Registry before I received any of the calls described below, and I want it to remain on the Registry.

5. Beginning in or about October 2024 and continuing through December 2024, I received numerous unsolicited calls about Medicare on my number, which I understand were placed by or on behalf of Medicare Health Advisors LLC (“MHA”). The calls came every few days from a rotating series of different telephone numbers. When I answered,

the call typically began with a pause and then an automated or recorded sound before a live person came on the line.

6. I never gave MHA, or anyone acting on its behalf, consent to call me. I never requested information about Medicare from MHA, and I never provided my telephone number to MHA in order to receive marketing calls. I did not submit the consent form that MHA relies on, which MHA says was completed on a website called arcamaxjobs.com. The date of birth associated with that record is not my date of birth, and the IP address associated with it is not one I recognize or one associated with any device of mine.

7. During the calls, I made clear that I did not want to be called and asked to be taken off the list. MHA's own call log reflects a “DO NOT CALL” entry only on December 5, 2024, after I had already received many unwanted calls.

8. I do not have any interest that conflicts with the interests of other members of the proposed DNC Class or FTSA Class. My only interest in this litigation is in ending MHA's unlawful calling practices and obtaining relief for myself and the Classes.

9. I understand that as a proposed class representative, I have a duty to act in the best interests of the Classes as a whole, and not merely in my own individual interest. I accept that responsibility. I have already sat for a deposition in this case on April 8, 2026, and submitted a declaration in opposition to MHA's motion for summary judgment, and I am willing and able to continue fulfilling my duties, including by responding to discovery and otherwise participating in this litigation as needed.

10. I have arranged for my counsel to advance the costs of this litigation, including the costs of providing notice to the Classes, and I do not expect to personally bear those costs.

11. I support the appointment of Paronich Law, P.C. as Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _________________, 2026.

___________________________________

Toby Hoy